# In the United States Court of Federal Claims

### Case No.: 1:26-cv-00870-MHS

**CAMILLE KAMGA**

    **v.**                                 **NOTICE OF MANNER OF SERVICE**

**USA**

    Pursuant to General Order No. 2026-01, effective March 1, 2026, sealed filings are no longer accessible or viewable via the court's electronic case filing system. Thus, service of sealed documents can no longer be accomplished through CM/ECF. The court and the parties therefore must effectuate service of any document filed under seal by other appropriate means as provided by Rule 5(b)(2) of the Rules of the United States Court of Federal Claims (RCFC).

    Accordingly, each attorney of record in cases before the United States Court of Federal Claims will be considered to have consented to service of sealed documents by e-mail at the e-mail address listed on the docket. Pro se parties will be served with all filings, including sealed filings, via first class mail unless and until they file an E-Notification Consent Form, Form 15A, RCFC. Pro se parties are advised that they must also serve a copy of their filings made under seal on opposing counsel at the United States Department of Justice.

Lisa L. Reyes
Clerk of Court