**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DR. CAMILLE KAMGA,

   *Plaintiff,*

vs.

UNITED STATES OF AMERICA,

   *Defendant*.

Case No.: 1:26-cv-00870-MHS

Hon. Matthew H. Solomson

## NOTICE OF APPEARANCE

To The Clerk of the Court and all parties of record:

  **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Plaintiff Dr. Camille Kamga in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated: June 18, 2026

Respectfully submitted,

*/s/ Kunyu Ching*
Kunyu Ching
**Lawyers for Good Government**
319 F St. N.W. Ste 301, PMB 181
Washington, DC 20004
646-246-4633
kunyu@lawyersforgoodgovernment.org

*Counsel for Plaintiff Dr. Camille Kamga*