IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DR. CAMILLE KAMGA,       )
                           )
                           )
                           )
       Plaintiff,        )
                           )
    v.                )      No. 26-870
                           )      Chief Judge Solomson
THE UNITED STATES,     )
                           )
       Defendant.     )

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Ioana C. Meyer_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Ioana C. Meyer
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/Ioana C. Meyer
Ioana C. Meyer
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-0001
Facsimile:  (202) 307-0972
Email: Ioana.C.Meyer@usdoj.gov

Dated:  July 24, 2026