**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DR. CAMILLE KAMGA,

*Plaintiff*,

vs.

UNITED STATES OF AMERICA,

*Defendant*,

Case No.: 1:26-cv-00870-MHS

Chief Judge Matthew H. Solomson

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to the Court of Federal Claims Rule 83.1(a)(2), I, Kunyu Ching, a member of the bar of this Court and attorney of record for Plaintiff Dr. Camille Kamga, hereby respectfully move for the admission *pro hac vice* of Margaret (Emmy) Wydman, a member of the bar of the District of Columbia, to serve as counsel for Plaintiff Dr. Camille Kamga in the above-captioned action.

This motion is accompanied by a declaration by Margaret (Emmy) Wydman that sets forth: (i) her full name; (ii) her business address, e-mail address, and telephone number; and (iii) a statement that she is a member in good standing of the bar of the highest court of the District of Columbia.

Pursuant to RCFC 7.3, I certify that Plaintiff's counsel conferred in good faith with counsel for the United States, and the government consents to this motion.

Dated: August 7, 2026

Respectfully submitted,

 */s/ Kunyu Ching*
Kunyu Ching
**Lawyers for Good Government**
319 F St. NW, Suite 301, PMB 181
Washington, DC 20004
404-913-5529
kunyu@lawyersforgoodgovernment.org

1