**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DR. CAMILLE KAMGA,

        *Plaintiff*,

vs.

UNITED STATES OF AMERICA,

        *Defendant*,

Case No.: 1:26-cv-00870-MHS

Chief Judge Matthew H. Solomson

**DECLARATION OF MARGARET (EMMY) WYDMAN**

I, Margaret (Emmy) Wydman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      Pursuant to Rule 83.1(a)(2) of this Court, I submit this declaration in support of the motion to appear *pro hac vice* as counsel for Plaintiff Dr. Camille Kamga in the above-captioned action.

2.      I am an associate at the firm of Civil Service Law Center LLP, located at 1455 Pennsylvania Ave NW, Suite 400, Washington, DC 20004. My email address is ewydman@civilservicellp.com, and my telephone number is (202) 571-7840. A summary of my legal training and experience can be found on my firm's website.[1]

3.      I am a member in good standing of the bar of the highest court of the District of Columbia.

4.      I acknowledge that a person admitted to appear *pro hac vice* is within the disciplinary jurisdiction of this Court.

---

[1] https://www.civilservicellp.com/team.

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 7, 2026                    Respectfully submitted,

                                  */s/ Margaret (Emmy Wydman)*
                                  Margaret (Emmy) Wydman
                                  DC Bar No. 90007646
                                  **Civil Service Law Center LLP**
                                  1455 Pennsylvania Ave NW, Suite 400
                                  Washington, DC 20004
                                  (202) 571-7840
                                  ewydman@civilservicellp.com