**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DR. CAMILLE KAMGA,

*Plaintiff*,

vs.

UNITED STATES OF AMERICA,

*Defendant*.

Case No.: 1:26-cv-00870-MHS

Hon. Matthew H. Solomson

**NOTICE OF APPEARANCE**

To The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned, having been admitted to this Court *pro hac vice* (*see* Dkt. 9), hereby appears as counsel of record for Plaintiff Dr. Camille Kamga in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Kathleen Shelton*

Kathleen Shelton (DC Bar No. 1619066)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
202-505-7920
kshelton@civilservicellp.com

*Counsel for Plaintiff Dr. Camille Kamga*