**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DR. CAMILLE KAMGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 26-870C |
| | ) | (Chief Judge Matthew H. Solomson) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**

Pursuant to Rules 6(b), 6.1, and 7.3 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time to file defendant's response to the complaint. Currently, the United States' response to the complaint is due on October 16, 2026. The United States requests a 3-day enlargement of time, to and including Monday, October 19, 2026, in which to file our response to the complaint. This is our first such request. On October 8, 2026, counsel for the United States contacted counsel for plaintiff, who indicated that that plaintiff consents to this request.

Good cause exists for the United States' request for an enlargement of time because the additional time is required for Government counsel to adequately prepare and coordinate with the agency regarding the Government's response to the complaint, following mandatory supervisory review. In requesting an extension, we have taken into consideration undersigned counsel's obligations in other cases before this Court and the U.S. Court of Appeals for the Federal Circuit. For these reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of 3 days, to and including October 19, 2026, in which to file our response to plaintiff's complaint.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ERIC P. BRUSKIN
Assistant Director

/s/Ioana C. Meyer
IOANA C. MEYER
Trial Attorney
Commercial Litigation
Department of Justice
Ben Franklin Station, P.O. Box 480
Washington, D.C. 20044
(202) 305-0001
Ioana.C.Meyer@usdoj.gov

October 8, 2026

*Attorneys for Defendant*