**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DR. CAMILLE KAMGA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-870 C<br>(Chief Judge Matthew H. Solomson) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims (RCFC), the United States respectfully requests that the Court enter the attached joint proposed Protective Order, which contains an order to produce materials otherwise subject to the Privacy Act, 5 U.S.C. § 552a(b), and contains otherwise salutary provisions designed to facilitate the parties' exchange of information. Counsel for the United States has conferred with counsel for plaintiff in this matter, who has represented that plaintiff does not oppose the entry of the protective order attached as Exhibit A.

Section I of the proposed protective order would implement Federal Rule of Evidence 502(d) with the same language as Form 14 attached to the RCFC.

Section II of the proposed protective order establishes a clawback procedure, providing for the return of privileged material, in the event any is produced.

Section III of the proposed protective order is an order to provide discoverable Privacy Act information upon proper request, subject to the special handling rules contained in Section IV.

Section IV of the proposed protective order provides access, handling, and disposition rules for information designated "Confidential" under rules, and subject to the disputes

procedure, prescribed in the order. Confidential information includes information covered by the Privacy Act, and other business and agency sensitive information designated "Confidential."

The parties seek the protections afforded by Section I and its companion clawback provision contained in Section II to facilitate the exchange of documents by freeing them from undue concern or effort focused on ensuring no privilege is waived. Nothing in the order prescribes the steps a party must or may take to protect the release of privileged information, nor does it release the parties from the burdens or procedures required to assert a privilege or insulate them from challenges to a claim of privilege.

The parties seek the order described in Section III because defendant anticipates that, during discovery, plaintiffs may request from defendant staff memoranda and documents that may reveal confidential personal information. Although, generally speaking, such information is discoverable, defendant may not produce it, inasmuch as the Privacy Act generally prohibits defendant from disclosing this information to parties to whom the information does not "pertain[]," 5 U.S.C. § 552a(b); *see also id.* § 552a(d)(1). This prohibition, however, does not apply when disclosure is authorized "pursuant to the order of a court of competent jurisdiction[.]" *Id.* § 552a(b)(11). The order the parties seek is such an order, *i.e.*, one issued pursuant to 5 U.S.C. § 552a(b)(11), and one that will permit defendant to comply with its discovery obligations in this suit.

The proposed protective order contains a section 552a(b)(11) order and further provides that information produced in this lawsuit that is marked "Confidential" be handled according to the procedures set forth in Section IV or the proposed protective order. These handling procedures are designed to further the goals of the Privacy Act and RCFC 26(c) by limiting the

distribution of Privacy Act-protected materials and business and agency sensitive information, imposing conditions on their handling, and restricting their use to the litigation of this case.

For these reasons, the United States respectfully requests that the Court enter the attached proposed protective order.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ERIC P. BRUSKIN
Assistant Director

/s/Ioana C. Meyer
IOANA C. MEYER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-0001
Ioana.C.Meyer@usdoj.gov

*Attorneys for Defendant*

October 30, 2026