**INDEX TO APPENDIX**

**Document** **Page**

DOT FY2022 Notice of Funding Opportunity
(May 25, 2022) …………………………………………………………………..Appx1

SEMPACT UTC Grant Application……………………………………………………Appx41

UTC Grant Agreement
(June 1, 2023)………………………………………………………………...Appx130

UTC General Provisions of Grants
(June 2023)…………………………………………………………………...Appx133

# UNIVERSITY TRANSPORTATION CENTERS PROGRAM

# *FY 2022 NOTICE OF FUNDING OPPORTUNITY*

Opening Date: May 25, 2022
Requested Date for Letter of Intent: July 1, 2022
Required Application Due: August 25, 2022

**www.grants.gov Opportunity No. UTCOPENCOMP2022**

**Assistance Listing (CFDA) 20.701**

**Office of the Assistant Secretary for Research and Technology**
**U.S. Department of Transportation**
**Washington, D.C. 20590-0001**

https://www.transportation.gov/content/university-transportation-centers

# TABLE OF CONTENTS

SECTION A PROGRAM DESCRIPTION ........ 4
A.1 Introduction ........ 4
A.2 UTC Program Purpose and Center Objectives ........ 5
A.3 UTC Program History ........ 5
A.4 Relationship to Other US DOT Efforts ........ 7
SECTION B FEDERAL AWARD INFORMATION ........ 9
B.1 Number of Awards ........ 9
B.2 Types of Centers ........ 11
B.2.1 National Centers ........ 11
B.2.2 Regional Centers ........ 11
B.2.3 Tier 1 Centers ........ 12
SECTION C ELIGIBILITY INFORMATION ........ 12
C.1 Eligible Applicants ........ 12
C.2 Cost Sharing or Matching Funds ........ 13
C.3 Multiple Applications ........ 14
SECTION D APPLICATION AND SUBMISSION INFORMATION ........ 14
D.1 Address to Request Application Package ........ 14
D.2 Content and Form of Application Submission ........ 14
D.2.1 Letters of Intent ........ 14
D.2.2 Applications ........ 15
D.2.2.1 Cover Sheet ........ 16
D.2.2.2 Research Abstract ........ 17
D.2.2.3 Written Response ........ 18
D.2.2.3.1 Response to Evaluation Criteria ........ 18
D.2.2.3.2 Center Director and Key Personnel ........ 29
D.2.2.4 Required Appendices ........ 30
D.2.2.5 Standard Forms SF-424 and SF-424B ........ 32
D.2.2.6 Confirmation of Negotiated Overhead and Fringe Benefit Rates ........ 32
D.3 System for Award Management (SAM) ........ 32
D.4 Submission Dates and Times ........ 32
D.4.1 Letters of Intent ........ 32
D.4.2 Applications ........ 33
D.5 Funding Restrictions ........ 33
D.6 Other Submission Requirements ........ 34
SECTION E APPLICATION REVIEW INFORMATION ........ 34
E.1 Criteria ........ 34
E.2 Review and Selection Process ........ 35

SECTION F FEDERAL AWARD ADMINISTRATION INFORMATION .......................... 37

F.1 Federal Award Notices ........................................................................................ 37
F.2 Administrative and National Policy Requirements..................................................... 37
F.3 Reporting........................................................................................................... 38

SECTION G FEDERAL AWARDING AGENCY CONTACT ............................................. 38

SECTION H OTHER INFORMATION.................................................................... 39

ATTACHMENT A ................................................................................................. 40

## SECTION A PROGRAM DESCRIPTION

### A.1 Introduction

The Infrastructure Investment and Jobs Act (IIJA; P. L. 117-58, November 15, 2021) (commonly known as the "Bipartisan Infrastructure Law," or "BIL") authorizes the Secretary of Transportation to make grants to eligible non-profit institutions of higher education[1] to establish and operate University Transportation Centers (UTCs or Centers). Non-profit institutions of higher education may include qualifying two-year institutions (20 U.S.C. § 1001(a))[2]. The Office of the Assistant Secretary for Research and Technology (OST-R) of the U.S. Department of Transportation (US DOT or DOT) will manage the UTC Program **(Assistance Listing, formerly Catalog of Federal Domestic Assistance number, 20.701).**

Through this Notice of Funding Opportunity, the US DOT seeks competitive grant applications for National UTCs, Regional UTCs, and Tier 1 UTCs as set forth in the IIJA (detailed descriptions of the three types of UTCs are provided in **SECTION B FEDERAL AWARD INFORMATION**). UTCs will be selected by the Secretary, in consultation with the heads of the operating administrations of the US DOT, as appropriate (49 U.S.C. § 5505(b)(4)(B) as amended by the IIJA, Sec. 25017).

UTCs shall support surface transportation through the following US DOT statutory research priorities (49 U.S.C. § 6503(c)(1) as amended by the IIJA, Sec. 25014):

A. **Improving Mobility of People and Goods;**

B. **Reducing Congestion;**

C. **Promoting Safety;**

D. **Improving the Durability and Extending the Life of Transportation Infrastructure;**

E. **Preserving the Environment;**

F. **Preserving the Existing Transportation System; and**

G. **Reducing Transportation Cybersecurity Risks.**

A UTC and its consortium members must be established and located physically in the United States or its territories or on Tribal lands. It must be a consortium of two or more nonprofit

1 The *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Grants*, Title 2 of the Code of Federal Regulations, Part 200 defines "institution of higher education" as that term is established in 20 U.S.C. § 1001(a).
2 Qualifying two-year institutions may include junior or community colleges if they meet the requirements of 20 U.S.C. § 1001(a).

institutions of higher education. Each Center is required to obtain matching funds from non-Federal sources. National and Regional UTCs must obtain matching funds in an amount equal to the US DOT award amount. The match for Tier 1 UTCs is 50 percent of the US DOT award amount. The US DOT grant funds may be expended up to November 30, 2028, and Centers will have until that date to meet the full match requirement by obtaining and expending those funds.

Specific instructions on how to apply for UTC grant funding under this Notice of Funding Opportunity are provided in **SECTION D APPLICATION AND SUBMISSION INFORMATION**.

### A.2 UTC Program Purpose and Center Objectives

As stated in 49 U.S.C. § 5505, the purpose of the UTC Program is for eligible nonprofit institutions of higher education to establish and operate University Transportation Centers.

The objectives of each of these Centers are to:

- Advance transportation expertise and technology in the varied disciplines that comprise the field of transportation through education, research, and technology transfer activities;
- Provide for a critical multimodal transportation knowledge base outside of the US DOT; and
- Address critical workforce needs and educate the next generation of transportation leaders with respect to the statutory research priorities.

Although every Center has the same broad objectives, the US DOT encourages diversity among the program participants and in the approaches individual Centers take to achieve the program objectives. The US DOT encourages unique approaches to research, education, workforce development and technology transfer, building on or reflecting institutional expertise, facilities, and partnerships. In order to achieve its transformative vision of a fully connected, integrated, accessible, and interoperative multimodal system of systems that is centered on the seamless movement of people and goods, the US DOT desires UTCs to engage in breakthrough, advanced, and transformative research, education and workforce development, and technology transfer activities that cut across disciplines and span multiple modes of transportation. UTCs have an important role to play in helping to transform the Nation's surface transportation system to achieve this vision, inclusive of rail, maritime, highway, pipelines, transit, and any surface links to aviation.

### A.3 UTC Program History

The history of the UTC Program begins with its initial authorization in the Surface Transportation and Uniform Relocation Assistance Act of 1987. After a nationwide competition, in 1988 the US DOT awarded grants to create a UTC in each of the ten standard Federal regions. The primary purpose of the program at that time was conducting research.

The Intermodal Surface Transportation Equity Act (ISTEA) of 1991 reauthorized the UTC Program through Fiscal Year 1997 and expanded its mission to include education and technology transfer, as well as research. In addition to the ten Regional Centers, ISTEA created three "national" Centers and six University Research Institutes at universities that were named in the Act. The program expansion led the US DOT to adopt a strategic planning approach to program management based on a unified mission and goal set for all 13 Centers and six Institutes.

In 1998, the Transportation Equity Act for the 21st Century (TEA-21) reauthorized the UTC Program for an additional six years and increased the total number of Centers to 33. In addition to the ten Regional Centers, which were selected competitively in 1999, TEA-21 created 23 other Centers at institutions named in the Act. TEA-21 established education as one of the primary objectives of a UTC and institutionalized the use of strategic planning in UTC grant management.

The Safe, Accountable, Flexible, Efficient, Transportation Equity Act: A Legacy for Users (SAFETEA-LU), enacted in 2005, provided the most significant expansion of the UTC program to date. SAFETEA-LU increased the number of UTCs from the 33 established in TEA-21 to 60, including the ten Regional UTCs plus a new group of ten competitive centers called Tier 1 Centers; the other 40 UTCs were located at institutions named in the Act. Annual authorized funding for the UTC program also increased from $32.5 million in TEA-21 to $85.9 million in SAFETEA-LU.

The Surface Transportation Extension Act of 2010, sec. 411(e)(3), gave the US DOT the discretion to redistribute funds allocated to specified research projects and programs designated in SAFETEA-LU. The Fiscal Year 2011 funds were made available through full and open competition following the framework of the competitive UTC programs under SAFETEA-LU sections 5506(e) and (f). Grants of approximately $3.5 million each were awarded to ten Tier 1 UTCs, two Tier 1 Transit-Focused UTCs, and ten Regional UTCs. Fiscal Year 2012 funds were added to these grants following additional extension legislation.

In 2012, the Moving Ahead for Progress in the 21st Century Act (MAP-21) continued the UTC program, authorizing the competitive selection of 35 UTCs to receive a total of $72.5 million in funding for each of Fiscal Years 2013 to 2014, with continued funding from extension acts through Fiscal Year 2015. Following a competition in 2013, grants of approximately $3 million each were awarded to five National UTCs, $2.75 million each to ten Regional UTCs, and $1.5 million each to twenty Tier 1 UTCs.

The Fixing America's Surface Transportation (FAST) Act was enacted in December 2015, establishing the UTC Program similarly to MAP-21 with 35 UTCs to receive funding from Fiscal Years 2016 to 2020. The FAST Act was later extended through Fiscal Year 2021. Authorized funding increased incrementally from $72.5 million per year to $77.5 million per year. Congress provided one-time funding and authorizations for additional grants in 2018 for two additional National UTCs (total authorization $15 million) and in 2020 for additional Tier 1 UTCs (total authorization $5 million). These grants were competed and awarded in 2019 and

2020 respectively, and they operate similarly to the FAST Act-authorized UTCs except for a shorter period of performance and smaller award amounts.

The Infrastructure Investment and Jobs Act (IIJA) was enacted in November 2021, establishing the UTC Program as it is described throughout this Notice of Funding Opportunity. The IIJA's reauthorization of the UTC Program both sustains existing and establishes new and vital initiatives in transformational research, education and workforce development, and technology transfer that benefit the U.S. traveling public, freight movement, and the safety and efficiency of the U.S. transportation system, while addressing concerns of climate change and environmental impacts caused by and affecting transportation systems and vulnerable communities, and issues of transportation accessibility and equity.

The most significant changes in the UTC Program between the IIJA and the previous FAST Act are:

- a seventh research priority, Reducing Transportation Cybersecurity Risks, is added (see **Section A.1 Introduction** above);
- all new candidate topic areas under each of the seven research priorities (see **Section D.2.2.3.1.A Criterion One: Research Activities and Capability** below);
- award amounts are expected to be higher throughout the life of the grants (see **Section B FEDERAL AWARD INFORMATION** below); and
- an institution of higher education may receive only one grant as the lead of a consortium (see **Section C.3 Multiple Applications** below).

Additional information about the UTC Program is available on the UTC Program website (https://www.transportation.gov/content/university-transportation-centers).

### A.4 Relationship to Other US DOT Efforts

The US DOT continues to build on existing efforts to apply research awards and resources in an effective manner, in order to support the DOT mission, "To deliver the world's leading transportation system, serving the American people and economy through the safe, efficient, sustainable, and equitable movement of people and goods." As part of preparing their applications, applicants should familiarize themselves with US DOT's current strategic planning and innovation efforts:

- US DOT has developed a new *FY 2022-2026 DOT Strategic Plan*. This plan is available on the US DOT website at https://www.transportation.gov/dot-strategic-plan. Note the Key Performance Indicators under the Transformation strategic goal on page 33 as items especially relevant to UTC Program grants. As noted in **D.2.2. Applications** below, applicants will need to identify which strategic goals and objectives under this plan the proposed UTC supports.
- US DOT is developing a new *Research, Development and Technology (RD&T) Strategic Plan for Fiscal Years 2022-2026* (as required by the IIJA, Sec. 25014), which aligns with the *DOT Strategic Plan* and with the revised goals of the IIJA. Information about *RD&T*

*Strategic Plan* development is available at https://www.transportation.gov/utc/current-competition.

- As a step toward a long-term goal of reaching zero roadway fatalities, US DOT developed its *National Roadway Safety Strategy* outlining a comprehensive approach to significantly reducing serious roadway injuries and deaths. The strategy is on the US DOT website at https://www.transportation.gov/NRSS.
- US DOT recently released its new *US Department of Transportation Equity Action Plan* that highlights work the Department will undertake to expand access and opportunity to all communities while focusing on underserved, overburdened, and disadvantaged communities. The plan is on the US DOT website at https://www.transportation.gov/priorities/equity/actionplan.
- In addition, the Department of Transportation stresses the critical importance of innovation, a concept that is recognized to be a key component of the work done by the nation's colleges and universities. Information about US DOT's emphasis on innovation is available on the US DOT website at https://www.transportation.gov/innovation, along with a set of US DOT Innovation Principles (https://www.transportation.gov/priorities/innovation/us-dot-innovation-principles) developed to guide the Department's approach toward this desired innovation.

Programs managed by the US DOT and other Federal agencies are charged with supporting and complying with Presidential Executive Orders and Memoranda. US DOT has specific interest in providing research, education, and technology transfer opportunities for historically underserved communities, including those served by minority institutions. US DOT is also interested in accelerating research and technology transfer that addresses transportation's critical role in climate change and sustainability. Of particular interest for the university community, US DOT is committed to the principles of scientific integrity in research. Applicants should familiarize themselves with the following Executive Orders and Memorandum that will be relevant to applications submitted under any of the seven statutory research priority areas, toward advancing US DOT goals:

- Advancing Racial Equity and Support for Underserved Communities Through the Federal Government (https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/executive-order-advancing-racial-equity-and-support-for-underserved-communities-through-the-federal-government/)
- Tackling the Climate Crisis at Home and Abroad (https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/27/executive-order-on-tackling-the-climate-crisis-at-home-and-abroad/)
- Memorandum on Restoring Trust in Government Through Scientific Integrity and Evidence-Based Policymaking (https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/27/memorandum-on-restoring-trust-in-government-through-scientific-integrity-and-evidence-based-policymaking/)

Federal agencies including US DOT are each required to develop a Strategic Plan at the beginning of a new Presidential administration, establishing the agency's overarching goals and

identifying objectives to reach those goals, as well as key performance indicators to measure results. US DOT is required to track and report its progress through the key performance indicators toward achieving the goals. Because activities conducted by UTCs will contribute toward these goals, objectives, and indicators, elements of US DOT's Strategic Plan (https://www.transportation.gov/dot-strategic-plan) are incorporated throughout this Notice of Funding Opportunity.

## SECTION B FEDERAL AWARD INFORMATION

The US DOT will operate the UTC Program based on the principles of full and open competition. Awards will be in the form of grants to successful applicants. The funding and authorization available to OST-R for this Notice of Funding Opportunity at this time are solely from Federal Fiscal Year 2022 funds.

The Infrastructure Investment and Jobs Act (IIJA, sec. 11101(c)(1)(E)) authorizes $80 million for Federal Fiscal Year 2022 (FY 2022), $80.5 million for Fiscal Year 2023 (FY 2023), $81 million for Fiscal Year 2024 (FY 2024), $81.5 million for Fiscal Year 2025 (FY 2025), and $82 million for Fiscal Year 2026 (FY 2026) for 35 competitive grants to UTCs. In addition, the IIJA (Division J, Title VIII) provides $19.0 million per fiscal year "to remain available until expended for amounts made available for each of fiscal years 2022 through 2026…to carry out the University Transportation Centers Program."

Authorized FY 2022 through FY 2026 funds are subject to appropriations and to an annual obligation limitation, and 49 U.S.C. § 5505(d)(3) allows US DOT to expend not more than 1.5 percent of the funding amounts made available for the UTC Program to carry out coordination, evaluation, and oversight activities for the program, the combination of which may reduce grant award amounts. The amount of budget authority available in a given year may be, and has been in recent years, less than the amount authorized for that fiscal year, resulting in reductions of award amounts. As of the release date of this Notice of Funding Opportunity, US DOT anticipates being able to award in FY 2022 the full amounts shown for that year in **Section B.1 Number of Awards** below.

Current UTC Program grant recipients are eligible to apply for, and to receive if selected, grant funding through this competition. If a current UTC Program grant recipient is selected to be a new UTC under this Notice of Funding Opportunity, the new grant will be managed as a separate entity from any previous grant(s).

Funds made available under this Notice of Funding Opportunity may be expended from an anticipated start date of November 15, 2022 through November 30, 2028.

### B.1 Number of Awards

Three types of Centers will be selected under this Notice of Funding Opportunity:

- Five National UTCs;
- Ten Regional UTCs, one of which will be a Center focusing its efforts in the field of comprehensive transportation safety, congestion, connected vehicles, connected infrastructure, and autonomous vehicles, including the cybersecurity implications of technologies relating to connected vehicles, connected infrastructure, and autonomous vehicles; and
- 20 Tier 1 UTCs.

The expected fiscal year funding amounts for each type of Center, based on the authorized amount of funding before any of the reductions noted in **SECTION B FEDERAL AWARD INFORMATION** above and assuming selection of 20 Tier 1 UTCs, are up to the following amounts:

| | | |
|---|---|---|
| Nationals | $4,000,000 each X 5 | $20,000,000 |
| Regionals | $3,000,000 each X 10 | $30,000,000 |
| Tier 1s | $2,000,000 each X 20 | $40,000,000 |
| **TOTAL FY22** | | **$90,000,000** |
| | | |
| Nationals | $4,000,000 each X 5 | $20,000,000 |
| Regionals | $3,000,000 each X 10 | $30,000,000 |
| Tier 1s | $2,000,000 each X 20 | $40,000,000 |
| **TOTAL FY23** | | **$90,000,000** |
| | | |
| Nationals | $4,000,000 each X 5 | $20,000,000 |
| Regionals | $3,000,000 each X 10 | $30,000,000 |
| Tier 1s | $2,000,000 each X 20 | $40,000,000 |
| **TOTAL FY24** | | **$90,000,000** |
| | | |
| Nationals | $4,000,000 each X 5 | $20,000,000 |
| Regionals | $3,000,000 each X 10 | $30,000,000 |
| Tier 1s | $2,000,000 each X 20 | $40,000,000 |
| **TOTAL FY25** | | **$90,000,000** |
| | | |
| Nationals | $4,000,000 each X 5 | $20,000,000 |
| Regionals | $3,000,000 each X 10 | $30,000,000 |
| Tier 1s | $2,000,000 each X 20 | $40,000,000 |
| **TOTAL FY26** | | **$90,000,000** |

Through this Notice of Funding Opportunity, the US DOT is competing UTC grants in fixed amounts within the ranges enabled by 49 U.S.C. § 5505(c) for each type of UTC (National, Regional and Tier 1) in order that applicants for each type of grant may be evaluated fairly against a fixed level of effort.

### B.2 Types of Centers

### B.2.1 National Centers

The five National Centers must focus their efforts on national transportation issues as identified by one of the statutory research priority areas (49 U.S.C. § 6503(c)(1) as amended by IIJA sec. 25014): Improving Mobility of People and Goods; Reducing Congestion, Promoting Safety; Improving the Durability and Extending the Life of Transportation Infrastructure; Preserving the Environment; Preserving the Existing Transportation System; and Reducing Transportation Cybersecurity Risks. Although there are seven research priority areas, only five National Centers may be funded; selection within the seven research priority areas will be determined by the relative merits of applications received and in order to achieve a balanced portfolio across all selected Centers as discussed in **SECTION E APPLICATION REVIEW INFORMATION** below.

**SECTION D APPLICATION AND SUBMISSION INFORMATION** provides additional information on non-exclusive candidate topic areas categorized under each research priority area.

National Centers may be based in any region and may include consortium members that are not in the same Federal region as the lead institution.

### B.2.2 Regional Centers

The ten Regional Centers must focus their efforts on national transportation issues as identified by one or more of the seven statutory research priority areas: Improving Mobility of People and Goods; Reducing Congestion; Promoting Safety; Improving the Durability and Extending the Life of Transportation Infrastructure; Preserving the Environment; Preserving the Existing Transportation System; and Reducing Transportation Cybersecurity Risks. **SECTION D APPLICATION AND SUBMISSION INFORMATION** provides additional information on non-exclusive candidate topic areas categorized under each research priority area.

The IIJA (sec. 25017, amending 49 U.S.C. § 5505(c)(3)(E)) also requires that one of the ten Regional UTC awards be given to a Center focusing its efforts in the field of comprehensive transportation safety, congestion, connected vehicles, connected infrastructure, and autonomous vehicles, including the cybersecurity implications of technologies relating to connected vehicles, connected infrastructure, and autonomous vehicles. Other than this specific focus area, this UTC will perform the other functions of a Regional Center.

The ten Regional Centers are to be located one in each of the ten standard Federal regions listed in Table 1 below. They are distinct from the National and Tier 1 Centers in that they must also address what the Regional UTC identifies as regional needs. While a National or Tier 1 Center may be based in any region and may form a consortium with universities that are not located in its region, a Regional Center, including all consortium members, must be located within the Federal region to be served. Each Regional Center must serve as a focal

point within its respective region to help coordinate UTC transportation research and education programs with regional needs and initiatives. At a minimum, a Regional Center should work with the other UTCs in its region to maximize the effectiveness of the region's collective services and programs.

**Table 1. Standard Federal Regions**

| **Standard Federal Regions** | |
|---|---|
| Region 1 | Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont |
| Region 2 | New Jersey, New York, Puerto Rico, U.S. Virgin Islands |
| Region 3 | Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia |
| Region 4 | Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee |
| Region 5 | Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin |
| Region 6 | Arkansas, Louisiana, New Mexico, Oklahoma, Texas |
| Region 7 | Iowa, Kansas, Missouri, Nebraska |
| Region 8 | Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming |
| Region 9 | Arizona, California, Guam, Hawaii, Nevada |
| Region 10 | Alaska, Idaho, Oregon, Washington |

### B.2.3 Tier 1 Centers

The twenty Tier 1 Centers must focus their efforts on national transportation issues as identified by one of the seven statutory research priority areas: Improving Mobility of People and Goods; Reducing Congestion; Promoting Safety; Improving the Durability and Extending the Life of Transportation Infrastructure; Preserving the Environment; Preserving the Existing Transportation System; and Reducing Transportation Cybersecurity Risks. **SECTION D APPLICATION AND SUBMISSION INFORMATION** provides additional information on non-exclusive candidate topic areas categorized under each research priority area.

Tier 1 Centers may be based in any region and may include consortium members that are not in the same Federal region as the grantee university.

## SECTION C ELIGIBILITY INFORMATION

### C.1 Eligible Applicants

Only U.S. non-profit institutions of higher education as defined under 20 U.S.C. § 1001(a) are eligible to apply. Non-profit institutions of higher education may include qualifying two-year institutions that meet the requirements of 20 U.S.C. § 1001(a). *Any application submitted by or including in its consortium an entity other than a U.S. non-profit institution of higher education will not be considered for selection*.

As noted in **SECTION B FEDERAL AWARD INFORMATION**, current UTC Program grant

recipients are eligible to apply for grant funding. If a current UTC Program grant recipient is selected to be a new UTC under this Notice of Funding Opportunity, the new grant will be managed as a separate entity from any previous grant(s).

Under 49 U.S.C. § 5505(b)(1), a UTC must be a consortium of two or more non-profit institutions of higher education led by one lead institution, all located in the United States or its territories or on Tribal lands. Typically, a consortium is a meaningful arrangement with all members involved in planning the overall direction of the Center's activities and participating in most aspects of the Center; the consortium is a long-term relationship lasting the full life of the grant. *Any application submitted by a sole non-profit institution of higher education that is not part of a consortium will not be considered for selection*.

Universities may collaborate with State, Tribal, and local Departments of Transportation and Departments of Public Works, metropolitan and regional planning organizations, the private sector, the philanthropic sector, and non-profit organizations; however, organizations that are not defined as U.S. non-profit institutions of higher education will not be considered members of the consortium. Organizations that are not members of a consortium may collaborate with a Center on a particular project or provide a service that assists in accomplishing that Center's activities.

The grantee/recipient institution will be the direct and primary recipient of the US DOT funds and must perform a substantive role in carrying out Center activities; it may not serve solely or primarily as a conduit for awards to another party. Under this Notice of Funding Opportunity, there is no minimum requirement for concentration of funding at the grantee institution or for consortium institutions.

### C.2 Cost Sharing or Matching Funds

Total funding for a Center's operation must include the US DOT funding plus non-Federal matching funds. The matching funds may include Federal funds provided to a recipient under 23 U.S.C. § 504(b) or 505 (local technical assistance and State planning and research programs managed by the Federal Highway Administration). No other sources of Federal funds, including from non-US DOT Departments and Agencies, may be counted toward the match requirement.

The non-Federal matching funds may be cash or in-kind, must be used to accomplish program objectives and the purpose of the grant, and must be fully documented in the Center's records. Grantees will have the length of the grant period to obtain and to spend the full amount of required matching funds. Any restrictions under the grant or in Federal grant regulations 2 CFR Part 200 on allowability of costs apply to matching funds as well as the Federal funds.

National and Regional UTCs must obtain matching funds in an amount equal to the US DOT grant award amount. The match for Tier 1 UTCs must be 50 percent of the US DOT grant award amount.

Letters of commitment are neither required nor permitted in the application for space reasons. Instead, applicants wishing to identify such commitments should note in the text of the application if you have received such commitments, keeping any letters of commitment on file for audit purposes. If copies of such letters are included, they will count toward the application's page limit.

### C.3 Multiple Applications

Institutions may apply for multiple grants by submitting separate applications for each, and they may choose to submit separate applications for grants under more than one type of UTC category (National, Regional or Tier 1). However, 49 U.S.C. § 5505(b)(2) (as amended by IIJA, Sec. 25017) restricts the number of UTC grants that an institution may receive through this competition as a lead institution of a consortium to **one UTC grant** (*previously a lead institution could receive one grant under each type of center, but now only one UTC grant in total may be received*). In this competition, there are no restrictions on the numbers or types of UTCs of which an institution may be a non-lead consortium member; an institution could be selected as the lead on one UTC and as a non-lead consortium member on another selected UTC.

## SECTION D APPLICATION AND SUBMISSION INFORMATION

### D.1 Address to Request Application Package

Applicants may view this Notice of Funding Opportunity and other supporting materials on www.grants.gov (the Federal electronic grant identification and application system) and the UTC Program website, https://www.transportation.gov/content/university-transportation-centers. For www.grants.gov, applicants should log onto that system and then search for Assistance Listing (Catalog of Federal Domestic Assistance number) 20.701 or **Opportunity No. UTCOPENCOMP2022** in order to find this Notice of Funding Opportunity. Although this Notice will be available for viewing on the UTC Program website, applications themselves must be submitted through Grants.gov.

This Notice of Funding Opportunity and previous UTC grant terms and conditions (including reporting requirements) that are similar to those that will be in effect for the upcoming grants may also be found on the UTC Program website, https://www.transportation.gov/content/university-transportation-centers. OST-R will post final versions of the terms and conditions for the new UTC Program grants on that website as soon as they are available.

### D.2 Content and Form of Application Submission

#### D.2.1 Letters of Intent

This Notice of Funding Opportunity requires that each applicant submit a Letter of Intent which

OST-R requests be received by **5:00 PM EDT, FRIDAY, JULY 1, 2022** (late submission of a Letter of Intent will be accepted if received before the deadline for applications); *any application not preceded by a Letter of Intent submitted in the manner described here will be rejected*. The Letter of Intent must be submitted to OST-R as a PDF attachment in an e-mail, sent to UTCgrants@dot.gov.

The Letter of Intent must identify the following items:

1. the non-profit institution of higher education that will submit the application as the lead of the consortium;
2. the type of UTC for which you are applying as shown in **Section B.2 Types of Centers** above: (1) National Center; (2) Regional Center; or (3) Tier 1 Center;
    - if you are applying as a Regional Center, please indicate the Federal region in which you are located (as shown on Table 1 previously in this document)
3. the statutory research priority area (see **Section B.2 Types of Centers** above) that will be your primary focus; and
4. contact information for a person at your institution that the US DOT may e-mail or call with questions about the Letter of Intent.

Letters of Intent are required so that the US DOT review panels, comprised of relevant subject matter experts, may be organized in advance of receipt of final applications.

After submitting a Letter of Intent, you may change the type of Center being applied for and describe the change in the final application. However, you may not change the statutory research priority area identified in the Letter of Intent as your primary focus.

If you are intending to apply for more than one UTC grant, either within a category of Centers or across categories of Centers, you must submit a separate Letter of Intent (and a separate application) for each grant. An institution applying for more than one grant may not submit preferences as to which grant it would prefer to receive; the US DOT will make the selections.

### D.2.2 Applications

If you are eligible to receive an award under this Notice of Funding Opportunity, your (non-profit institution of higher education's) authorized representative must submit the application through www.grants.gov; any application submitted other than through www.grants.gov *will not be considered for funding*. You will want to ensure well in advance that your institution is registered with www.grants.gov, as registration is not instantaneous. Eligible entities must have or must secure a Unique Entity Identifier (UEI, formerly DUNS number) for the purposes of formal application; a university's sponsored-programs or research office typically is the entity within a university that submits applications and so should be able to assist with this. The

Unique Entity Identifier is a unique, 12-character alphanumeric value that identifies your organization. Each applicant's Unique Entity Identifier will be maintained as part of the applicant's profile. This number can be obtained through the Federal government's System for Award Management or SAM.gov system https://sam.gov/content/home.

You are responsible for the accuracy and validity of all the administrative, fiscal, and technical information in your application. The application must consist of:

Your UTC application must be submitted to www.grants.gov no later than **11:59 PM EDT, THURSDAY, AUGUST 25, 2022**. www.grants.gov will provide you with an acknowledgement of your submission.

Hard copies of the application (see **Section D.6 Other Submission Requirements**) must be received by OST-R no later than **5:00 PM EDT, TUESDAY, AUGUST 30, 2022** (*note that this is later than the www.grants.gov deadline*).

1. A cover sheet;
2. A two-page research abstract;
3. A written response to the evaluation criteria, and identification of the proposed Center Director and key staff (this portion of the application must not exceed 35 pages);
4. Required appendices (minority institution enrollment, CVs, and budget plans);
5. Standard Forms SF-424 "Application for Federal Assistance" and SF-424B "Assurances – Non-Construction Programs;" and
6. A copy of each of your consortium institutions' most recent negotiated overhead and fringe benefit rates.

**►►► PLEASE ENSURE THAT YOUR APPLICATION DOES NOT CONTAIN ANY PERSONALLY IDENTIFIABLE INFORMATION ◄◄◄**
(such as Social Security numbers, birth dates, home addresses, etc.)
Information submitted in the application may be subject to the Freedom of Information Act (FOIA).

### D.2.2.1 Cover Sheet

The cover sheet of the application must include the following information:

1. The name of the proposed UTC, and names and locations (city, State, and zip code) of the lead/grantee institution and the other members of the Center's consortium. In order for OST-R to comply with Federal agency reporting requirements, state whether any of the participating non-profit institutions of higher education is a Minority Institution as that term is defined in **Section D.2.2.4.1 Enrollment Information for Any Minority Institution(s)**.
2. The type of UTC for which you are applying for grant funding: (1) National Center; (2)

Regional Center; or (3) Tier 1 Center. You may choose to be considered for more than one type of Center, but a separate and unique application must be submitted for each grant for which your institution is applying.

- If you are applying as a Regional Center, please indicate the Federal region in which you are located (as shown on Table 1 previously in this document).

3. The statutory research priority area (49 U.S.C. § 6503(c)(1) as amended by IIJA sec. 25014) that is your primary focus:
   A. Improving Mobility of People and Goods;
   B. Reducing Congestion;
   C. Promoting Safety;
   D. Improving the Durability and Extending the Life of Transportation Infrastructure;
   E. Preserving the Environment;
   F. Preserving the Existing Transportation System; or
   G. Reducing Transportation Cybersecurity Risks.

   While your planned activities may span more than one priority area, you must select one priority area as your key focus.

4. The *DOT Strategic Plan* strategic goals (https://www.transportation.gov/dot-strategic-plan) that your proposed UTC supports:
   1. Safety;
   2. Economic Strength and Global Competitiveness;
   3. Equity;
   4. Climate and Sustainability;
   5. Transformation; and
   6. Organizational Excellence.

   Select a primary strategic goal and at least one secondary strategic goal.

Prepare the cover sheet as an 8.5x11 standard-size page using Arial 12 font with one-inch margins. Color may be used if desired. The cover sheet does not count toward the 35-page limit that applies to the Written Response section described below.

### D.2.2.2 Research Abstract

The research abstract must not be more than two pages in length. It should contain high-level descriptions of the following:

- The research topics on which the proposed UTC intends to focus;

- The motivations for pursuing the research;
- How the topics align with your chosen statutory research priority area and, if applicable, the non-exclusive candidate topic areas that fall within the selected priority area;
- How the topics align with your identified DOT Strategic Goals; and
- The transformational impacts that the proposed research is expected to have on the transportation system and its users.

Prepare the research abstract as no more than two 8.5x11 standard-size pages using Arial 12 font with one-inch margins. The research abstract does not count toward the Written Response's 35-page limit.

### D.2.2.3 Written Response

**Page Limits and Formatting:**
This section of your application must not exceed a total length of thirty-five (35) 8.5x11 standard-size pages, single-spaced, Arial 12 font*, with one-inch margins. *Any application that exceeds the page limit or that uses other than the specified spacing, font, or margins will be rejected.* Color may be used if desired.

A table of contents is not required; if you choose to include one, it will count toward the 35-page limit.

The cover sheet, abstract, and required appendices do not count toward the 35-page limit.

There are specific page limits for the required appendices, which are stated in **Section D.2.2.4 Required Appendices** below.

*Arial 12 should be used throughout the document, except for headers/footers and tables/figures within which the font size may be no smaller than 9. Arial Black is acceptable, but Arial Narrow is not. Any size/type of font may be used in the appendices.

**NOTE:** *Do not include any hyperlinks to external websites that provide supplemental content to the information contained in the application, as reviewers will be instructed not to view them.*

This **Written Response** section must address the following:

1. Response to Evaluation Criteria
2. Center Director and Key Personnel.

### D.2.2.3.1 Response to Evaluation Criteria

The UTC Program's authorizing legislation (49 U.S.C. § 5505(b)(4)) specifies general selection criteria to be used in this competition. These statutory criteria are included in this Notice of Funding Opportunity as **Criteria One through Five**, described below. In addition, the US DOT currently requires all Notices of Funding Opportunity to reflect in selection criteria the Presidential Executive Orders cited in **Section A.4 Relationship to Other US DOT Efforts** above; responsiveness to these Executive Orders will be assessed through the applicant's responses to **Criteria One and Three**, described below. **SECTION E APPLICATION REVIEW INFORMATION** describes how these selection criteria will be used in the selection process. The selecting official will also be looking for applications that support the US DOT *FY 2022-2026 Strategic Plan*, which will be assessed through the applicant's responses to **Criteria One through Four**.

The application submitted in response to this Notice of Funding Opportunity will serve as the Strategic Plan for any Center that is selected to receive funding. All the items listed below must be addressed clearly and completely.

<u>If you are applying for a Regional UTC</u>, you must discuss throughout your application how your Center will address regional issues. The discussion must include the following:

- How your Regional Center will serve as a focal point within your region to help coordinate your UTC's transportation research, education, workforce development, and technology transfer programs with regional partners and initiatives.
- How your Regional Center will work with other UTC grant recipients that are located in the region to maximize the effectiveness of those UTCs' collective services and programs.
- Your institution's relevant experience, if any, in leading regional efforts.
- Your ideas for how the Center can use regional efforts to further UTC program objectives.

<u>If you are applying for a National or Tier 1 UTC</u>, there is no expectation of addressing issues on a regional basis. However, you are free to do so if that is in keeping with your vision for your proposed center.

**All applicants must respond to the following evaluation criteria, in the order specified below. Insufficient information to allow reviewers to assess any criterion will negatively impact the application's rating.**

**D.2.2.3.1.A Criterion One: Research Activities and Capability**

In this section, describe the key breakthrough, advanced, and transformative research activities that you will undertake, and demonstrate your capability and experience to carry out these activities and achieve the objectives of the UTC Program and the vision of a system of systems, which is defined in the forthcoming US DOT *Research, Development and Technology Strategic*

*Plan for Fiscal Years 2022-2026*; information about that plan's development is available at https://www.transportation.gov/utc/current-competition. You must provide sufficient detail in this Written Response to enable the reviewers to understand what you intend to accomplish with your Center; to see how you plan to select, brief OST-R staff about, and carry out the research projects financed with your grant; and to evaluate the feasibility of your proposed approach as well as your capability to achieve the proposed outcomes within the grant's designated time frame.

The 35-page limit for the Written Response means that you likely will not want to include fully detailed, methodological descriptions of your proposed research projects in the application. OST-R encourages applicants to include relatively high-level overviews of research projects that include enough detail to make clear a project's significance to US DOT's transformative vision for transportation, noting in particular the research project's intended outcomes and desired impacts.

i. Proposed Research Activities

49 U.S.C. § 6503(c)(1), as amended by IIJA sec. 25014, specifies seven research priorities that UTCs selected through this competition must address: Mobility of People and Goods; Reducing Congestion; Promoting Safety; Improving the Durability and Extending the Life of Transportation Infrastructure; Preserving the Environment; Preserving the Existing Transportation System; and Reducing Transportation Cybersecurity Risks.

The IIJA charges the Secretary of Transportation with establishing non-exclusive candidate topic areas within these research priorities. OST-R worked with the US DOT operating administrations to develop the candidate topic areas listed below. Per 49 U.S.C. § 6503(c)(2), research activities may include fundamental research pertaining to the applied physical and natural sciences; applied science and research; technology development research; and social science research.

Although applicants are encouraged to consider these topic areas, the **US DOT is looking for, and encouraging applicants to propose, new breakthrough ideas, innovations, and transformative research topics that will make significant contributions toward transforming the transportation system into a seamless, connected, and adaptable system of systems that serves the American people and economy through the safe, efficient, sustainable, and equitable movement of people and goods.**

US DOT has identified key challenges and candidate technologies and tools, listed below, for potential research considerations for each of the seven statutory research priorities. Some of these are discussed in the forthcoming US DOT *Research, Development and Technology Strategic Plan for Fiscal Years 2022*-2026 noted above. Challenges are presented by each research priority area, along with candidate technologies and tools for use among the seven priority areas:

**Challenges**:

1. **Improving Mobility of People and Goods:**
   - Freight – logistics, planning, data, workforce, and execution
   - Transportation Equity – assessment, investment. enhancement, and coordination
   - Multimodal System Planning – seamless system design, planning and execution
   - Mobility Innovation – innovative personal mobility services and technologies
   - Network Accessibility – mapping and mobility services
   - Automated and Connected Vehicles – simulation, testing, systems design
   - Positioning, Navigation and Timing and other communication technologies – systems integration, testing and reliability
   - Rural Transportation Infrastructure – safety, efficiency, reliability and resiliency

2. **Reducing Congestion:**
   - Demand Management – incentive-based roadway pricing, land use, curb management, mode shift, transportation network gap analysis
   - Delivery – first/last mile delivery data, infrastructure, technology, and operations
   - Operations – transportation system management and operations

3. **Promoting Safety:**
   - Vulnerable Users – design, data, interventions, usability
   - Infrastructure – condition assessment and monitoring, planning and design
   - Safety Culture and Behavior – unsafe/distracted driving identification and mitigation, efficacy of traffic-safety enforcement
   - Human-Machine Interactions – human factors of transportation technology and design
   - Hazardous Material Safety – safety of hazardous materials transportation, impact on communities
   - Vehicle and Workforce Safety – safety of drivers, passengers, road users, transportation workers and first responders
   - Automated and Connected Vehicles – simulation, testing, systems design
   - Positioning, Navigation and Timing and other communication technologies – systems integration, testing and reliability
   - Rural Transportation Safety – planning, design, and data

4. **Improving the Durability and Extending the Life of Transportation Infrastructure:**
   - Durability – inspection, maintenance, preservation, sustainability, longevity, and health monitoring
   - Construction – materials and structures, construction methods and management
   - Finance – innovative revenue and finance

5. **Preserving the Environment:**
   - Noise and Air Quality – measurement and mitigation

- Electrification – transportation operations, infrastructure facilities and other support systems
- Alternative Fuels – energy innovation in high-emissions sectors
- Environmental Analysis and Mitigation – measuring, modeling, and mitigating pollution and preserving ecosystems
- Environmental Justice – assessment and mitigation of harmful environmental effects on vulnerable communities
- Mode Shift – systems design and user experience to reduce environmental impact of transportation
- Resiliency and Climate Adaptation

6. **Preserving the Existing Transportation System:**
   - Asset Management – techniques and cost-effective inspection, preservation, and maintenance practices, vulnerability assessment and risk modeling
   - Resilience – resilient, adaptive, and dynamic systems

7. **Reducing Transportation Cybersecurity Risks:**
   - Supply Chain – coordination, testing, mitigation
   - Positioning, Navigation and Timing and other communication technologies – systems integration, testing and reliability
   - Testing – tools, distributed environments and systems
   - Automated and Connected Vehicles – simulation, testing, systems design
   - Internet of Things – security and monitoring

**Candidate Technologies/Tools for Consideration:**

- Knowledge Networks/Knowledge Graphs
- Vehicle-to-Infrastructure, Vehicle-to-Pedestrian, Vehicle-to-Everything
- Cooperative Driving Automation
- Positioning, Navigation and Timing
- Simulation
- Secure Data Sharing Techniques
- Spectrum Utilization
- Advanced Engineering Materials
- Autonomous Systems
- Robotics
- Blockchain Technologies
- Artificial Intelligence and Machine Learning
- Networked Sensors and Sensing
- Quantum Information Technologies
- Electrification
- Communications and Networks Technologies
- Financial Technologies

- Human Machines Interface Technologies
- Modeling
- Differential Privacy
- Computer Vision
- Renewable Energy Generation, Storage and Distribution
- Energy Storage and Charging
- Additive Manufacturing
- Community Engagement

- Describe your Center's proposed research topic(s) and corresponding relationship to the one of the seven statutory research priority areas (Improving Mobility of People and Goods; Reducing Congestion; Promoting Safety; Improving the Durability and Extending the Life of Transportation Infrastructure; Preserving the Environment; Preserving the Existing Transportation System; or Reducing Transportation Cybersecurity Risks) that you previously identified as your primary focus area. You are encouraged to select from the list of non-exclusive research topic area(s) or introduce your innovative approach to provide more depth to your research focus.

  The US DOT welcomes focused Centers that will make dramatic impacts on one or a few closely related topics and is not necessarily looking for Centers trying to demonstrate the ability to span a large number of research topics.

- Discuss how your Center's proposed research topic(s) advance the *US DOT Strategic Plan* Goals (https://www.transportation.gov/dot-strategic-plan) that you identified above (**D.2.2.1 Cover Sheet**) as being supported by your application.
- Within those Strategic Goals, note which of the Key Performance Indicators listed in the *US DOT Strategic Plan* for those goals you expect your UTC to advance.
- Describe how the involvement of any Minority Institution(s) in your UTC's consortium will contribute particular assets to the research activities of your UTC and/or assist in further developing the conduct of research at the Minority Institution(s).
- Discuss the degree to which your proposed research activities are multimodal (either across modes or involving modes other than highway) and multidisciplinary in scope, and how such an emphasis impacts the quality of the research.
- Describe your commitment to, and your proposed implementation of, peer review principles and other research "best practices" in the selection and management of your research projects.
- Provide three to five relevant performance metrics that you will use to assess your performance in meeting research goals.
  - In addition, state how you will obtain and maintain the information included in those metrics.

ii. Capability and Experience

- Describe the research resources already available to conduct breakthrough, advanced, and transformative research, including those at consortium universities. Among others, these resources may include the following, if relevant to the transportation research to be conducted:
  - Dedicated laboratory space;
  - Specialized computer or other technical equipment; and
  - University support personnel with particular knowledge of transportation research needs such as a librarian, IT/data specialist, or machinist.
- Describe any research resources you anticipate obtaining in order to perform your proposed research activities.
- Provide details on whether your proposed research activities are a continuation of existing research projects and programs within your university and among members of the consortium, or are intended to provide opportunities to create and establish new research projects and programs.
- Describe your ability to address the specific topic areas you described above as proposed research activities. Please include:
  - Examples of significant impacts of past research on the transportation enterprise, including a description of products or patents, or a change in practice, or instances of research results informing policy decisions.
  - Examples of research included in peer-reviewed journals, publications, and conferences.
  - Qualifications of faculty expected to be involved in your proposed research activities.

**D.2.2.3.1.B Criterion Two: Leadership**

In this section, you must describe your plans for providing and creating leadership to solve immediate and long-range national and/or regional transportation problems and advancing transportation expertise and breakthrough technology. You should provide examples of:

- Your high standing within the national and international arenas of transportation research as evidenced by activities such as publications, committee work, participation in professional transportation organizations and conferences (e.g., presentations, steering committees, session chairs, etc.), awards, and other indicators of leadership excellence.
- Your experience in contributing to the solution of regional and/or national transportation problems.
- Demonstrated leadership in the development and delivery of programs. This includes innovative transportation education, workforce development, technology transfer, and research activities.
- Your plans for the development of future leaders (young faculty and graduate students) including those at any Minority Institution(s) in your UTC's consortium.
- Your expectation for your UTC's contribution in the area of leadership toward the *US DOT Strategic Plan* Goals (https://www.transportation.gov/dot-strategic-plan) and their Key Performance Indicators.

- Three to five relevant performance metrics that you will use to measure your Center's leadership, and how you will obtain and maintain the information to track these outcomes.

### D.2.2.3.1.C Criterion Three: Education and Workforce Development

Education and workforce development efforts should result in the development of a transportation workforce that is prepared to plan, design, deploy, operate, and maintain the complex transportation systems of the future. As part of these efforts, applications must demonstrate a Center's commitment to broadening participation and attracting new entrants to the transportation field in order to enhance diversity and inclusion. Diversity for this Notice of Funding Opportunity is considered to be the inclusion of the many communities, identities, races, ethnicities, backgrounds, abilities, cultures, and beliefs of the American people, including underserved communities, and any other attributes your Center identifies as needing to be addressed.

In describing your Center's planned education and workforce development activities, you must provide the following information:

- Describe any accredited degree-granting programs with transportation components and/or specializations that will be part of this grant, and provide the number of degrees conferred annually during the past five years (associate, undergraduate, masters, and Ph.D.) across all proposed consortium members, as well as the number of full-time faculty and graduate assistantships in each consortium program. Describe how the grant will be used to support, increase and improve these academic programs. Discuss what you propose to do to facilitate the connections between your students and transportation industry employers.
- Describe any transportation non-degree programs, including credit awarded for on-the-job training, that will be supported by the grant. Include in your description a narrative on how the grant will support, increase, or improve non-degree transportation education programs.
- Describe how the involvement of any Minority Institution(s) in your UTC's consortium will contribute particular assets to the education/workforce activities of your UTC and/or assist in furthering the conduct of education and workforce development at the Minority Institution(s).
- Describe development and deployment of any new certification program(s) to support implementation of new and emerging technologies in communications, infrastructure development, operations, and maintenance.
- If your application supports the **Promoting Safety** research priority area, the US DOT has identified a need for a transportation automation workforce certification/credentialing program. If creating such a certification program is an activity you propose to conduct through your UTC, then describe how you will go about designing, gaining the necessary approval for, and implementing the program.

- If your application supports the **Reducing Transportation Cybersecurity Risks** research priority area, the US DOT has identified a need for the following:
    - Creation of Offensive Security Certified Professional Certification Program or Registered Apprenticeship for Transportation Professionals:
        - Establish training curriculum for transportation cyber professionals with skills in cyber ethical hacking;
        - Program emphasis on cybersecurity for connected and automated transportation systems and architectures;
        - Program with tiered levels of certification and credentialing applicable to trade schools, community college, undergraduate and graduate level courses or part of a registered apprenticeship program;
        - Development of online Learning Management System delivery for cyber training, certification, and credentialing.

  If creating such a certification program is an activity you propose to conduct through your UTC, then describe how you will go about designing, gaining the necessary approval for, and implementing the program.
- Discuss how you will work to identify and then address equity and barriers to opportunity within the proposed programs of your consortium members.
- Describe the number and types of educational seminars, workshops and/or training courses you will offer with support from the grant and the target audience(s) for those seminars, workshops and/or training courses. Include in your description a narrative on how the grant will support, increase or improve these offerings.
- Describe the outreach and educational activities you propose to undertake with support from the grant to attract new entrants into the transportation field. Discuss any specific plans to reach out to primary and secondary school students and connect your activities with the career technical education system in your State or geographic proximity. Discuss any plans to connect with registered apprenticeship programs in order to offer students more educational and career pathways. Discuss any activities to foster and sustain the interest of primary and/or secondary students in transportation careers beyond the initial exposure. Include in your narrative the target groups by age, grade, ethnicity/race, and/or gender characteristics. Provide details on the annual numbers of students to be involved in the proposed programs, what will be done to promote outreach and educational efforts, and how successes will be documented and shared.
- Describe planned outreach or workforce development activities designed to:
    - increase interest in STEM (science, technology, engineering, and mathematics) disciplines and/or raise awareness of transportation careers among diverse and underrepresented groups;
    - recruit/retain diverse faculty;
    - raise public awareness of transportation's impacts on a diverse population.
- Describe additional education and workforce development programs and activities that are not listed above. Be sure to include in the narrative a description of program purpose, target audience(s), and numbers of events and participants.
- Describe how your UTC's education and workforce development activities will address

the Challenges listed in **Section D.2.2.3.1.A Criterion One: Research Activities and Capability**.

- Describe how your UTC will contribute in the areas of education and workforce development toward the *US DOT Strategic Plan* Goals (https://www.transportation.gov/dot-strategic-plan) and their Key Performance Indicators.
- Provide three to five relevant performance metrics that you will use to measure the effectiveness of degree granting programs, other educational efforts, outreach, workforce development, and other educational and workforce activities, and describe how you will obtain and maintain the information to populate these metrics.

### D.2.2.3.1.D Criterion Four: Technology Transfer and Collaboration

UTC programs must include an ongoing program of technology transfer to make research results available to potential users in a form that can be implemented, utilized, commercialized or otherwise applied, and Centers are expected to form substantive and effective collaborative relationships with other academic and/or research institutions, commercial or non-profit entities, and State/local/Tribal governments in order to achieve their objectives.

As noted in **Section D.2.2.4.3 Center Budget Plan**, through this Notice of Funding Opportunity US DOT is requiring that UTCs devote a certain level of funding toward technology transfer and commercialization, with each UTC required to spend at least 5% of its total (Federal and non-Federal) budget on such activities. The costs of the activities you describe and mechanisms you discuss in this section would count toward that requirement.

In this section, you must describe the technology transfer and collaboration activities you will undertake to ensure the successful transfer of information and technology results to those who can use them, especially current transportation practitioners, with the ultimate goal of putting your research widely into effective practice. You must also provide examples of your prior experience in outreach, dissemination, technology transfer, deployment, and commercialization related to transportation research and education.

- Describe your planned activities and prior experience in technology transfer activities, such as:
  - What activities you propose to build the technology transfer capacity of your consortium, faculty, staff, and students.
  - For your consortium, describe how the participating universities will draw upon diverse types and/or sizes of institutions, including Minority Institutions; how the members will work together within the proposed consortium, including roles and responsibilities of lead and other organizations; what each university brings to the proposed consortium to support transformation technology transfer and commercialization; and how the presence of multiple parties and funding sources will enhance your ability to reach your goals.

  - The composition, or proposed composition, of any existing or planned advisory committee for the Center.
  - Partnerships across sectors, with private enterprise, philanthropic entities, non-profit entities, the US DOT, state, Tribal, and local governments (such as State DOTs, Metropolitan Planning Organizations, other public-sector organizations), related state or local agencies (such as state environment agency, local workforce board), and technical/practitioner organizations (such as the American Association of State Highway and Transportation Officials, the American Public Transportation Association, the American Road and Transportation Builders Association, the Institute of Transportation Engineers, the Conference of Minority Transportation Officials, and the Transportation Research Board among others) to move transformative research and technology results into practice;
  - Technical assistance to stakeholders in implementing and deploying research results;
  - Use of technology transfer mechanisms, such as licensing, patents, field testing and demonstration, commercialization (provide examples), standardization, improvements in practitioner guides, cooperative research and/or user agreements, domestic manufacturing of Federally funded inventions, or the creation of new business entities;
  - Use of peer-reviewed journals or academic publications to showcase research results;
  - Information exchanges, including new or social media campaigns and activities; and
  - Academic and continuing education programs targeted toward transportation professionals, such as Statewide or region-wide continuing education courses and/or distance learning, seminars, webinars, and workshops related to transportation.
- Discuss how projects and programs may benefit people in rural and Tribal communities, including specific opportunities to improve mobility and foster a local economy.
- Describe how your UTC will contribute in the areas of transformational research and collaboration toward meeting the *US DOT Strategic Plan* Goals (https://www.transportation.gov/dot-strategic-plan) and their Key Performance Indicators.
- Provide three to five relevant performance metrics that you will use to measure the effectiveness of outreach efforts, as well as the progress in widely implementing research results. Include information on how you will obtain and maintain the information to track these outcomes.

### D.2.2.3.1.E Criterion Five: Program Efficacy

In this section, you must describe your program management approach and procedures, and how you will implement planned activities and produce results in an effective and cost-efficient manner. This must include the following:

- A description of the availability of institutional resources to carry out planned activities, including the institutional resources available from all members of your consortium. Institutional resources encompass such things as research and training facilities, human resources, physical facilities, and institutional support capabilities. Discuss the collective

resources of your consortium that will be available to your Center.

**NOTE:** If there is any pre-existing center of transportation studies or research at the institutions that make up your Center's consortium, describe how the UTC's activities and accomplishments will relate to, and be distinguishable from, those of the existing center(s).

- A discussion of past experience by any of the institutions in your consortium in leading a UTC Program grant, or if none then similar experience on another grant under which the institution conducted activities as a center or institute rather than for a single research project. Please address such managerial issues as:
  - Whether the institution leading the grant conducted grant activities on time and on budget;
  - Whether the institution leading the grant complied with reporting requirements;
  - Whether there were any negative audit findings at the institution related to the grant;
  - Whether the grant met any requirement to provide matching funds.
- Plans for overall management and oversight of fiscal and technical activities, including methods for ensuring cost efficiency, demonstrating the ability to implement the program in a cost-efficient manner.
- Procedures for tracking and coordinating research efforts.

### D.2.2.3.2 Center Director and Key Personnel

In this section, name the individual who will lead the UTC as Center Director, and the key staff members who will support the Center Director in accomplishing the grant's goals. For purposes of management and oversight, OST-R requires that a single Center Director be identified who is affiliated with the grantee institution, and not with any of the sub-grant consortium-member institutions.

The Center Director is the person responsible for ensuring compliance with all UTC Program requirements. This role is particularly important in multiparty consortia involving distant partners. The Center Director is expected to represent the Center and/or the UTC Program at external meetings and is required to participate in up to two annual meetings with the directors of all UTCs convened by the US DOT, and to conduct up to two annual briefings for OST-R staff about that Center's research. No minimum percentage of the Center Director's time is required on the grant, but meaningful direct personal involvement by the Center Director in the UTC is expected.

- Describe how your Center Director plans to effectively direct and oversee the Center's funds, personnel, and programs.

- State the titles and describe the duties and responsibilities of any other key personnel that are considered to be critical for Center activities.

- Briefly discuss the qualifications of the Center Director and key personnel. (**NOTE:** The curriculum vitae (CV) for the Center Director and key personnel are to be included in the appendices. See further instructions in **Section D.2.2.4** below.)

### D.2.2.4 Required Appendices

The following appendices are required:

1. Enrollment Information for any Minority Institution(s)
2. Curriculum Vitae for Center Director and Key Personnel
3. Center Budget Plan

The required appendices do not count toward the 35-page limit.

**NOTE:** OST -R asks that applicants only include the three Required Appendices described above. Reviewers will be instructed neither to read nor to reflect in evaluations any additional appendices that an applicant may include in an application.

### D.2.2.4.1 Enrollment Information for Any Minority Institution(s)

Minority institutions are encouraged to apply for UTC grants. 49 U.S.C. § 5505(c)(4)(C) states: "In awarding grants under this section, consideration shall be given to minority institutions, as defined by section 365 of the Higher Education Act of 1965 (20 U.S.C. § 1067k), or consortia that include such institutions that have demonstrated an ability in transportation-related research." Section 365 of the Higher Education Act of 1965 (20 U.S.C. § 1067k) defines a minority institution as an institution of higher education whose enrollment of a single minority or a combination of minorities exceeds 50 percent of the total enrollment – **this is the sole definition that must be used to identify an institution as a minority institution under this Notice of Funding Opportunity**. 49 U.S.C. § 5505(c)(4)(C) directs the US DOT to give consideration to minority institutions; it does not require a UTC to include a minority institution in the consortium.

20 U.S.C. § 1067k defines the term "minority" to mean: "*American Indian, Alaskan Native, Black (not of Hispanic origin), Hispanic (including persons of Mexican, Puerto Rican, Cuban, and Central or South American origin), Pacific Islander or other ethnic group underrepresented in science and engineering*."

If your proposed UTC consortium includes any minority institution(s) according to the 20 U.S.C. § 1067k definition of a minority institution that the UTC Program's authorizing statute requires be used for this competition, then for each such institution please provide enrollment numbers, from the most recent semester/term where numbers are available, that show the institution meets the definition stated here.

NOTE: Any format is acceptable for the information in this appendix.

Applications submitted by or including a minority institution will be identified as such to the reviewers, to the recommendation team, and to the selecting official (the Secretary of Transportation) as part of the review and selection process described in **SECTION E APPLICATION REVIEW INFORMATION** below. The presence of a minority institution meaningfully involved in a proposed UTC will be reflected in the reviewers' ratings and will be considered by the recommendation team and the selecting official along with other aspects of the desired balanced portfolio for selected UTCs described in **SECTION E APPLICATION REVIEW INFORMATION** below.

**D.2.2.4.2 Curricula Vitae for Center Director and Key Personnel**

Each Curriculum Vitae should be prepared to focus on the most relevant qualifications and is limited to two pages per individual. Include CVs only for those individuals noted previously in response to **Section D.2.2.3.2** of this Notice of Funding Opportunity as being key members of the UTC's personnel. *Do not include Personally Identifiable Information (PII) such as Social Security numbers, birth dates, or home addresses*.

Please include on the curriculum vitae of the proposed Center Director an e-mail address and telephone number suitable for OST-R's official use in communications related to your application.

**D.2.2.4.3 Center Budget Plan**

Provide a completed overall Center Budget Plan (see **Attachment A** to this Notice of Funding Opportunity) for the first year of the grant, including required matching funds, for your UTC. As of the release date of this Notice of Funding Opportunity, OST-R anticipates awarding the full Fiscal Year 2022 award amounts shown in **Section B FEDERAL AWARD INFORMATION**, so your budget should reflect the full, authorized FY2022 amount for the type of UTC for which you are applying ($4.0M for National, $3.0M for Regional, and $2.0M for Tier 1) and should cover the initial year of the grant (11/15/2022 to 11/14/2023). If there is any reduction in funding, grantees who are selected to receive grants through this Notice of Funding Opportunity will be asked to submit a revised budget reflecting that amount.

In addition to the overall Center Budget Plan, provide individual budget plans for each consortium member and the lead institution. Amounts shown for each budget category in these individual budget plans must roll up to the amount shown for that budget category on the overall Center Budget Plan.

You may provide the budget plan in any format you choose, but it must use only the budget categories specified in **Attachment A** to this Notice of Funding Opportunity. As noted in **Section D.2.2.3.1.D Criterion Four: Technology Transfer and Collaboration** above, under the UTC grants to be awarded through this Notice of Funding Opportunity, each UTC is required to spend at least 5% of its total (Federal and non-Federal) budget for technology transfer and commercialization activities such as those you described in your application. For purposes of

tracking compliance with this requirement, you should include all technology transfer and commercialization costs in that category on your Budget Plans, even if some costs (such as, for example, associated supplies or travel) could have been presented in another category.

UTCs selected to receive grants under this Notice of Funding Opportunity may (subject to availability of funds, the UTC Program's continued statutory authority, and the grantee's compliance with grant terms and conditions) receive four additional increments of funding toward the grant. This additional funding is expected to be awarded annually in approximately August, and OST-R will request a new budget from the UTC for review and approval in advance of making that additional award. As with the first funding increment, grantees will have through November 30, 2028 to expend the additional funds.

#### D.2.2.5 Standard Forms SF-424 and SF-424B

Prepare and submit Standard Forms SF-424 and SF-424B.

#### D.2.2.6 Confirmation of Negotiated Overhead and Fringe Benefit Rates

As a separate document from the Written Response, provide a legible copy of your institution's most recent negotiated overhead rates and fringe benefits rates, including the name and telephone number of the Federal audit agency representative. Obtain and provide the same evidence from each of the intended consortium institutions.

### D.3 System for Award Management (SAM)

Each applicant is required to:

- Be registered in the System for Award Management (SAM, http://www.sam.gov) before submitting your application; and
- Continue to maintain an active SAM registration with current information at all times during which you have an active Federal award or application or plan under consideration by a Federal awarding agency.

Applicants that have Federal contracts, grants, and cooperative agreement awards with a cumulative total value greater than $10,000,000 must provide information to SAM about certain civil, criminal, and administrative proceedings that reached final disposition within the most recent five-year period, that were connected with the award or performance of a Federal award.

### D.4 Submission Dates and Times

#### D.4.1 Letters of Intent

Letters of Intent should be submitted by **5:00 PM EDT, FRIDAY, JULY 1, 2022** (late Letters will be accepted if submitted before the deadline for applications). A Letter of Intent must be submitted to OST-R as a PDF attachment in an e-mail, sent to UTCgrants@dot.gov.

### D.4.2 Applications

Your UTC application must be submitted to www.grants.gov no later than **11:59 PM EDT, THURSDAY, AUGUST 25, 2022**. www.grants.gov will provide you with an acknowledgement of your submission.

Hard copies of the application must be received by OST-R no later than **5:00 PM EDT, TUESDAY, AUGUST 30, 2022** (*note that this is later than the www.grants.gov deadline*). Please refer to **Section D.6 Other Submission Requirements** for details on hard copy submittals.

Your application will be considered complete as initially received by OST-R; if you need to make changes after submission but before the due date, you will need to withdraw and resubmit your application in whole. Any materials submitted after the due date will not be incorporated into the review process unless OST-R specifically requests such material to complete the review of your application.

### D.5 Funding Restrictions

The grant funds intended for award under this Notice of Funding Opportunity do not apply to, and may not be used for, construction activities or projects.

Use of grant funds, including funds and in-kind contributions provided by the UTC consortium universities and any external partners as the grant's required matching funds, for the purchase of equipment with a unit value of $5,000 or more, or for foreign travel, will require advance approval from OST-R after a grant has been awarded, before such expenses may be incurred.

Pre-award costs, incurred from the date the US DOT announces the identities of the selected awardees, are those incurred directly pursuant to the applicant's proposed budget and in anticipation of the Federal award where such costs are necessary for the efficient and timely performance of the scope of work. Such costs are incurred at the recipient's own risk; after award of the grant, the recipient may request in writing from OST-R approval of costs that would have been allowable, if incurred after the date of the Federal award.

Please visit the "Tools for Grantees" tab on the UTC Program website at https://www.transportation.gov/utc/tools-grantees to view *General Provisions of Grants for University Transportation Centers* and *Deliverables and Reporting Requirements for University Transportation Centers* in effect for the most recent round of UTC grants. These documents are similar to what requirements are expected to be for the upcoming UTC grant awards being competed now, and they include information regarding certain cost items and the post-award requirements and deliverables pertaining to the grant. OST-R will post final versions of the terms and conditions for the new grants to be selected under this Notice of Funding Opportunity as soon as they are available.

### D.6 Other Submission Requirements

In addition to submitting your application electronically through www.grants.gov, you must also submit to the UTC Program office hard copies of the following documents:

- One copy of the Cover sheet, Abstract, and Written Response with all three of the required appendices;
- One copy each of Standard Forms SF-424 and SF-424B (these need not bear original signatures which typically are executed through www.grants.gov); and
- One copy of the negotiated overhead and fringe benefits rates for each member of the consortium.

OST-R asks applicants to use temporary binding that allows easily for photocopying (binder clips, rubber bands, etc.).

These hard copies must contain identical information to what you submitted through www.grants.gov. The hard copies must be received by OST-R no later than **5:00 PM EDT on TUESDAY, AUGUST 30, 2022** (*note that this is later than the www.grants.gov deadline*). OST-R recommends that you use a delivery or courier service that allows you to track and document delivery and receipt. An application will not be rejected if the hard copies are not received by the deadline, but failure to meet the deadline will be noted as part of the assessment of your application.

Please address your hard copy submittal as follows, using all of the information shown:

Amy Stearns
US DOT/OST-R/mail code RDT-10
Work Station E33-472
1200 New Jersey Avenue, SE
Washington, DC 20590-0001

Contact telephone number only for use in submitting hard copies: (202) 366-4957.

**►►► PLEASE ENSURE THAT YOUR APPLICATION DOES NOT CONTAIN ANY PERSONALLY IDENTIFIABLE INFORMATION ◄◄◄**
(such as Social Security numbers, birth dates, home addresses, etc.)
Information submitted in the application may be subject to the Freedom of Information Act (FOIA).

## SECTION E APPLICATION REVIEW INFORMATION

### E.1 Criteria

This Notice of Funding Opportunity structures the application so that applicants directly address each of the selection criteria individually. **SECTION D APPLICATION AND SUBMISSION INFORMATION** above states the criteria and provides instructions for responding to them.

The Secretary of Transportation will select five applicants to receive National UTC grants, ten applicants to receive regional UTC grants, and twenty applicants to receive Tier 1 UTC grants. The selections made by the Secretary are final.

The US DOT seeks to select a balanced portfolio across all selected Centers that as a group support the seven statutory research priority areas, include different types and/or sizes of universities including whether the lead or any consortium member is a minority institution (see **Section D.2.2.3.1.C** above), provide geographic diversity, and are collectively multimodal in focus.

- **For National Centers:** The US DOT intends to fund five National Centers. The awards may be made in any combination of the seven statutory research priority areas stated in **Section B.2 Types of Centers** above. The Secretary reserves the right to make multiple awards in some research priority areas and to refrain from making an award in one or more of the other areas, subject to the relative merits of the applications submitted for funding.
- **For Regional Centers:** The US DOT intends to fund ten Regional Centers – one within each region. However, if no meritorious applications are received for one or more regions, a new competition will be held for those regions in order to ensure the selection of a qualified Center.
- **For Tier 1 Centers:** The US DOT intends to fund twenty Tier 1 Centers, made in any combination of the seven statutory research priority areas subject to the relative merits of the applications submitted for funding.

## E.2 Review and Selection Process

### E.2.1 Compliance Review

After the closing date, OST-R staff will conduct an initial review of applications to identify any that are incomplete, non-responsive to this Notice of Funding Opportunity, or ineligible to receive a UTC grant. *<u>Any such application will be rejected and the applicant notified</u>*.

### E.2.2 Merit Review

OST-R will utilize knowledgeable and experienced subject matter experts drawn from the U.S. transportation research community and the US DOT to evaluate all complete and responsive applications. Submitted applications will be sorted according to the statutory research priority areas. The applications will be provided to review panels consisting of the appropriate subject matter experts.

Reviewers will base their evaluations of National, Regional, and Tier 1 Centers on the criteria identified in **Section D.2.2.3.1 Response to Evaluation Criteria** of this Notice of Funding Opportunity. The review panels will rate each application as Highly Recommended, Recommended, or Not Recommended for funding. In accordance with the US DOT's best-practice guidance for grant competitions, numerical values such as differing weights for various criteria are not being used in this competition; applications will be evaluated as a whole.

Based on experience with prior UTC Program competitions, OST-R anticipates that enough applications will be rated as Highly Recommended that selections will be made from among the applications rated at that level, though situations may arise (for example, for one or more Regional UTCs where a small number of applications are typically submitted) where applications rated as Recommended may be selected. No application rated as Not Recommended will be selected.

The reviewers' ratings will be forwarded to a team comprised of the heads of the US DOT operating administrations and equivalent Secretarial offices as appropriate. This team will recommend recipients for all available UTC grants, taking into consideration the statutory restrictions on receiving grants, and striving to achieve the desired balanced portfolio across the full group of grants (see **Section E.1 Criteria** above for a description of this desired balance). The final selection of grant recipients will be made by the Secretary of Transportation.

OST-R anticipates that there will be instances where multiple applications under consideration for the same grant are rated as Highly Recommended. In such cases, the recommendation team and the selecting official will prioritize selection of applications that:

- reviewers' comments noted most favorably under **Criterion One: Research Activities and Capability** regarding climate change and sustainability; and/or
- reviewers' comments noted most favorably under **Criterion One: Research Activities and Capability** and **Criterion Three: Education and Workforce Development** regarding equity and barriers to opportunity; and/or
- propose a consortium that includes a minority institution as defined in 20 U.S.C. § 1067k (with supporting documentation included in Section **D.2.2.4 Required Appendices**) that reviewers' comments noted to be actively involved and beneficial to the fulfillment of the grant's purpose.

OST-R reserves the right to request from any or all applicants such additional information as it may deem necessary to complete its review of applications. In conformance with the transparency requirements of 49 U.S.C. § 6503(b)(5), and in order to provide feedback for applicants' use on future applications, applicants may (upon request) receive copies of materials used in the evaluation of their applications after the conclusion of this competition.

## E.3 Risk Assessment

Federal awarding agencies must report information to the Federal Awardee Performance and

Integrity Information System (FAPIIS, http://www.fapiis.gov) about agreements with a non-Federal entity that involved material failure to comply with the award terms and conditions, suspension or debarment proceedings, or similar integrity or prior-performance issues. A non-Federal entity may submit comments in the record in FAPIIS about any information that Federal awarding agencies had reported to the system about that non-Federal entity, for consideration by the Federal awarding agency in making future Federal awards to the non-Federal entity.

Prior to making an award to a non-Federal entity, Federal agencies must determine whether that non-Federal entity is qualified to receive that particular award. In making a determination about any potential risk posed by an applicant being considered for a UTC grant, the UTC Program will review and take into consideration any information about the applicant that is in the System for Award Management (SAM) and the Federal Awardee Performance and Integrity Information System (FAPIIS).

## SECTION F FEDERAL AWARD ADMINISTRATION INFORMATION

### F.1 Federal Award Notices

Only Federal Fiscal Year 2022 funding and authorization are available at this time for new UTC Program grants. Following an initial award of the FY2022 funds, OST-R expects to award four additional increments of funding from Federal Fiscal Years 2023 through 2026 funds at approximately one-year intervals, subject to availability of funds, the UTC Program's continued statutory authority, and the grantee's compliance with terms of the grant. All funding awarded under these UTC grants may be expended over an approximately six-year period, from the award date until November 30, 2028.

Under no circumstances may a public announcement of grant funding or awards (such as a press release) serve as an authorization to begin performance. The receipt of written documentation of a grant award bearing the signature of the Assistant Secretary of Research and Technology or delegate shall provide sole authorization to begin performance. See **Section D.5 Funding Restrictions** above regarding pre-award costs.

### F.2 Administrative and National Policy Requirements

All grants to UTCs will be administered in accordance with the UTC Program's statutory language in 49 U.S.C. § 5505; Federal grant regulations in 2 CFR Part 200; and other applicable Federal laws. For more information about this, please refer to documents related to the previous round of UTC grants that will be updated for use on the upcoming grant awards resulting from this competition: *General Provisions of Grants for University Transportation Centers* and *Grant Deliverables and Reporting Requirements for University Transportation Centers*, available at https://www.transportation.gov/utc/tools-grantees. OST-R will post the final versions for the new grants as soon as they are available.

Following are examples of two requirements that will be addressed in grant agreements issued to institutions selected to receive grants through this Notice of Funding Opportunity.

**Data Management Plans (DMPs)**

In accordance with the *US DOT Plan to Increase Public Access to the Results of Federally Funded Scientific Research* (US DOT Public Access Plan), available at https://doi.org/10.21949/1520559, and the US DOT Departmental Data Release Policy ((DOT Order 1351.34, adopted March 28, 2011; available at https://www.transportation.gov/digitalstrategy/policyarchive/Departmental-Data-Release-Policy), each UTC grant recipient is required to create a **Data Management Plan (DMP)**. In the DMP, a UTC must propose program-level strategies to deposit Digital Data Sets resulting from US DOT-funded scientific research in a repository that enables and allows for public access and sharing. The DMP will be reviewed and must be approved by the Office of the Assistant Secretary for Research and Technology following the award of a grant.

**Civil Rights Act Compliance**

Each UTC grant recipient must document that it has a plan for compliance with civil rights obligations and nondiscrimination laws, including Title VI of the Civil Rights Act of 1964 and accompanying regulations, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and Section 504 of the Rehabilitation Act.

### F.3 Reporting

For grant deliverables and reporting requirements, please refer to a document related to the previous round of UTC grants that will be updated for use on the upcoming grant awards resulting from this competition: *Deliverables and Reporting Requirements for University Transportation Centers* available at https://www.transportation.gov/utc/tools-grantees. OST-R will post a final version for the new grants as soon as it is available. Applicants should integrate these deliverables and reports into their internal management plans and schedules.

## SECTION G FEDERAL AWARDING AGENCY CONTACT

Until **4:00 PM EDT on MONDAY, AUGUST 22, 2022**, questions about this Notice of Funding Opportunity or the UTC Program in general may be directed to the following email address: UTCgrants@dot.gov. Questions posed by applicants will be posted along with OST-R's responses on the Grant Competition tab of the UTC Program website (available at https://www.transportation.gov/utc/current-competition), in order that all potential applicants may benefit equally from any additional information provided in the responses.

***NOTE:*** *Until a formal notice of award is issued, no communication by the government, either written or oral, shall be interpreted as a promise that an award will be made*.

**SECTION H OTHER INFORMATION**

Under the Infrastructure Improvement and Jobs Act, the UTC Program and the grants to be awarded through this competition are authorized through Federal Fiscal Year 2026.
Aside from the current competition referenced in this Notice of Funding Opportunity, no information is available at this time about the possibility of, or timeline for, any future UTC Program competitions.

**ATTACHMENT A**

Center Budget Plan
11/15/2022 – 11/14/2023

| CATEGORY | Budgeted Amount from Federal Share | Budgeted Amount from Matching Funds | Explanatory Notes |
|---|---|---|---|
| Center Director Salary | | | |
| Faculty Salaries | | | |
| Administrative Staff Salaries | | | |
| Other Staff Salaries | | | |
| Student Salaries | | | |
| Staff Benefits | | | |
| Total Salaries and Benefits | | | |
| Student Tuition | | | |
| Technology Transfer[1] | | | |
| Permanent Equipment[2] | | | |
| Expendable Property, Supplies, and Services[3] | | | |
| Domestic Travel | | | |
| Foreign Travel[4] | | | |
| Other Direct Costs (specify)[5] | | | |
| Total Direct Costs | | | |
| F&A (Indirect) Costs | | | |
| TOTAL COSTS | | | |

1 The UTC grant requires that each UTC spend at least 5% of its total (Federal and non-Federal) budget on technology transfer and commercialization. Please report all costs related to technology transfer and commercialization (including associated supplies, travel, etc.) on this line rather than in one of the other categories.
2 Permanent Equipment includes any item of equipment having a unit acquisition cost of $5,000 or more. Per the grant's *General Provisions* document, written permission must be obtained from OST-R prior to the purchase of such equipment.
3 Expendable Property, Supplies, and Services include such tangible items as office and laboratory supplies and such intangible services as telecommunications.
4 Foreign Travel includes travel to or from any destination outside of the United States and its territories. Per the grant's *General Provisions* document, written permission must be obtained from OST-R prior to the initiation of such travel, or such travel may not be funded under the grant.
5 Itemize other anticipated direct costs not mentioned above.

## Center for Social and Economic Mobility for People And Communities through Transportation (SEMPACT)

*Regional UTC Competition, Federal Region 2*

***Statutory Research Priority Area:***
Improving mobility of people and goods

***USDOT Strategic Research Priorities:***
Primary: Economic Strength and Global Competitiveness
Secondary: Equity and Climate and Sustainability




**City University of New York (CUNY)**
**- City College of New York (lead)***
New York, NY 10031

**- CUNY Bronx Community College***
Bronx, NY 10453

**New Jersey Institute of Technology**
Newark, NJ 07102

**New York University**
New York, NY 10003

**Rensselaer Polytechnic Institute**
Troy, NY USA 12180

**Rutgers University**
Piscataway, NJ 08854

**Princeton University**
Princeton, NJ 08544

**State University of New York (SUNY)**
**- University at Albany**
Albany, NY 12204

**- SUNY Stony Brook University**
Stony Brook, NY 11794

**- SUNY Polytechnic Institute**
Utica, NY 13502

**University of Puerto Rico – Mayaguez***
Mayaguez, PR 00682

**** Minority Serving Institutions***

## Research Abstract

Building from the foundation of our existing legacy transportation systems, the **Center for Social and Economic Mobility for People And Communities through Transportation (SEMPACT)** seeks to leverage recent advances in vehicle and infrastructure technologies; data; and modeling, analytics, and visualization to plan, design, implement, and operate a more equitable, resilient, and sustainable transportation system for Region 2 that supports mobility and access to opportunity for all the region's residents and businesses. To advance toward these goals, the SEMPACT team will focus **our research** in four priority areas: (1) Accessible Tools for Informed Transportation Decision-Making, (2) Inclusive Advanced Technology Applications, (3) Climate Resilient Infrastructure, and (4) Green and Resilient Supply Chains. These research priorities are motivated by historic barriers and by today's most pressing challenges (**Table 1**), and leverage the strengths and experience of the SEMPACT research team.

[redacted]

| | |
|---|---|
| **Accessible Tools for Informed Transportation Decision-Making** | [redacted] |
| **Inclusive Advanced Technology Applications** | [redacted] |
| **Climate Resilient Infrastructure** | [redacted] |
| **Green and Resilient Supply Chains** | [redacted] |

Our work will address the **statutory priority area** **Improving mobility of people and goods** and the **USDOT research priorities** **Economic Strength & Global Competitiveness** (primary), **Equity**, and **Climate & Sustainability**. Specifically:

- In priority area 1, SEMPACT researchers will [redacted]
- In priority area 2, SEMPACT researchers will [redacted]
- In priority area 3, SEMPACT researchers will [redacted]

[redacted]

- In priority area 4, SEMPACT researchers will [redacted]

***Table 2*** maps our research program to the key priorities and objectives identified by USDOT in the agency's updated *Research, Development, and Technology Strategic Plan*. In addition to beginning work in these four research areas, our year 1 research program will include [redacted]

***Table 2. Proposed Center Activities vs. USDOT Research Priorities and Objectives***

| **US DOT Strategic Plan Research Priorities** | **SEMPACT Research Areas** | | | |
|---|---|---|---|---|
| **Economic Strength and Global Competitiveness** | | | | |
| System Performance | ● | ● | • | • |
| Resilient Supply Chains | • | • | • | ● |
| **Equity** | | | | |
| Equity and Accessibility Assessment | ● | • | ● | • |
| Mobility Innovation | • | ● | | ● |
| **Climate and Sustainability** | | | | |
| Sustainable, Resilient Infrastructure | ● | • | ● | ● |

[redacted]

# INTRODUCTION

## Region 2

Region 2 includes the states of New York (NY) and New Jersey (NJ), as well as the territories of Puerto Rico (PR) and the US Virgin Islands (VI). The region's residents live and work in diverse communities with unique economic conditions and transportation system needs (***Figure 1***). Region 2 is home to five metropolitan areas with more than one million residents each; one of these surrounds the nation's largest city. Residents of these metropolitan regions work in a wide variety of sectors - examples include finance, manufacturing, and healthcare among many others. Urban residents commute on complex and frequently congested multimodal systems. Suburban communities are largely car dependent. Small and medium-sized cities are located both within and beyond these major metro areas. Many of these have been economically depressed since deindustrialization and need new economic development opportunities. A large portion of the region's land area – particularly in New York – is rural. Our region's rural communities are producers of critical agricultural products, both for regional consumption and for export to global markets. In NY State, more than one in six residents lives in a rural area, although that share declines in the other locations in Region 2. All of the region's states and territories are home to tourist destinations that employ significant populations in related sectors such as real estate, accommodation and food services. In many of these areas - which include both coastal beach resorts and winter-weather destinations - travel demand is highly variable by season and both infrastructure and activities are sensitive to changes in climate and extreme weather events.




***Figure 1. Communities in Region 2***

Historically, Region 2 has been home to international leaders in implementing and scaling transportation innovation. The Erie Canal and the Ideal-X containership are just two examples of multimodal transportation innovations first implemented in our region that have been critical to economic development and that have opened access to new opportunities for residents and businesses. Today, the region's roads, waterways, railroads, airports, sidewalks, and bike lanes continue to serve as conduits of social and economic vitality within and beyond our region. [redacted]

## Our Center

Building from the foundation of our existing legacy transportation systems, the **Center for Social and Economic Mobility for People And Communities through Transportation (SEMPACT)** seeks to leverage recent advances in vehicle and infrastructure technologies; data; and modeling, analytics, and visualization to plan, design, implement, and operate a more equitable, resilient, and sustainable transportation system for Region 2 that supports mobility and access to opportunity for all the region's residents and businesses (***Figure 1***). To advance toward these goals, the SEMPACT team will focus **research** in four priority areas that address both USDOT & regional needs. Work will address the **statutory priority area** **Improving mobility of people and goods** and the **USDOT research priorities** **Economic Strength & Global Competitiveness** (primary), **Equity**, and **Climate & Sustainability**. SEMPACT will implement a unique **education** program designed (1) to prepare a highly-skilled transportation workforce that reflects the region's diverse population of system users and (2) to provide all populations – and particularly individuals from historically underrepresented groups - access to emerging job opportunities. Through our **technology transfer** activities, we will engage broad stakeholders – including underrepresented and rural communities – in our programs, and widely disseminate and implement the results of our work.




***Figure 2. The SEMPACT Approach***

## SEMPACT Consortium

To support our planned research activities and our educational and technology transfer missions, and to ensure that the center will have strong connectivity to communities throughout the region, we have assembled an expert consortium of universities located in urban, suburban, and rural areas of Region 2 with expertise in diverse transportation-related domains and well-established records of research innovation, educational excellence, practical impact, and effective collaboration (***Figure 3, next page***).




***Figure 3. The SEMPACT Consortium***

SEMPACT will be led by the **City College of New York (CCNY)**, the flagship campus of the **City University of New York (CUNY),** and will be housed in the **University Transportation Research Center (UTRC)**, a long-established center of research, education, and technology transfer for the NY-NJ-PR-VI region. CCNY, a minority serving institution that has received multiple national recognitions for its success in improving students' economic mobility, is the only public school in New York City offering bachelors, masters, and PhD degrees in engineering. CCNY will be joined in the SEMPACT Consortium by fellow CUNY campus, **Bronx Community College**, an innovator in automotive technology education and workforce development. In addition to CUNY, our consortium includes leading public institutions in NY, NJ, and PR that bring unique strength to the team; these include three campuses of the **State University of NY (SUNY)** - **University at Albany**, **SUNY Polytechnic Institute**, and **Stony Brook University**; the **New Jersey Institute of Technology (NJIT)**; **Rutgers University,** and the **University of Puerto Rico, Mayaguez.** Our consortium is further strengthened by the inclusion of three private universities renowned as transportation innovation leaders: **New York University (NYU)**, **Princeton University**, and **Rensselaer Polytechnic Institute (RPI)**.

## RESEARCH PROGRAM

SEMPACT will leverage the strengths and talents of leading researchers to implement a research program that will help communities in our region, and across the nation, to thrive and to advance toward a more equitable, resilient, and sustainable transportation future. Our research will focus in four priority areas motivated by historic barriers and by today's most pressing challenges (***Table 2***).

[redacted]

| | |
|---|---|
| **Accessible Tools for Informed Transportation Decision-Making** | [redacted] |
| **Inclusive Advanced Technology Applications** | [redacted] |
| **Climate Resilient Infrastructure** | [redacted] |
| **Green and Resilient Supply Chains** | [redacted] |

***Table 3*** maps our research program to the key priorities and objectives identified by USDOT in the agency's updated *Research, Development, and Technology Strategic Plan*. [redacted]

***Table 3. Proposed Center Activities vs. USDOT Research Priorities and Objectives***

| US DOT Strategic Plan Research Priorities | SEMPACT Research Areas | | | |
|---|---|---|---|---|
| | | | | |
| **Economic Strength and Global Competitiveness** | | | | |
| System Performance | ● | ● | • | • |
| Resilient Supply Chains | • | • | • | ● |
| **Equity** | | | | |
| Equity and Accessibility Assessment | ● | • | ● | • |
| Mobility Innovation | • | ● | | ● |
| **Climate and Sustainability** | | | | |
| Sustainable, Resilient Infrastructure | ● | • | ● | ● |

***Table 4. Highlights of SEMPACT Research Experience***

| Priority | Team Member Highlights |
|---|---|
| | • Dr. Lawson's AVAIL Lab has developed and implemented data visualization tools for **FHWA, NYSDOT, NYC's MTA, NJ Transit, and FEMA** among others.<br>• In 2018, Dr. Valdes received the **Promoting Road Safety through Research Award** as part of the 7th Anniversary of the Decade of Action for Road Safety in Puerto Rico.<br>• Drs. Chow and He received recent **NSF Career Awards** for advanced modeling projects.<br>• Dr. Allahviranloo's cutting edge work in mobility pattern recognition and large-scale optimization earned an invitation to the **Amazon Visiting Academics (AVA) program**. |
| | • Dr. Kamga coordinated a multi-disciplinary team to propose and deliver **NYC's Connected Vehicle Demonstration Project**.<br>• Dr. Ozbay is currently working with NYC DOT to develop and implement **an autonomous WIM system** for truck size and weight enforcement.<br>• Dr. Kornhauser is currently leading the state-funded **Trenton MOVES project**, which aims to deploy a shared autonomous taxi fleet.<br>• Dr. Yazici was PI on an NSF-sponsored project to create a research coordination network **to integrate the aging population into smart and connected community initiatives**. |
| | • Dr. Agrawal recently received **ASCE's 2022 Ernest E. Howard Award** for definite contribution to the advancement of structural engineering.<br>• Dr. Boufadel has served on a number of **National Research Council panels** as an expert in managing coastal contamination from oil spills. |
| | • Dr. Holguin-Veras led the development and implementation of **NYC's Off-Hour Deliveries Project**, which has been recognized as an international best practice and earned a **White House Champions of Change Award**.<br>• Dr. Conway was the PI on a NYSERDA-funded project that developed the **first comprehensive guidance on integrating freight in Complete Streets design**. |

## Detailed Research Plan

The following section details SEMPACT's planned year 1 research program. [redacted]

[redacted] **Dr. Alison Conway**, SEMPACT's Deputy Director and Research Lead is recognized internationally for her work in urban freight, particularly related to freight data, e-commerce, cargo cycles, and freight interactions with vulnerable street users. Since 2012, she has been part of the USC-led MetroFreight Center, a Volvo Research and Educational Foundation (VREF) Center of Excellence in urban freight, which brings together researchers from four global cities to address the freight challenges of mega-cities. She has been PI or Co-PI on seventeen projects supported by NYSERDA, NYSDOT, NYC DOT, the NYC Department of Sanitation, VREF, or USDOT through UTRC. For the last year, she has collaborated as part of a research team investigating the impacts of e-commerce warehousing development in rural Berks County, Pennsylvania. Previously, she led the team that developed the first comprehensive guidance on accommodating freight in Complete Streets. She currently chairs the TRB Freight Data Committee and the ASCE Freight and Logistics Committee, and she is the former chair of the TRB Young Members Council. She has led the planning committee for four TRB Innovations in Freight Data workshops and the TRB Commodity Flow Survey Workshop. **Dr. Camille Kamga**, the SEMPACT Director, has led CUNY's UTRC since 2009. He has more than 20 years of experience leading collaborative research efforts in Region 2. He is a recognized leader in transportation technology in New York, where his research projects have informed transit and highway operations, as well as the practice of research. Examples include his documenting safety benefits of advanced driver assistance systems (ADAS), which allowed NYC's Department of Citywide Administration Services (DCAS) to extend the system on most of the NYC vehicle fleet; piloting travel information kiosks, later adopted and implemented by New York City Transit (NYCT) at subway stations; developing a cost-benefit analysis approach for NYSDOT's locating of adaptive traffic signal locations; and working with the NYC Taxi and Limousine Commission to promote sharing of taxi automatic vehicle location (AVL) data with researchers and the public. He currently serves as a member of the executive committee for the Council of University Transportation Centers (CUTC) and served on the steering committee for their recent webinar series, "Changing the TIDE in Transportation - A webinar series on equity and the Black experience in transportation." **Dr. Mahdieh Allahviranloo,** SEMPACT's Education Lead, is recognized for her work in travel behavior. Her specific domains of expertise include mobility pattern recognition, data mining, machine learning, travel behavior, travel demand analysis and network optimization. She has led a variety of projects related to accessibility and social capitals, studied mobility patterns of physically disabled populations, and investigated congestion

pricing and its environmental and societal impacts on different regions and different population groups. She and her co-author were recipients of a Best Paper Award at the 2017 *International Conference on Transport and Health*. She currently serves as the secretary for the TRB Committee on Traveler Behavior and Values and is an invited participant in the Amazon Visiting Academic program.

[redacted]

**PIs:** Alison Conway, Camille Kamga, and Mahdieh Allahviranloo – CCNY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**SEMPACT Capabilities and Expertise in Priority Area 1**

**Dr. Kate Lawson (SUNY Albany)** directs the Albany Visualization and Informatics Lab (AVAIL), which specializes in advanced data-driven visualization and informatics. Just a few of AVAIL's recent and ongoing projects include using the Mobility Energy Productivity Measure (MEP) methodology developed by the National Renewable Energy Laboratory (NREL) to develop equity measures based on travel time by mode, and by cost, for a variety of demographic and land-use data; developing network resiliency measures, criticality measures and network vulnerability measures as a FEMA Cooperating Technical Partner; and developing a bus stop level travel demand model for NJ Transit, NPMRDS Congestion Analytics Tools used by NYSDOT and MPOs throughout NY, and an open-source data administration model for an FHWA pooled-fund study. Among an extensive record of leadership at TRB, Dr. Lawson is the current chair of the TRB Transit Data Committee, and the former chair of the TRB Urban Transportation Data and Information Systems Committee. **Dr. Michael Katehakis** is a Distinguished Professor and Chair of the Management Science and Information Systems Department at Rutgers University, the PI of Rutgers' Center for Dynamic Data Analytics (CDDA), and a member of the Rutgers Center for Operations Research (RUTCOR). His work has been published extensively in top journals and has been funded by NSF and the Air Force Office of Scientific Research (AFOSR). He is a Fellow of the Institute for Operations Research and the Management Sciences (INFORMS), an Elected Member of the International Statistical Institute, (ISI) and a Senior Member of the Institute of Electrical and Electronics Engineers (IEEE). **Dr. Kaan Ozbay,** a recognized expert in intelligent transportation systems, transportation modeling, and smart cities, directs the Connected Cities for Smart Mobility through Accessible and Resilient Transportation (C2SMART) Center and the Urban Mobility and ITS (UrbanMITS) laboratory at NYU. His work has informed the practice of life cycle cost analysis for NJDOT, and he is currently working with NYC DOT to develop and implement an autonomous system for size and weight enforcement. He has authored and co-authored 3 books and more than 350 fully refereed articles in academic journals and conference proceedings. He serves as the Associate Editor of

*Networks and Spatial Economics*, *Transportmetrica B: Transportation Dynamics*, and the *Journal of Intelligent Transportation Systems.* **Dr. Anil Yazici's (SUNY Stony Brook)** projects modeling network performance and resilience under a variety of uncertain conditions and investigating new transportation technology systems have been supported by NYSDOT, NYC DOT, and NYSERDA. Currently, he is working with industry partner, Mobileware Inc., to test and pilot and on-demand commuter ridesharing (OCR) platform." Previously, he was PI of an NSF-sponsored project investigating how to integrate aging populations into smart and connected communities.

[redacted]

**PI:** Catherine Lawson, SUNY Albany

[redacted]

**PI:** Michael Katehakis, Rutgers

[redacted]

**PI:** Kaan Ozbay - NYU

[redacted]

[redacted]

**PI:** Kaan Ozbay, NYU

[redacted]

**PI:** Anil Yazici, SUNY Stony Brook

[redacted]

[redacted]

[redacted]

## SEMPACT Capabilities and Expertise in Priority Area 2

**Dr. Alain Kornhauser**, a pioneer in the development of GPS navigation systems, is currently the Director of the Transportation Program at Princeton University, where his work currently focuses primarily on the real-time operation of large fleets of driverless vehicles and on the development of Deep-Learning Neural Networks that safely drive road vehicles. He currently oversees the Trenton MOVES project, and NJ state-funded initiative to bring a fleet of shared, driverless vehicles to the city of Trenton. Dr. Kornhauser is the Editor of the Smart Driving Cars Newsletter, Organizer of the Annual Princeton SmartDrivingCars Summits, and Board Chair of the Advanced Transit Association (ATRA). **Dr. Didier Valdes-Diaz (UPR),** a Distinguished Professor of Civil Engineering, has more than 20 years of experience leading and implementing transportation research and education programs in Puerto Rico. His work primarily in the area of traffic modeling, human factors, and safety analysis has informed transportation operations and been published in top journals and conference proceedings. In 2018, he received an award for "Promoting Road Safety through Research" as part of the 7th Anniversary of the Decade of Action for Road Safety in Puerto Rico. He is currently the president of the PanAmerican Society of Transportation and Logistics Research, Highway Safety Committee. **Dr. Abolfazl Karimpour (SUNY Poly)** recently began his position as Assistant Professor of Civil Engineering. Prior to that position, he was a graduate student then Manager of the Center for Applied Transportation Sciences at the University of Arizona. His work is primarily focused on data analytics and big data applications to transportation; his papers related to transportation safety, micromobility, truck operations, and highway performance have been published in selective journals. He was recognized with outstanding graduate student awards by the University of Arizona and the ITE Western District, and with a student leadership award from the ITE Arizona Section. **Dr. Yazici's** qualifications were detailed on page 9. **Dr. Kamga** will be focused on [redacted]

[redacted]

**PI:** Alain Kornhauser, Princeton University

[redacted]

[redacted]

**PI:** Didier Valdez Diaz, UPR Mayaguez

[redacted]

**PI:** Abolfazl Karimpour, SUNY Poly

[redacted]

**PI:** Anil Yazici, SUNY Stony Brook

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## SEMPACT Capabilities and Expertise in Priority Area 3

**Dr. Anil Agrawal** is world-renowned expert in modeling for robustness and redundancy and resistance of bridges and systems to natural hazards. He has more than 25 years of experience in bridge engineering, and has carried out pioneering and extensive research on collapse of bridges because of earthquakes, fire, blast and vehicular impacts during the last two decades. He has received cumulative research funding of more than $15M from agencies such as NSF, NYSDOT, NYC DOT, NJDOT, FHWA and USDOT, and has published more than 350 technical papers and reports in the broad area of bridge and structural engineering. Several of his studies have impacted the practice of bridge engineering; examples include: AASHTO LRFD Standard Specifications for vehicular impacts on bridges and barriers, a manual on reuse of highway bridge foundations (which is being used by engineers in the US and Canada during reconstruction of bridges), NYC DOT Seismic Design Guidelines for Bridges in Downstate Region (used by all agencies for seismic design and rehabilitation of bridges in NYC area), and a handbook of scour countermeasure designs for NJDOT (used by people worldwide when designing scour

countermeasures for bridges). Dr. Agrawal served as the Editor-in-Chief of ASCE's Journal of Bridge Engineering for 12 years, and he is the recipient of numerous national and international research awards, the most recent being the 2022 Ernest E. Howard from the ASCE for "significant contributions in structural engineering for extreme hazard mitigation and blast and impact protection of highway bridges." **Dr. Michel Boufadel** is a recognized expert on modeling coastal systems and mitigating oil spills. His hydraulic models have allowed responders to better address oil spills in rivers and at sea, and his work on inland flooding has allowed communities in the Philadelphia region to better prepare for both major and minor storms. He is the Editor-in-Chief of *Marine Pollution Bulletin* and has served on numerous panels for the US National Research Council and the Royal Society of Canada. A number of the other faculty in the SEMPACT consortium conduct resilience-related work: for example, **Dr. Lawson** and **Dr. Yazici** both have ongoing projects related to modeling infrastructure criticality, and **Dr. Holguin-Veras** conducts work in the area of humanitarian logistics. It is anticipated that in future years of the center, collaborative projects can be proposed that integrate transportation, logistics, climate and/or structural models. [redacted]

**PI:** Anil Agrawal, CUNY CCNY

[redacted]

**PI:** Michel Boufadel, NJIT

[redacted]

[redacted]

[redacted]

[redacted]

## Capabilities and Expertise of Key Researchers in Priority Area 5

**Dr. Holguin-Veras** is a globally prominent expert in freight behavior and city and humanitarian logistics; according to Google Scholar, he is the most cited freight researcher in the world. Since 2013, he has led the Volvo Research and Education Foundations (VREF) Center of Excellence on Sustainable Urban Freight Systems (CSUFS), a global network of urban freight researchers focused on addressing freight industry sustainability and efficiency from a behavioral perspective. He has been the lead and primary author on 5 NCHRP/NCFRP reports related to freight and service trip generation, freight data costs elements, freight-efficient land-use, and freight mode shifts.

The off-hour delivery program that he initiated with NYC DOT has been studied for replication worldwide and earned him a 2013 White House Champion of Change Award. In 2021, he received the Humanitarian Logistics Award in the category of "Research and Academic Contribution" from the American Logistics Aid Network (ALAN). Dr. Holguin-Veras frequently collaborates on projects with colleagues at RPI; **Dr. Cara (Xiaokun) Wang** is a travel-behavior expert who has been PI on a number of studies investigating trade-offs between e-commerce and in-store shopping and city logistic solutions, and **Dr. Sean (Xiaozheng) He**, a recent recipient of an NSF Career Award, is an expert on modeling of connected and autonomous vehicles. **Dr. Joseph Chow** leads the Behavioral Urban Informatics, Logistics, and Transport (BUILT) lab at NYU. His research focuses on multimodal networks, behavioral urban logistics, smart cities, and transport economics. He is an NSF CAREER award recipient, previously chaired the Urban Transportation SIG at Informs, and is an Associate Editor for the *International Journal of Transportation Science & Technology* and *Transportation Research Record*. **Dr. Conway** [redacted]

[redacted]

**PI:** Jose Holguin-Veras, Cara Wang, Sean He - RPI

[redacted]

**PI:** Jose Holguin-Veras, Cara Wang, Sean He – RPI

[redacted]

[redacted]

**PI:** Joseph Chow, NYU

[redacted]

## LEADERSHIP

SEMPACT is comprised of institutions with well-established reputations for national and regional leadership in transportation research, education and workforce development, and technology transfer.

### High Standing of the Lead Institution - CUNY

[redacted]

### High Standing of Member Institutions

[redacted]

[redacted]

## Faculty and Researcher Leadership

[redacted]

[redacted] Table 6 summarizes selected awards received by our key researchers; further awards and accomplishments are detailed for each researcher in the CVs provided in the appendix.

***Table 6. Examples of Awards Won by SEMPACT Faculty***

| Recipient | Year | Recognition | Recipient | Year | Recognition |
|---|---|---|---|---|---|
| **Agrawal** | 2022 | Ernest E. Howard Award, ASCE | **Kamga** | 2012 | Outstanding ITS Project of the Year, ITS-NY |
| **Lawson** | 2018 | Terra Award, University at Albany | **Kornhauser** | 2005 | Mobility Solutions Partner of the Year Award, Microsoft, 2005 |
| **Holguin-Veras** | 2013 | Recipient of 2013 White House Transportation of Change Award | **Allahviranloo** | 2017 | Best Paper Award, International Conference on Transport & Health |
| **Conway** | 2015 | Outstanding Young Member Award, ASCE Transp. and Development Institute | **Ozbay** | 2013 | High Value Research Award, AASHTO Research Advisory Committee (RAC) |

## Experience in Contributing to the Solution of Regional Transportation Problems

[redacted]

## Leadership Performance Metrics

[redacted]

[redacted]

## SEMPACT Consortium University Programs

Our center engages faculty working in 19 programs (associates, bachelor's, master's, and PhD degree programs) across 11 university campuses. These include programs in Automobile/Automotive Mechanics Technology/Technician (A/AMT/E), City &Urban, Community, and Regional Planning (URP), Civil Engineering (CE), Civil and Environmental Engineering (CEE), Civil Engineering Technology (CE Tech), Industrial Engineering (IE), Transportation Engineering (TE), Transportation Planning and Engineering (TPE), and Management. **Table 8** below details the enrollments over the last five years for which data is available from each participating program. Six campuses have identified the average number of graduate assistantships provided annually over the last five years to students in their programs: these include CCNY (32), the University at Albany (4), Stony Brook University (18.4), NJIT (31), NYU (27), and RPI (41).

***Table 8. Enrollments in SEMPACT Academic Programs***

| | | | Number of Degrees Awarded | | |
|---|---|---|---|---|---|
| **Institution** | **Programs** | **Full Time Faculty** | **Associates**/ Bachelors** | **Masters** | **PhD** |
| BCC* | A/AMT/T | | 36/21/44/32/25** | | |
| CCNY* | CE/ CUCRP | 18/18/18/18/18 | 58/54/46/74/93 | 34/35/38/39/17 | 7/7/7/4/11 |
| NJIT | CE | 27/27/28/28/26 | 150/125/169/197/191 | 93/114/103/98/104 | 8/5/8/8/12 |
| NYU | CE/TPE/ Man. | 28/28/28/28/28 | 36/27/26/41/42 | 53/31/37/30/27 | 7/5/9/9/6 |
| Princeton* | CE | | 25/29/17/21/17 | 14/15/9/18/10 | 5/8/11/8/9 |
| RPI | CEE/TE/ IE | 37/38/36/37/38 | 111/98/138/128/117 | 26/19/21/29/23 | 1/4/4/4/9 |
| Rutgers* | CE | | 92/90/73/90/91 | 23/33/30/32/25 | 7/9/10/11/6 |
| SUNY Stony Brook | CE | 10/10/7/11/11 | 40/50/41/49/38 | 2/2/4/6/12 | 0/0/1/4/1 |
| SUNY Poly | CE/ CE Tech | 8/9/9/8/8 | 45/54/42/42/39 | | |
| SUNY Albany | MUP | 3/3/3/3/3 | | 10/10/12/10/12 | |
| UPR* | CE | | 83/78/47/46/47 | 26/24/17/23/30 | 2/2/1/4/4 |

**Contains estimates for the years 2016-2020, the most recently available year, **Only BCC offers Associates*

[redacted]



[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



[redacted]

[redacted]

[redacted]

[redacted]



*Figure 4. CCNY Summer 2022 CiPASS Student Researchers with NYC DOT Mentors*

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| [redacted] | [redacted] |
| --- | --- |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

[redacted]

*Table 11. Examples of SEMPACT Institution Technology Transfer Activities*

| Organizers and Partners | Event Title or Product Patented | Event or Product Description |
|---|---|---|
| Stony Brook and Mobileware, Inc. | Public Transit Technology and Innovation Program | Industry collaboration with Mobileware Inc, for the "On-Demand Commuter Ridesharing (OCR) Platform" |
| SUNY Poly, General Electric, and Empire State Development | Consortium | New York Power Electronics Manufacturing Consortium Headquartered at SUNY Poly Announces Successful First Production of Silicon Carbide-Based Patterned Wafers |
| RPI and FHWA | Software | Freight and Service Activity Trip Generation Software (FASTGS), |
| NYU and NYCDOT | Workshop | Smart Traffic Data Analytics |
| CCNY and ITS-NY | Conference | Since 2012, CCNY has organized an annual symposium on Connected and Automated Vehicles to demonstrate CAV applications. Attended by 500+ persons annually. |
| SUNY Albany, FHWA, NYSDOT, NYS MPOs | Traffic Analytics and Congestion Performance Measurement Dashboard | Development of web-based traffic data visualization and analysis tools for various transportation agencies that visualizes the Traffic Monitoring and Analysis System (TMAS), the Highway Performance Monitoring System (HPMS), and Congestion Performance Measures |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Pre-existing Centers and Relationships:**

SEMPACT will be hosted at the existing University Transportation Research Center (UTRC) at CUNY. UTRC, the federal designated UTC for Region 2 from the inception of the UTC program in 1987 to 2016, is a consortium of 20 universities addressing a wide range of transportation issues in our region. [redacted]

## CENTER DIRECTOR AND KEY PERSONNEL

The SEMPACT Director, **Dr. Camille Kamga**, will be responsible for implementing the Center's programs and ensuring compliance with all other UTC Program requirements. Dr. Kamga is an experienced transportation professional, having worked at the University Transportation Research Center since 1997 and currently serving as Director. He is an Associate Professor of Civil Engineering at CCNY. Acting as Chief Executive Officer, he will have overall Center responsibility, including the conduct of all programs, development of new initiatives and public presentation of SEMPACT business and accomplishments. He will serve as liaison with USDOT, sponsors and other groups. Working with Technical Committee Chairs and SEMPACT staff, the Center Director develops the annual plan, sets agendas for all meetings, and ensures budget compliance.




***Figure 5. SEMPACT Leadership Structure***

The Director will be supported by a strong team that includes the following: **Dr. Alison Conway** as Deputy Director of the Center and coordinator of the Research Committee, is an Associate Professor at CCNY. The Research Coordinator will oversee the administration of the research program, ensuring reporting and other requirements are met, scheduling sponsor briefings, and assisting faculty in addressing administrative needs of sponsors. **Dr. Mahdieh Allahviranloo**, Associate Professor of CE at CCNY, will lead the Education and Workforce Development program with responsibilities to oversee the administration of its programs and to develop closer collaborative ties between academic researchers and transportation policy and engineering professionals. In addition, with his other responsibilities, as the Technology Transfer Coordinator, Dr. Kamga will be responsible for the Center's outreach effort and assisting in the production of project reports and annual report, and maintenance of the website. Other Center staff will include a program manager with general responsibilities to assist in the overall coordination of all our programs and an Administrative Assistant providing routine administrative support functions. The staff will manage the accounts, keep timely records of expenditures, maintenance of contract, and procurement records to ensure smooth program flow.

# APPENDIX

**1. Enrollment Information for any Minority Institution(s)**
**2. Curriculum Vitae for Center Director and Key Personnel**
**3. Center Budget Plan**

# Enrollment Information for Minority Institution(s)

1- City College Of New York
2- CUNY Bronx Community College
3- University of Puerto Rico – Mayaguez

# National Center for Education Statistics

## IPEDS Data Center

**CUNY City College**

| | |
|---|---|
| **UnitID** | 190567 |
| **OPEID** | 00268800 |
| **Address** | 160 Convent Ave, New York, NY, 10031 |
| **Web Address** | www.ccny.cuny.edu/ |

## Institution Characteristics

### General information: Academic year 2021-22

| | |
|---|---|
| UnitID | 190567 |
| Name | CUNY City College |
| City | New York |
| State | NY |
| Web Address | www.ccny.cuny.edu/ |
| OPEID | 00268800 |
| Title IV Institution | Participates in Title IV federal financial aid programs |
| Control | Public |
| Level | Four or more years |
| Institution Category | Degree-granting, primarily baccalaureate or above |
| Carnegie Classification | Doctoral Universities: High Research Activity |
| Award levels | Less than one year certificate<br>One but less than two years certificate<br>Bachelor's degree<br>Postbaccalaureate certificate<br>Master's degree<br>Post-master's certificate<br>Doctor's degree - research/scholarship<br>Doctor's degree - professional practice |
| Religious Affiliation | Not applicable |
| Calendar System | Semester |
| Reporting Method | Student charges for full academic year and fall GR/SFA/retention rate cohort |
| Campus Setting | City: Large |
| Distance Learning | Offers undergraduate courses and/or programs |

## Admissions and Test Scores

### Number of applicants, admissions, and students enrolled: Fall 2020

| | Number applied | Number admitted | Number enrolled | |
|---|---|---|---|---|
| | | | Full-time | Part-time |
| Total | 29,894 | 15,107 | 1,982 | 41 |
| Men | 13,855 | 6,056 | 951 | 20 |
| Women | 16,039 | 9,051 | 1,031 | 21 |

### Percentile test scores of first-time degree/certificate-seeking undergraduate students: Fall 2020

| SAT | 25th percentile | 75th percentile |
|---|---|---|
| SAT Evidence-Based Reading and Writing | 520 | 610 |
| Math | 530 | 650 |

*Percent submitting SAT scores: 96%*

| ACT | 25th percentile | 75th percentile |
|---|---|---|
| Composite | 23 | 31 |
| English | 23 | 32 |
| Math | 24 | 30 |

*Percent submitting ACT scores: 8%*

## Student Charges

### Cost of attendance for full-time, first-time, degree/certificate-seeking undergraduates: Academic year 2021-22

| | |
|---|---|
| Published tuition and required fees | |
| In-state | $7,340 |
| Out-of-state | $15,290 |
| Books and supplies | $1,364 |
| On-campus room and board | $16,492 |
| On-campus other expenses | $5,763 |
| Off-campus (not with family) room and board | $17,188 |
| Off-campus (not with family) other expenses | $5,763 |
| Off-campus (with family) other expenses | $4,258 |
| **Total Cost** | |
| On-campus, in-state | $30,959 |
| On-campus, out-of-state | $38,909 |
| Off-campus (not with family), in-state | $31,655 |
| Off-campus (not with family), out of state | $39,605 |
| Off-campus (with family), in-state | $12,962 |
| Off-campus (with family), out-of-state | $20,912 |

### Typical tuition and required fees for full-time students: Academic year 2021-22

| Level of student | In-state | Out-of-state |
|---|---|---|
| Undergraduate | $7,340 | $15,290 |
| Graduate | $11,402 | $20,832 |
| Doctor's professional practice | | |
| Medicine | $41,756 | $69,416 |

## Student Financial Aid

### Student Financial Aid, 2019-20

| | Percent receiving aid | Average amount of aid received |
|---|---|---|
| **All undergraduate students** | | |
| Any grant or scholarship aid | 76% | $8,515 |
| Pell grants | 55% | $5,142 |
| Federal student loans | 10% | $5,749 |
| **Full-time, first-time, degree/certificate-seeking undergraduate students** | | |
| Any student financial aid | 96% | |
| Grants or scholarship aid | 95% | $9,721 |
| Federal grants | 91% | $4,865 |
| Pell grants | 70% | $5,325 |
| Other federal grants | 84% | $827 |
| State or local grants and scholarships | 85% | $5,379 |
| Institutional grants and scholarships | 10% | $3,158 |
| Student loan aid | 5% | $6,003 |
| Federal student loans | 4% | $4,619 |
| Other student loans | 1% | $14,384 |

## Net Price

### Average net price of attendance for full-time, first-time, degree/certificate-seeking undergraduate students who paid the in-state or in-district tuition rate and were awarded grant or scholarship aid: 2017-18 - 2019-20




### Average net price of attendance for full-time, first-time, degree/certificate-seeking undergraduate students who paid the in-state or in-district tuition rate and were awarded Title IV aid, by income: 2017-18 - 2019-20

| Income | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|
| $0 - $30,000 | $1,990 | $704 | $1,254 |
| $30,001 - $48,000 | $3,800 | $2,947 | $3,035 |
| $48,001 - $75,000 | $8,261 | $7,358 | $7,521 |
| $75,001 - $110,000 | $10,767 | $9,546 | $9,109 |
| $110,001 and more | $13,826 | $12,359 | $11,458 |

## Enrollment

### Unduplicated 12-month headcount and total FTE, by student level: 2020-21




### Enrollment by gender, student level, and full- and part-time status: Fall 2020

| | Total | Men | Women |
|---|---|---|---|
| All students | 15,227 | 6,909 | 8,318 |
| Undergraduate | 12,587 | 5,883 | 6,704 |
| Degree/certificate seeking | 11,967 | 5,591 | 6,376 |
| First-time | 2,023 | 971 | 1,052 |
| Transfer-ins | 881 | 367 | 514 |
| Continuing | 9,063 | 4,253 | 4,810 |
| Nondegree/certificate seeking | 620 | 292 | 328 |
| Graduate | 2,640 | 1,026 | 1,614 |
| | | | |
| Full-time students | 10,767 | 4,851 | 5,916 |
| Undergraduate | 9,847 | 4,468 | 5,379 |
| Degree/certificate seeking | 9,759 | 4,438 | 5,321 |
| First-time | 1,982 | 951 | 1,031 |
| Transfer-ins | 699 | 278 | 421 |

| | | | |
|---|---|---|---|
| Continuing | 7,078 | 3,209 | 3,869 |
| Nondegree/certificate seeking | 88 | 30 | 58 |
| Graduate | 920 | 383 | 537 |
| | | | |
| Part-time students | 4,460 | 2,058 | 2,402 |
| Undergraduate | 2,740 | 1,415 | 1,325 |
| Degree/certificate seeking | 2,208 | 1,153 | 1,055 |
| First-time | 41 | 20 | 21 |
| Transfer-ins | 182 | 89 | 93 |
| Continuing | 1,985 | 1,044 | 941 |
| Nondegree/certificate seeking | 532 | 262 | 270 |
| Graduate | 1,720 | 643 | 1,077 |

## Percent of all students enrolled, by race/ethnicity: Fall 2020




## Percent of all students enrolled, by age: Fall 2020




## Enrollment by distance education: Fall 2020




**Residence of first-time degree/certificate-seeking undergraduates: Fall 2020**




## Completions

**Number of degrees and certificates awarded, by level and race/ethnicity and gender: July 1, 2020 - June 30, 2021**

**Total**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 13 | 98 | 0 | 2,649 | 903 | 21 | 49 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 | 2 | 2 | 0 | 1 | 0 |
| Asian | 2 | 3 | 0 | 636 | 106 | 2 | 18 | 0 |
| Black or African American | 1 | 19 | 0 | 420 | 138 | 1 | 13 | 0 |
| Hispanic or Latino | 8 | 32 | 0 | 984 | 280 | 1 | 8 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 1 | 0 | 8 | 2 | 0 | 0 | 0 |
| White | 1 | 42 | 0 | 367 | 268 | 1 | 8 | 0 |
| Two or more races | 1 | 0 | 0 | 60 | 10 | 0 | 1 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonresident alien | 0 | 1 | 0 | 172 | 97 | 16 | 0 | 0 |

**Men**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 3 | 26 | 0 | 1,123 | 331 | 12 | 18 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Asian | 1 | 0 | 0 | 316 | 49 | 2 | 7 | 0 |
| Black or African American | 0 | 3 | 0 | 144 | 37 | 1 | 4 | 0 |
| Hispanic or Latino | 1 | 11 | 0 | 370 | 75 | 1 | 3 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 3 | 1 | 0 | 0 | 0 |
| White | 1 | 12 | 0 | 188 | 122 | 1 | 4 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Two or more races | 0 | 0 | 0 | 23 | 3 | 0 | 0 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonresident alien | 0 | 0 | 0 | 78 | 44 | 7 | 0 | 0 |

**Women**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 10 | 72 | 0 | 1,526 | 572 | 9 | 31 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 | 1 | 2 | 0 | 1 | 0 |
| Asian | 1 | 3 | 0 | 320 | 57 | 0 | 11 | 0 |
| Black or African American | 1 | 16 | 0 | 276 | 101 | 0 | 9 | 0 |
| Hispanic or Latino | 7 | 21 | 0 | 614 | 205 | 0 | 5 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 1 | 0 | 5 | 1 | 0 | 0 | 0 |
| White | 0 | 30 | 0 | 179 | 146 | 0 | 4 | 0 |
| Two or more races | 1 | 0 | 0 | 37 | 7 | 0 | 1 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonresident alien | 0 | 1 | 0 | 94 | 53 | 9 | 0 | 0 |

### Number of degrees and certificates awarded, by level and program: July 1, 2020 - June 30, 2021

| Program | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 13 | 98 | - | 2,649 | 903 | 21 | 49 | - |
| Natural Resources and Conservation | - | - | - | 5 | - | - | - | - |
| Architecture and Related Services | - | - | - | 67 | 43 | - | - | - |
| Area, Ethnic, Cultural, Gender, and Group Studies | - | - | - | 19 | 5 | - | - | - |
| Communication, Journalism, and Related Programs | 13 | - | - | 88 | 31 | - | - | - |
| Computer and Information Sciences and Support Services | - | 0 | - | 131 | 13 | - | - | - |
| Education | - | 98 | - | 117 | 430 | - | - | - |
| Engineering | - | 0 | - | 443 | 89 | 21 | - | - |
| Engineering/Engineering-related Technologies/Technicians | - | 0 | - | 0 | - | - | - | - |
| Foreign Languages, Literatures, and Linguistics | - | - | - | 11 | 13 | - | - | - |
| Legal Professions and Studies | - | - | - | 0 | - | - | - | - |
| English Language and Literature/Letters | 0 | - | - | 103 | 26 | - | - | - |
| Liberal Arts and Sciences, General Studies and Humanities | - | - | - | 128 | - | - | - | - |
| Biological and Biomedical Sciences | - | - | - | 282 | 13 | 0 | - | - |
| Mathematics and Statistics | - | - | - | 67 | 15 | - | - | - |
| Multi/Interdisciplinary Studies | 0 | - | - | 1 | 52 | - | - | - |
| Philosophy and Religious Studies | - | - | - | 16 | - | - | - | - |
| Physical Sciences | - | - | - | 38 | 17 | 0 | - | - |
| Psychology | - | 0 | - | 403 | 11 | 0 | - | - |
| Public Administration and Social Service Professions | - | - | - | - | 25 | - | - | - |
| Social Sciences | - | - | - | 347 | 23 | - | - | - |
| Visual and Performing Arts | - | - | - | 230 | 47 | - | - | - |
| Health Professions and Related Programs | 0 | - | - | 0 | 41 | - | 49 | - |
| Business, Management, Marketing, and Related Support Services | - | - | - | 107 | 0 | - | - | - |
| History | - | - | - | 46 | 9 | - | - | - |

## Retention and Graduation

### First to second year retention rates of first-time bachelor's degree-seeking undergraduates: 2019 fall cohort

# National Center for Education Statistics

## IPEDS Data Center

**CUNY Bronx Community College**

| | |
|---|---|
| **UnitID** | 190530 |
| **OPEID** | 00269200 |
| **Address** | 2155 University Avenue, Bronx, NY, 10453 |
| **Web Address** | www.bcc.cuny.edu/ |

## Institution Characteristics

### General information: Academic year 2021-22

| | |
|---|---|
| UnitID | 190530 |
| Name | CUNY Bronx Community College |
| City | Bronx |
| State | NY |
| Web Address | www.bcc.cuny.edu/ |
| OPEID | 00269200 |
| Title IV Institution | Participates in Title IV federal financial aid programs |
| Control | Public |
| Level | At least 2 but less than 4 years |
| Institution Category | Degree-granting, associate's and certificates |
| Carnegie Classification | Associate's Colleges: High Transfer-High Traditional |
| Award levels | One but less than two years certificate<br>Associate's degree |
| Religious Affiliation | Not applicable |
| Calendar System | Semester |
| Reporting Method | Student charges for full academic year and fall GR/SFA/retention rate cohort |
| Campus Setting | City: Large |
| Distance Learning | Offers undergraduate courses and/or programs |

## Student Charges

### Cost of attendance for full-time, first-time, degree/certificate-seeking undergraduates: Academic year 2021-22

| | |
|---|---|
| Published tuition and required fees | |
| In-state | $5,206 |
| Out-of-state | $8,086 |
| Books and supplies | $1,364 |
| Off-campus (not with family) room and board | $17,188 |
| Off-campus (not with family) other expenses | $5,763 |
| Off-campus (with family) other expenses | $4,258 |
| **Total Cost** | |
| Off-campus (not with family), in-state | $29,521 |
| Off-campus (not with family), out of state | $32,401 |
| Off-campus (with family), in-state | $10,828 |
| Off-campus (with family), out-of-state | $13,708 |

### Typical tuition and required fees for full-time students: Academic year 2021-22

| Level of student | In-state | Out-of-state |
|---|---|---|
| Undergraduate | $5,206 | $8,086 |
| Graduate | | |

## Student Financial Aid

### Student Financial Aid, 2019-20

| | Percent receiving aid | Average amount of aid received |
|---|---|---|

| | | |
|---|---|---|
| **All undergraduate students** | | |
| Any grant or scholarship aid | 74% | $6,476 |
| Pell grants | 64% | $4,557 |
| Federal student loans | 5% | $5,174 |
| **Full-time, first-time, degree/certificate-seeking undergraduate students** | | |
| Any student financial aid | 92% | |
| Grants or scholarship aid | 91% | $8,006 |
| Federal grants | 87% | $5,550 |
| Pell grants | 83% | $5,196 |
| Other federal grants | 71% | $792 |
| State or local grants and scholarships | 70% | $3,221 |
| Institutional grants and scholarships | 17% | $1,172 |
| Student loan aid | 2% | $4,460 |
| Federal student loans | 2% | $4,460 |
| Other student loans | 0% | |

## Net Price

**Average net price of attendance for full-time, first-time, degree/certificate-seeking undergraduate students who paid the in-state or in-district tuition rate and were awarded grant or scholarship aid: 2017-18 - 2019-20**




**Average net price of attendance for full-time, first-time, degree/certificate-seeking undergraduate students who paid the in-state or in-district tuition rate and were awarded Title IV aid, by income: 2017-18 - 2019-20**

| Income | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|
| $0 - $30,000 | $5,309 | $3,550 | $3,301 |
| $30,001 - $48,000 | $6,611 | $5,096 | $4,655 |
| $48,001 - $75,000 | $9,333 | $7,633 | $7,215 |
| $75,001 - $110,000 | $11,740 | $10,041 | $9,053 |
| $110,001 and more | $13,154 | $11,753 | $11,270 |

## Enrollment

**Unduplicated 12-month headcount and total FTE, by student level: 2020-21**




### Enrollment by gender, student level, and full- and part-time status: Fall 2020

| | Total | Men | Women |
|---|---|---|---|
| All students | 8,370 | 3,420 | 4,950 |
| Undergraduate | 8,370 | 3,420 | 4,950 |
| Degree/certificate seeking | 7,743 | 3,208 | 4,535 |
| First-time | 1,590 | 742 | 848 |
| Transfer-ins | 449 | 154 | 295 |
| Continuing | 5,704 | 2,312 | 3,392 |
| Nondegree/certificate seeking | 627 | 212 | 415 |
| Full-time students | 5,592 | 2,382 | 3,210 |
| Undergraduate | 5,592 | 2,382 | 3,210 |
| Degree/certificate seeking | 5,578 | 2,371 | 3,207 |
| First-time | 1,467 | 694 | 773 |
| Transfer-ins | 336 | 115 | 221 |
| Continuing | 3,775 | 1,562 | 2,213 |
| Nondegree/certificate seeking | 14 | 11 | 3 |
| Part-time students | 2,778 | 1,038 | 1,740 |
| Undergraduate | 2,778 | 1,038 | 1,740 |
| Degree/certificate seeking | 2,165 | 837 | 1,328 |
| First-time | 123 | 48 | 75 |
| Transfer-ins | 113 | 39 | 74 |
| Continuing | 1,929 | 750 | 1,179 |
| Nondegree/certificate seeking | 613 | 201 | 412 |

### Percent of all students enrolled, by race/ethnicity: Fall 2020




### Percent of all students enrolled, by age: Fall 2020




### Enrollment by distance education: Fall 2020




### Residence of first-time degree/certificate-seeking undergraduates: Fall 2020




## Completions

### Number of degrees and certificates awarded, by level and race/ethnicity and gender: July 1, 2020 - June 30, 2021

**Total**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 14 | 0 | 1,554 | 0 | 0 | 0 | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| Asian | 0 | 0 | 73 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 2 | 0 | 435 | 0 | 0 | 0 | 0 | 0 |
| Hispanic or Latino | 9 | 0 | 938 | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 2 | 0 | 40 | 0 | 0 | 0 | 0 | 0 |
| Two or more races | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonresident alien | 1 | 0 | 43 | 0 | 0 | 0 | 0 | 0 |

**Men**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 6 | 0 | 556 | 0 | 0 | 0 | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| Asian | 0 | 0 | 38 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 1 | 0 | 155 | 0 | 0 | 0 | 0 | 0 |
| Hispanic or Latino | 3 | 0 | 321 | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 2 | 0 | 16 | 0 | 0 | 0 | 0 | 0 |
| Two or more races | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonresident alien | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 0 |

**Women**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 8 | 0 | 998 | 0 | 0 | 0 | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Asian | 0 | 0 | 35 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 1 | 0 | 280 | 0 | 0 | 0 | 0 | 0 |
| Hispanic or Latino | 6 | 0 | 617 | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 0 | 0 | 24 | 0 | 0 | 0 | 0 | 0 |
| Two or more races | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nonresident alien | 1 | 0 | 28 | 0 | 0 | 0 | 0 | 0 |

### Number of degrees and certificates awarded, by level and program: July 1, 2020 - June 30, 2021

| Program | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 14 | - | 1,554 | - | - | - | - | - |
| Agricultural/Animal/Plant/Veterinary Science and Related Fields | 5 | - | 3 | - | - | - | - | - |
| Communications Technologies/Technicians and Support Services | - | - | 10 | - | - | - | - | - |
| Computer and Information Sciences and Support Services | 0 | - | 54 | - | - | - | - | - |
| Education | 2 | - | 12 | - | - | - | - | - |
| Engineering | - | - | 16 | - | - | - | - | - |
| Engineering/Engineering-related Technologies/Technicians | - | - | 16 | - | - | - | - | - |
| Family and Consumer Sciences/Human Sciences | 0 | - | - | - | - | - | - | - |
| Legal Professions and Studies | 0 | - | 11 | - | - | - | - | - |
| English Language and Literature/Letters | - | - | 16 | - | - | - | - | - |
| Liberal Arts and Sciences, General Studies and Humanities | - | - | 560 | - | - | - | - | - |
| Biological and Biomedical Sciences | - | - | 2 | - | - | - | - | - |
| Mathematics and Statistics | - | - | 8 | - | - | - | - | - |
| Parks, Recreation, Leisure, Fitness, and Kinesiology | - | - | 13 | - | - | - | - | - |
| Physical Sciences | - | - | 38 | - | - | - | - | - |
| Homeland Security, Law Enforcement, Firefighting and Related Protective Services | - | - | 220 | - | - | - | - | - |
| Public Administration and Social Service Professions | - | - | 58 | - | - | - | - | - |
| Mechanic and Repair Technologies/Technicians | 7 | - | 27 | - | - | - | - | - |
| Visual and Performing Arts | - | - | 34 | - | - | - | - | - |
| Health Professions and Related Programs | 0 | - | 308 | - | - | - | - | - |
| Business, Management, Marketing, and Related Support Services | - | - | 148 | - | - | - | - | - |

## Retention and Graduation

### First to second year retention rates of first-time degree-seeking undergraduates: 2019 fall cohort




### Graduation rates of full-time, first-time, degree/certificate-seeking undergraduates within normal time, and 150% and 200% of normal time to completion: 2016 cohort

# National Center for Education Statistics

## IPEDS Data Center

**University of Puerto Rico-Mayaguez**

| | |
|---|---|
| **UnitID** | 243197 |
| **OPEID** | 00394400 |
| **Address** | 259 Boulevard Alfonso Valdez, Mayaguez, PR, 00681 |
| **Web Address** | https://www.uprm.edu/ |

## Institution Characteristics

### General information: Academic year 2021-22

| | |
|---|---|
| UnitID | 243197 |
| Name | University of Puerto Rico-Mayaguez |
| City | Mayaguez |
| State | PR |
| Web Address | https://www.uprm.edu/ |
| OPEID | 00394400 |
| Title IV Institution | Participates in Title IV federal financial aid programs |
| Control | Public |
| Level | Four or more years |
| Institution Category | Degree-granting, primarily baccalaureate or above |
| Carnegie Classification | Master's Colleges & Universities: Medium Programs |
| Award levels | Bachelor's degree<br>Master's degree<br>Doctor's degree - research/scholarship |
| Religious Affiliation | Not applicable |
| Calendar System | Semester |
| Reporting Method | Student charges for full academic year and fall GR/SFA/retention rate cohort |
| Campus Setting | City: Small |
| Distance Learning | Offers undergraduate courses and/or programs |

## Admissions and Test Scores

### Number of applicants, admissions, and students enrolled: Fall 2020

| | Number applied | Number admitted | Number enrolled | |
|---|---|---|---|---|
| | | | Full-time | Part-time |
| Total | 4,436 | 2,990 | 1,901 | 1 |
| Men | 2,165 | 1,557 | 1,013 | 1 |
| Women | 2,221 | 1,401 | 888 | 0 |

## Student Charges

### Cost of attendance for full-time, first-time, degree/certificate-seeking undergraduates: Academic year 2021-22

| | |
|---|---|
| Published tuition and required fees | $4,870 |
| Books and supplies | $2,168 |
| Off-campus (not with family) room and board | $11,161 |
| Off-campus (not with family) other expenses | $3,953 |
| Off-campus (with family) other expenses | $4,751 |
| **Total Cost** | |
| Off-campus (not with family) | $22,152 |
| Off-campus (with family) | $11,789 |

### Typical tuition and required fees for full-time students: Academic year 2021-22

| Level of student | Tuition and required fees |
|---|---|
| Undergraduate | $4,840 |

| | |
|---|---|
| Graduate | $3,800 |

## Student Financial Aid

### Student Financial Aid, 2019-20

| | Percent receiving aid | Average amount of aid received |
|---|---|---|
| **All undergraduate students** | | |
| Any grant or scholarship aid | 90% | $5,516 |
| Pell grants | 68% | $5,149 |
| Federal student loans | 17% | $4,665 |
| **Full-time, first-time, degree/certificate-seeking undergraduate students** | | |
| Any student financial aid | 93% | |
| Grants or scholarship aid | 93% | $6,316 |
| Federal grants | 93% | $5,754 |
| Pell grants | 71% | $6,062 |
| Other federal grants | 90% | $1,144 |
| State or local grants and scholarships | 10% | $253 |
| Institutional grants and scholarships | 36% | $1,434 |
| Student loan aid | 6% | $3,602 |
| Federal student loans | 6% | $3,602 |
| Other student loans | 0% | |

## Net Price

### Average net price of attendance for full-time, first-time, degree/certificate-seeking undergraduate students who paid the in-state or in-district tuition rate and were awarded grant or scholarship aid: 2017-18 - 2019-20




### Average net price of attendance for full-time, first-time, degree/certificate-seeking undergraduate students who paid the in-state or in-district tuition rate and were awarded Title IV aid, by income: 2017-18 - 2019-20

| Income | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|
| $0 - $30,000 | $7,685 | $9,635 | $9,276 |
| $30,001 - $48,000 | $9,236 | $11,256 | $10,427 |
| $48,001 - $75,000 | $11,253 | $13,347 | $11,994 |
| $75,001 - $110,000 | $12,338 | $15,202 | $14,066 |
| $110,001 and more | $14,302 | $16,328 | $15,659 |

## Enrollment

### Unduplicated 12-month headcount and total FTE, by student level: 2020-21




### Enrollment by gender, student level, and full- and part-time status: Fall 2020

| | Total | Men | Women |
|---|---|---|---|
| All students | 12,825 | 6,956 | 5,869 |
| Undergraduate | 11,966 | 6,501 | 5,465 |
| Degree/certificate seeking | 11,776 | 6,414 | 5,362 |
| First-time | 1,892 | 1,007 | 885 |
| Transfer-ins | 191 | 116 | 75 |
| Continuing | 9,693 | 5,291 | 4,402 |
| Nondegree/certificate seeking | 190 | 87 | 103 |
| Graduate | 859 | 455 | 404 |
| Full-time students | 11,625 | 6,250 | 5,375 |
| Undergraduate | 10,859 | 5,845 | 5,014 |
| Degree/certificate seeking | 10,807 | 5,827 | 4,980 |
| First-time | 1,891 | 1,006 | 885 |
| Transfer-ins | 188 | 115 | 73 |
| Continuing | 8,728 | 4,706 | 4,022 |
| Nondegree/certificate seeking | 52 | 18 | 34 |
| Graduate | 766 | 405 | 361 |
| Part-time students | 1,200 | 706 | 494 |
| Undergraduate | 1,107 | 656 | 451 |
| Degree/certificate seeking | 969 | 587 | 382 |
| First-time | 1 | 1 | 0 |
| Transfer-ins | 3 | 1 | 2 |
| Continuing | 965 | 585 | 380 |
| Nondegree/certificate seeking | 138 | 69 | 69 |
| Graduate | 93 | 50 | 43 |

### Percent of all students enrolled, by race/ethnicity: Fall 2020




### Enrollment by distance education: Fall 2020




### Residence of first-time degree/certificate-seeking undergraduates: Fall 2020




## Completions

### Number of degrees and certificates awarded, by level and race/ethnicity and gender: July 1, 2020 - June 30, 2021

**Total**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 0 | 0 | 0 | 1,863 | 146 | 14 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| American Indian or Alaska Native | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asian | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hispanic or Latino | 0 | 0 | 0 | 1,776 | 115 | 6 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Two or more races | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 82 | 6 | 0 | 0 | 0 |
| Nonresident alien | 0 | 0 | 0 | 5 | 25 | 8 | 0 | 0 |

**Men**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 0 | 0 | 0 | 893 | 81 | 7 | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asian | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hispanic or Latino | 0 | 0 | 0 | 856 | 63 | 2 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Two or more races | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 35 | 4 | 0 | 0 | 0 |
| Nonresident alien | 0 | 0 | 0 | 2 | 14 | 5 | 0 | 0 |

**Women**

| Race/ethnicity and Gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | 0 | 0 | 0 | 970 | 65 | 7 | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asian | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hispanic or Latino | 0 | 0 | 0 | 920 | 52 | 4 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Two or more races | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 47 | 2 | 0 | 0 | 0 |
| Nonresident alien | 0 | 0 | 0 | 3 | 11 | 3 | 0 | 0 |

### Number of degrees and certificates awarded, by level and program: July 1, 2020 - June 30, 2021

| Program | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Grand total | - | - | - | 1,863 | 146 | 14 | - | - |
| Agricultural/Animal/Plant/Veterinary Science and Related Fields | - | - | - | 214 | 26 | - | - | - |
| Computer and Information Sciences and Support Services | - | - | - | 44 | 0 | 2 | - | - |
| Education | - | - | - | 21 | 14 | - | - | - |
| Engineering | - | - | - | 637 | 54 | 8 | - | - |
| Engineering/Engineering-related Technologies/Technicians | - | - | - | 20 | 0 | - | - | - |
| Foreign Languages, Literatures, and Linguistics | - | - | - | 17 | 0 | - | - | - |
| English Language and Literature/Letters | - | - | - | 18 | - | - | - | - |
| Biological and Biomedical Sciences | - | - | - | 289 | 11 | 1 | - | - |
| Mathematics and Statistics | - | - | - | 2 | 3 | - | - | - |
| Multi/Interdisciplinary Studies | - | - | - | 16 | - | - | - | - |
| Parks, Recreation, Leisure, Fitness, and Kinesiology | - | - | - | 0 | 2 | - | - | - |
| Philosophy and Religious Studies | - | - | - | 2 | - | - | - | - |
| Physical Sciences | - | - | - | 71 | 13 | 3 | - | - |
| Psychology | - | - | - | 99 | - | - | - | - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Social Sciences | - | - | - | 66 | - | - | - | - |
| Visual and Performing Arts | - | - | - | 24 | - | - | - | - |
| Health Professions and Related Programs | - | - | - | 139 | - | - | - | - |
| Business, Management, Marketing, and Related Support Services | - | - | - | 174 | 23 | - | - | - |
| History | - | - | - | 10 | - | - | - | - |

## Retention and Graduation

### First to second year retention rates of first-time bachelor's degree-seeking undergraduates: 2019 fall cohort




### Bachelor's degree graduation rates of full-time, first-time, bachelor's degree-seeking undergraduates within 4 years, 6 years, and 8 years: 2012 cohort




### Graduation rates of full-time, first-time, degree/certificate-seeking undergraduates within 150% of normal time to program completion, by gender and race/ethnicity and transfer out-rate: 2014 cohort

| | Rate |
|---|---|
| **Overall graduation rates** | |
| Total | 46% |
| Men | 36% |
| Women | 56% |
| American Indian or Alaska Native | |
| Asian | |
| Black or African American | |
| Hispanic or Latino | 46% |
| Native Hawaiian or Other Pacific Islander | |
| White | |
| Two or more races | |
| Race/ethnicity unknown | |
| Nonresident alien | |
| **Transfer out-rate** | |

# Curriculum Vitae for Center Director and Key Personnel



**Dr. Camille Kamga, Ph.D.**
**Associate Professor of Civil Eng., The City College of New York**
**160 Convent Avenue, New York, NY 10031**
**Email: ckamga@ccny.cuny.edu; Phone: 212-650-8087**

## Academic Appointments

| | | | |
|---|---|---|---|
| Associate Professor | City College | New York, NY | *2017 -* |
| Assistant Professor | City College | New York, NY | *2010-2017* |

## Education

Doctor of Philosophy, Civil Engineering, CUNY, New York (2006)
Master of Science, Civil Engineering, CCNY, New York (1997)
Bachelor of Science, Civil Engineering, University of Moncton, Canada (1993)

## Research Appointments

Director, University Transportation Research Center, 2012 -
Acting Director, University Transportation Research Center, 2009-2012
Associate Director, The CUNY Institute of Urban Systems, 2002 -

## Relevant or High-Impact Refereed Publications

Moghimidarzi, B., Kamga, C., Safikhani, A., Mudigonda, S., Vicuna, P.F., (2022) Non-Stationary Time Series Model for Station-Based Subway Ridership During Covid-19 Pandemic: Case Study: New York City, Transportation Research Record. https://doi.org/10.1177/03611981221084698

Kamga, C., Tchamna, R., Vicuna, P., Mudigonda, S., and Moghimidarzi, B., (2021) An estimation of the effects of social distancing measures on transit vehicle capacity and operations, Transportation Research Interdisciplinary Perspectives, Volume 10. doi.org/10.1016/j.trip.2021.100398

Kamga, C. and Eickemeyer P., (2021) Slowing the Spread of COVID-19: Review of “Social Distancing” Interventions Deployed by Public Transit in the United States and Canada, Journal of Transport Policy. Volume 106 pp. 25-36. doi.org/10.1016/j.tranpol.2021.03.014

## Other Relevant or High-Impact Publications

Kamga, C., Ng, D., Mudigonda, S., (2021) Business Location Data Analysis and Editing Interface Tool Development, Final Report, New York State Department of Transportation

Kamga, C. et al. (2020) Long-term Impacts of Shared, Connected, Automated, and E-Mobility in New York State: Exploring Hubs of Mobility and Energy Innovation. NYSERDA Report Number 20-10, Final Report to New York State Energy Research and Development Authority and New York State Department of Transportation.

Moghimidarzi, B. and Kamga, C., (2020) Transit Signal Priority in Smart Cities, Transportation Systems for Smart, Sustainable, Inclusive and Secure Cities, IntechOpen, DOI: 10.5772/intechopen.94742

Singhal, A., Kamga, C., Agrawal, K.A., (2018) LADAR-based collision warning sensor to prevent over-height vehicle bridge hits, IET Journals, The Institute of Engineering and Technology, ISSN 1751-956X, doi: 10.1049/iet-its.2017.0117

## Selected Relevant or High-Impact Presentations

Kamga, C., (2020, October) Data Privacy, Micro-Mobility and MaaS, Bootcamp Training Session 101 Transportation Regulator data, Access & Use - Part II, The 33rd International Association of Transport Regulators Annual Conference, Virtual Conference.

Kamga, C., (2020, June) Mobility Trends in New York City During COVID-19 Pandemic, Analyses of transportation modes throughout May 2020. Impact of COVID-19 on Mobility and New York’s Response, Intelligent Transportation Society of New York, Virtual Conference.

| |
|---|
| Mudigonda, S., Kamga, C., Vicuna, P.F., and Tchamna, R. (2020, November), Learning the Bike Sharing Choices during the COVID-19 NYC: Socio-economic, demographic & Other Considerations, INFORMS Annual Meeting, Virtual Event. |
| Mudigonda, S., Kamga, C., Tchamna, R. (2019, October), Automated Vehicles Impacts Assessment in New York, INFORMS Annual Meeting, Seattle, WA, USA. |

## Research Impact on Policy or Practice

Kamga's research have informed transit policies in New York. His work on new technologies for transit has been adopted and implemented in NYCT which has installed travel information kiosks at subway stations. Kamga's work has fostered the sharing of taxi AVL data by NYC TLC to the public and researchers. His work on the cost/benefits evaluation of adaptive traffic signals has informed NYSDOT on appropriate location for such a system throughout the state. Another of his work with the analysis of ADAS data has documented the safety benefit of ADAS has allowed NYC DCAS to extend the system on most of the NY city vehicle fleet.

## Leadership for Professional Organizations

| | |
|---|---|
| Member | Executive Committee, Council of University Transportation Center, 2021- |
| Member-at-large | TRB Committee on Urban Transportation Data and Information Systems (AED20), 2014-present |
| Member-at-large | TRB/AED00 Data and Data Science, *2020 – 2022* |
| Member | Advisory Committee, International Association of Transportation Regulators (IATR), 2016-present |
| Member | Board of Directors, Intelligent Transportation Society of NY, 2009-present |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Steering Committee | Changing the TIDE in Transportation - A webinar series on equity and the Black experience in transportation, CUTC, 2020-2021 |
| Panel Member | Project NCHRP 08-108: Developing National Performance Management Data Strategies to Address Data Gaps, Standards, and Quality, Transportation Research Board (TRB), 2016-2018. |
| Chair | Coordinator Research Council, TRB Committee on Urban Transportation Data and Information Systems (AED20), 2017-pres. |
| Member | Expert Advisory Council for New York State Clean Transportation Roadmap, NYSERDA, 2020-2022. |
| Member | Clean Freight Corridors Technical Advisory Committee, New York Metropolitan Transportation Council, 2020-2022 |
| Member of Editorial Board | The International Journal of Traffic and Transportation Management (JTTM) |
| Member of Editorial Board | Sustainability |
| Chief Guest Editor | Special Issue on Intelligent Transportation Systems Development and Urban Sustainability, Sustainability |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Chair | Education Committee, Intelligent Transportation Society of NY, 2011- |
| Member | Committee on Education and Research, International Association of Transportation Regulators (IATR), 2011- |

## Awards

Best Paper Award - 14th World Conference on Transport Research, "Cargo Cycles for Local Delivery in New York City: Performance and Impacts", Shanghai, China (2016)
Intelligent Transportation Society of New York Outstanding ITS Project of the Year (2012).
Council of University Transportation Centers Milton Pikarsky Award for Outstanding Ph.D. Dissertation in Science and Technology (2006)



**Dr. Alison Conway, Ph.D.**
**Associate Professor of Civil Engineering, City College of New York**
**160 Convent Ave, Steinman Hall T-119, New York, NY 10031**
**Email: aconway@ccny.cuny.edu; Phone: 212-650-5372**

## Academic Appointments

| | | | |
|---|---|---|---|
| Associate Professor | City College | New York, NY | *2017 -* |
| Assistant Professor | City College | New York, NY | *2010-2017* |
| Substitute Assist. Prof. | City College | New York, NY | *2009-2010* |

## Education

| | | | |
|---|---|---|---|
| Ph.D., Civil Engineering | *2009* | **University of Texas at Austin** | *Austin, TX* |
| M.S., Civil Engineering | *2005* | **University of Texas at Austin** | *Austin, TX* |
| B.C.E., Civil Engineering | *2003* | **University of Delaware** | *Newark, DE* |

## Research Appointments

| | | | |
|---|---|---|---|
| Associate Director for Education | University Transportation Research Center | New York, NY | *2012-2020* |

## Relevant or High-Impact Refereed Publications

Abreu, L.*, & Conway, A. (2021). A Qualitative Assessment of the Multimodal Passenger Transportation System Response to COVID-19 in New York City. *Transportation Research Record: Journal of the Transportation Research Board*, 036119812110271. https://doi.org/10.1177/03611981211027149

Conway, M., & Conway, A. (2021). Multi-modal interactions on urban streets: New conflicts and emerging challenges in a mixed-use neighborhood: A case study of New York. *Applied Geography*, 102527. https://doi.org/10.1016/j.apgeog.2021.102527

Escand, P.*, Chen, Q.*, & Conway, A. (2018). Parking Conditions for Residential Delivery in New York City: A Case Study Analysis. *Transportation Research Record: Journal of the Transportation Research* Board, 9, 204–215. https://doi.org/10.1177/0361198118783161

Conway, A., Cheng, J.*, Kamga, C., & Wan, D.* (2017). Cargo cycles for local delivery in New York City: Performance and impacts. *Research in Transportation Business & Management*, 90–100. https://doi.org/10.1016/j.rtbm.2017.07.001

## Other Relevant or High-Impact Publications

Conway, A. (2020) “Moving Goods” in *The Design of the Urban Manufacturing City*. Ed. Robert Lane, Colin Cathcart, and Nina Rappaport. New York: Routledge.

Conway, A. et al. (2018). *Complete Streets Considerations for Freight and Emergency Vehicle Operations*. Albany, NY: New York State Energy Research and Development Authority. Accessible from: https://www.metrans.org/news/new-metrofreight-publication-a-guidebook-for-considering-freight-in-complete-street-design-

## Selected Presentations

(Invited) Complete Streets: Finding Space for Freight. *Complete Streets/Freight Workshop*, FHWA Resource Center and New Jersey Department of Transportation. January 25, 2022.

| |
|---|
| (Invited) Data for Freight Planning. *Caltrans Virtual Freight Academy*, December 3, 2020. |
| (Invited) Freight and Complete Streets - Moving Goods in Shared Urban Space. *Smart Freight Centre Leadership Seminar Series*, University of Toronto, November 6, 2020. |
| (Keynote) Goods Movement on a Changing Streetscape. *International Urban Freight Conference*, Long Beach, CA, October 17, 2019. |
| (Keynote) E-Commerce and Urban Infrastructure: Changing Demands and Related Impacts. *VI International Congress of Industry and Organizations*, Cartagena, Colombia, August 23, 2019. |

## Leadership for Professional Organizations

| | |
|---|---|
| Chair (Member), TRB Freight Data Committee | *2018 – pres.* |
| Member, TRB Urban Freight Committee | *2015 – pres.* |
| Chair, ASCE T&DI Freight & Logistics Committee | *2014 – pres.* |
| Chair, TRB Young Members Council | *2014 - 2016* |

## Leadership in Technology Transfer Activities

| | | |
|---|---|---|
| Associate Editor | *Transportation Research Record* | *2019 – pres.* |
| Editorial Board Member | *Public Works Management & Policy* | *2017 – pres.* |
| Editorial Board Member | WCTRS/Elsevier Transp. Book Series | *2016 – pres.* |
| Planning Committee Chair | TRB 1st, 2nd, 3rd, and 4th Innovations in Freight Data Workshops | *2023, 2021, 2019 & 2017* |
| Section Chair | International Urban Freight Conference | *2022, 2019* |
| Planning Committee Chair | TRB Commodity Flow Survey Workshop | *2015* |

## Leadership of Educational/Workforce Development Programs

| | | |
|---|---|---|
| Co-Lead, Experiential Learning | CiPASS Experiential Learning & Career Engagement Initiative (ExLCEI) | *2021 – pres.* |
| Campus Program Advisor | Louis Stokes Alliance for Minority Participation | *2019 – pres.* |
| Campus Program Manager | FHWA Eisenhower Fellowship Program | *2012 – pres.* |

## Awards

| |
|---|
| Best Paper Award, Freight and Logistics Track, **World Conference on Transp. Research**, Shanghai, China *(2016)* |
| Best Paper Award, TRB Urban Freight Comm., **TRB 95th Annual Meeting,** *Washington, DC (2016)* |
| **ASCE T&DI Outstanding Young Member Award**, *2015* |



**Dr. Mahdieh Allahviranloo, Ph.D.**
**Associate Professor of Civil Eng., The City College of New York**
**160 Convent Avenue, New York, NY 10031**
**Email: mallahviranloo@ccny.cuny.edu; Phone: 212-650-8516**

## Academic Appointments

| | | | |
|---|---|---|---|
| Associate Professor | City College of NY | New York | *2020-* |
| Assistant Professor | City College of NY | New York | *2014-2020* |

## Education

PhD, Civil Engineering, The University of California, Irvine, CA, USA. (2014)
MS. Civil Engineering, Iran University of Science and Technology, Iran. (2005)
BS, Civil Engineering, Sharif University of Technology, Iran. (2003)

## Research Appointments

Amazon Visiting Academic, 2021- present.

## Relevant or High-Impact Refereed Publications

**Allahviranloo, M.,** Bonet.T., Diez, J., (2020). Introducing Shared Life Experience Metric in Urban Dynamics. **Transportation**. Vol 48, 1125–1148.

Tayarani, M., Baghestani, A., **Allahviranloo, M**., Oliver Gao, H., (2020). Spatial/Temporal Variability in Transportation Emissions and Air Quality in NYC Cordon Pricing. **Transportation Research Part D.** Vol 89, 102620.

Baghestani, A., Tayarani, M., **Allahviranloo, M**., and Gao, H.O., (2020). Evaluating the Traffic and Emissions Impacts of New York City Cordon Pricing. Journal of Sustainable Transportation. 12(9), 3655

Rodriquez, D. and **Allahviranloo, M**., (2019). Designing Area Pricing Schemes to Minimize Travel Disutility and Population Exposure to Pollutants. **Transportation Research Part D**. Vol 76, pp. 236-254.

Zellou, M., **Allahviranloo, M.**, (2018). Probabilistic Fleet Sizing and Routing Problem to Minimize Mobility Disparities. **Transportation Research Record**, 2672(8), pp. 639–648.

## Other Relevant or High-Impact Publications

**Allahviranloo,** M., Bouyeure, C., (2020). Online Platform for Matching and Trading Shares of Autonomous Vehicles. **Transportation Research Record**.

**Allahviranloo, M**. , Aissaoui, L., (2019). A Comparison on Time-Use Behavior in Metropolitans Using Pattern Recognition Techniques. **Transportation Research Part A**. Vol 129, pp. 271- 287.

**Allahviranloo, M.** and Baghestani, A., (2019). A Real-Time Crowdshipping Model and Daily Travel Behavior. **Transportation Research Part E**. Vol 128, pp. 175-190.

**Allahviranloo, M.**, Chow, J., Recker, W.W., (2013). Selective Vehicle Routing Problems under Uncertainty without Recourse. **Transportation Research Part E**. Vol 62, pp. 68-88.

**Allahviranloo, M**. and Recker, W.W., (2013) Daily Activity Pattern Recognition by Using Support Vector Machines with Multiple Classes, **Transportation Research Part B**. Vol 58, pp. 16-43.

## Research Impact on Policy or Practice

Dr.Mahdieh Allahviranloo' s main domain of expertise are mobility pattern recognitions, data mining, machine learning, travel behavior, travel demand analysis and network optimization. She has led variety of projects on the subject of accessibility, studying mobility patterns of physically disabled population, congestion pricing and its environmental and societal impacts on different regions and different population groups. Her research, which was supported by local and federal agencies, has resulted in several publications in highly acclaimed journals and conference presentations. She has chaired many sessions at national, as well as international conferences. Dr. Allahviranloo is active in a variety of educational activities, including mentoring Women Robotic Club at CCNY wherein she leads the research activities conducted by nearly 100 female undergraduate students with different engineering backgrounds.

## Leadership for Professional Organizations

| | |
|---|---|
| Mentor | CCNY-Women Robotics Club, 2017-present |
| Secretary | TRB Committee on Standing Committee on Traveler Behavior and Values (AEP 30), 2021-present |
| Member | TRB Committee on Standing Committee on Traveler Behavior and Values (AEP 30), 2017-present |
| Guest editor for the special issue | Sustainability journal, 2019. |
| Friend | TRB Standing Committee on Artificial Intelligence and Advanced Computing Applications, (AED50), 2015- present |

## Awards

| | |
|---|---|
| Best Paper Award, International Transportation Health Conference, Spain. | *2017* |
| Salute for Scholars Award, The City University of New York | *2016* |
| Awarded Dissertation Grant of University of California Transportation Center | *2013* |
| Awarded Dwight David Eisenhower Graduate Fellowship | *2012* |
| Awarded Helene H. Overly Graduate Memorial Scholarship | *2011* |



**Dr. Joseph Barba, Ph.D.**
**Professor Electrical Engineering, City College of New York, CUNY**
**160 Convent Ave, New York, NY 10031**
**Email: barba@ccny.cuny.edu; Phone: 212-650-7244**

## Academic Appointments

| | | | |
|---|---|---|---|
| Professor | City College | New York, NY | *1992 -* |
| Dean School of Eng. | City College | New York, NY | *2004-2013* |
| Deputy Provost | City College | New York, NY | *2000-2004* |

## Education

BEE, Electrical Engineering, City College of New York, NYC *(1975)*
ME, Electrical Engineering, City College of New York, NYC *(1977)*
Ph.D, Electrical Engineering, City University of New York, NYC *(1981)*

## Research Appointments

| | | | |
|---|---|---|---|
| Institutional Officer, Animal Care Facilities (IACUC) | City College of New York | NYC | *2001 - 2004* |
| Grant Associate | NSF: CCNY Resource Center | NYC | *1981 - 1982* |

## Relevant or High-Impact Refereed Publications

1. Velez-Reyes, M., Santiago, I, Horton, D.M., Aklog, F., Torres-Catanach, I, Barba, J., Mejia, Y., Seo, D., Moshary, F., Sivils, J., & Hassebo, Y., (July 26-29, 2021), Work in Progress on a Model to Improve the Preparation and Transition of Hispanic STEM Doctoral Students into Community College Faculty Positions - Lessons Learned, 2021 ASEE Annual Conference, Virtual Paper #34069
2. Velez-Reyes, M., Santiago, I, Torres-Catanach, I, Horton, D.M., Mejia, Y., Seo, D., Gonzalez, J.E., Barba, J., Aklog, F., Moshary, F., Sivils, J., & Hassebo, Y., Work in Progress: H-AGEP - A Model to Improve the Preparation and Transition for Hispanic STEM Doctoral Students into Community College Faculty Positions, (June 22, 2020) 2020 American Society for Engineering Education (ASEE) Virtual Annual Conference; Monday
3. A model for Transforming Minority Doctoral Students into Academia – A CUNY Model to Increase Diversity of Faculty Across the University, (April 15, 2021), 2021 CUNY Faculty Diversity & Inclusion Conference, Virtual Conference
4. Barba, J., (September 20, 2018) Panelist: Workforce Needs and Proposed Pathways Panel Discussion; Mid-Atlantic Advanced Manufacturing and Education Summit and Panel Discussion, DURO UAS, Bronx NY.
5. J.Barba, (October 22, 2016), Student Entrepreneurship at CCNY: The Zahn Innovation Center and the IN2NYC program, Chinese Institute of Engineers- USA 2016 Annual Convention; session on Entrepreneurship, Flushing NY
6. Alting, A., & Delale, F., & Barba, J. (June 2013), *Bridges to Engineering: Success for Transfers* Paper, 2013 ASEE Annual Conference & Exposition, Atlanta, Georgia. 10.18260/1-2--19263
7. Alting, A., Walser, A., Krudysz, M., Barba, J. (2012), Increased retention and graduation rates of engineering students, 2012 ASEE Annual conference, paper AC 2012-5373

## Research Impact on Policy or Practice

Established the IN2NYC program while director of the Zahn Innovation Center at CCNY. The International Innovators Initiative (IN2NYC) facilitates collaborative partnerships between

| |
|---|
| international entrepreneurs and the City University of New York (CUNY) schools, enabling entrepreneurs to qualify for cap-exempt H1B visas, while helping CUNY schools attract innovators that can develop entrepreneurship and technical programs for their students. |

## Leadership for Professional Organizations

| | |
|---|---|
| Vice-president & Academic Director | Center for the Advancement of Hispanics in Science and Engineering (CAHSEE), 1994 – 2006 |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Director | CCNY STEM Institute, 1992 - |
| PI | NSF, Building Capacity: CCNY STEM Communities, 2018 – 2023 |
| Co-PI | NSF Collaborative Research: AGEP-T The Hispanic Alliance for the Graduate Education and the Professoriate on Environmental Sciences and Engineering, 2017 - 2024 |
| Co-PI | US DOE: CCNY Initiative to Promote Academic Success in STEM (CiPASS), 2016 - 2022 |
| Investigator | Gateway to Higher Education, NYS Dept of Education STEP Grant; 2016 – |
| Co-PI | NSF HIS Conference: Increasing Access and Success in Urban STEM Program, 1/01/2017-10/31/2018 |
| PI | American Museum of Natural History; NASA Science Research Mentoring Program, 2009 - 2012. |
| PI | NSF, Bridges to Engineering Success for Transfers, 2005 - 2010 |

## Awards

| | |
|---|---|
| CAHSEE received 2004 Presidential Award for Excellence in Science, Mathematics, and Engineering Mentoring | *2004* |

## Other Relevant Experience

- STEM Institute Director, a pre-college STEM focused year-round program targeting underrepresented minority students living in Northern Manhattan. Provide pathways for students to pursue STEM education and careers. Offer after school and Saturday classes in all math and science course; middle school prep for the SHSAT exam; and a Summer Institute at CCNY with STEM related classes and activities. Also, work with middle and high schools and district superintendents to provide support for STEM related classes during the academic year
- Led the development of the Grove School of Engineering student entrepreneurship program and procuring funding for these activities. Instituted the endowed $50,000 annual Kaylie Prize in Entrepreneurship and established the Zahn Innovation Center for entrepreneurship which opened in October 2013
- The 2004 BEST (Building Engineering and Science Talent) Blue Ribbon Panel on Higher Education (tasked by Congress) has exclusively cited the CAHSEE pre-college program, the STEM Institute, for its promising practices in increasing the admission of students into undergraduate math, science, and engineering studies, and for the superior college completion rates of participants.
- Serve as the faculty advisor for the Latin American Engineering Student Association - Society of Professional Engineers (LAESA-SHPE) since 1984
- Partial list of relevant committees:
  Louis Stokes Alliance for Minority Participation Steering Committee, 2000- 2010



**Dr. Luis Montenegro, Ph.D.**
**Dean of Academic Affairs, Bronx Community College, CUNY**
**2155 University Avenue, Bronx, NY 10453**
**Email: Luis.Montenegro@bcc.cuny.edu; Phone: 718-289-5939**

## Academic Appointments

| | | | |
|---|---|---|---|
| Dean of Academic Affairs | BCC | Bronx, NY | *2015-2018 & 2020 -* |
| Interim Provost and VP of Academic Affairs | BCC | Bronx, NY | *2018-2020* |
| Professor, Dept. of Physics and Technology | BCC | Bronx, NY | *2014-2015* |

## Education

| |
|---|
| Ph.D., Physics, Graduate School and University Center/CUNY, New York, NY *(1998)* |
| M.A., Physics, City College of New York/CUNY, New York, NY *(1993)* |
| B.S., Physics, Massachusetts Institute of Technology, Cambridge, MA *(1989)* |

## Research Appointments

| | | | |
|---|---|---|---|
| Project Administrator | NSF S-STEM Grant | BCC | *2019-2023* |

## Relevant or High-Impact Refereed Publications

| |
|---|
| "Modeling ocean deep convection" by Canuto, V.M., Howard, A., Hogan, P., Cheng, Y. Dubovikov, M.S. and Montenegro, L., Ocean Modeling, v. 7, issues 1-2:75, 95, 2004. |
| "Curvature and Acoustic Instabilities in Rotating Fluid Disks" by Montenegro, L., Yuan, C., and Elmegreen, B. G., The Astrophysical Journal, v. 520:592-606, 1999. |
| "Dust Spirals and Acoustic Noise in the Nucleus of the Galaxy NGC 2207" by Elmegreen, B. G., Elmegreen, D. M., Brinks, E., Yuan, C., Kaufman, M., Klaric, M., Montenegro, L., Struck, C., and Thomasson, M., The Astrophysical Journal, v. 503:L119-122, 1998. |
| "Computer Analysis of Galactic Symmetries" by Elmegreen, B. G., Elmegreen, D. M., and Montenegro, L. Publications of the Society of the Pacific, v. 105,1993. |
| "Optical Tracers of Spiral Wave Resonances in Galaxies: II Hidden Three-Armed Resonances" by Elmegreen, B. G., Elmegreen, D. M., and Montenegro, L. The Astrophysical Journal, Supplement 1992, v.79, 1992. |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| NYSED Perkins Award, Effort Director, $498,000/year | 2012 - |
| US Department of Education, HSI-STEM Collaborative Award BCC-CCNY PI, with 3 Co-PIs, $2,400,000. | 2008-2011 |
| NYSED Science and Technology Entry Program, PI with 1 Co-PI, $400,00 | 2007-2011 |
| NYSED Collegiate Science and Technology Entry Program, PI with 1 Co-PI, $320,000 | 2007-2011 |

## Other Relevant Experience

Dean Montenegro serves under the leadership of the Provost and Vice President of Academic Affairs. He oversees the Offices of Personnel Administration and Workload, the Center for Teaching and Learning with Technology and special initiatives related to STEM education and grants. Dean Montenegro has extensive experience planning and implementing large-scale state and federal grant projects.

**Clement E. Drummond, M.B.A.**
**Director of Automotive Technology, Bronx Community College (BCC), CUNY**
**2155 University Avenue, Bronx, NY 10453**
**Email: clement.drummond@bcc.cuny.edu; Phone: 718-289-5213**

## Academic Appointments

| | | | |
|---|---|---|---|
| Director of Automotive Technology | BCC | Bronx, NY | *2006 -* |
| Program Coordinator of Automotive Technology | Suffolk County Community College | Selden, NY | *2004 - 2006* |
| Sr. Business Consultant | KeySpan | NYC, NY | *1998 - 2003* |

## Education

| |
|---|
| Master of Business Administration, Organizational Management, Dowling College, New York, NY *(2004)* |
| Bachelor of Science, Organizational Management, Nyack College, New York, NY *(1997)* |

## Leadership for Professional Organizations

| | |
|---|---|
| Member | American Gas Association, NGVC Technical & Marketing Committees |
| Member | Society of Automotive Engineers |
| Member | Society of Fleet Supervisors |
| Member | NYC & LI Clean Cities Market Development |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Chair | Directs the activity of an advisory board including Fortune 500 companies and government offices that provide industry trend and need information to inform training curriculum. |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Director of Automotive Technology | BCC Automotive Technology AAS Degree, 2006-Present |
| Program Coordinator of Automotive Technology | Suffolk County Community College, 2004-2006 |

## Other Relevant Experience

Clement E. Drummond has over 35 years of automotive experience. Under his leadership, a new, state-of-the-art training facility (Patterson Garage) is opening this fall for use for the Advanced Transportation Technology (AT) Program. The AT program will expand BCC's Automotive Technology program to expand its course offerings in diesel, hybrid, Compressed Natural Gas (CNG), hydrogen, and biofuels, and to provide hands-on training in the servicing of diesel busses and 18-wheel, semi-trailer trucks.

BCC's Automotive Program is fully accredited by the Automotive Service Excellence Education Foundation. In addition, the program is part of the prestigious Nissan Technician Training Academy. Mr. Drummond is well known in the alternative fuel's arena for the development of the first two natural gas buses.



**Dr. Catherine T. Lawson, Ph.D.**
**Associate Professor, University at Albany**
**1400 Washington Ave, AS 218, Albany, NY 12222**
**Email: lawsonc@albany.edu; Phone: 518-442-477**

## Academic Appointments

| | | | |
|---|---|---|---|
| Associate Professor | Univ. at Albany | Albany, NY | *2006-* |
| Assistant Professor | Univ. at Albany | Albany, NY | *2000-2006* |

## Education

Ph.D., Urban Studies/Reg. Science, Portland State University, Portland, OR *(1998)*
M.U.R.P., Urban Planning, Portland State University, Portland, OR *(1997)*
M.A., Applied Economics, Portland State University, Portland, OR *(1995)*
B.A., Accting/Economics, Western Washington University, Bellingham, WA *(1988)*

## Relevant or High-Impact Refereed Publications

Holguin-Veras, J., Ramirez-Rios, D., Ng, J., Wojtowicz, J., Haake, D., **Lawson, C.T.,** Calderón, O., Wang, C., and B. Caron. "Freight-Efficient Land Uses: Methodology, Strategies, and Tools." *Sustainability* 13, no. 6 (2021). https://www.mdpi.com/2071-1050/13/6/3059

Amil, A., Joshi. A., Chen, F., and **C. T. Lawson**. Techniques for Efficient Detection of Rapid Weather Changes and Analysis of their Impacts on a Highway Network. *GeoInformatica*, 2020. https://web.a.ebscohost.com/ehost/pdfviewer/pdfviewer?vid=0&sid=f99011a9-1845-40e6-be25-f7b01121d992%40sdc-v-sessmgr01

**Lawson, C. T**., Muro, A., and Krans, E. Forecasting Bus Ridership Using a "Blended Approach". *Transportation*. https://doi.org/10.1007/s11116-019-10073-z 25 pgs. 2019.

**Lawson, C. T**., Tomchik, P., Muro, A., & Krans, E. Translation software: An alternative to transit data standards. *Transportation Research Interdisciplinary Perspectives*, 100028 (11 pgs.). 2019. https://www.sciencedirect.com/science/article/pii/S2590198219300284

## Other Relevant or High-Impact Publications

**Lawson, Catherine T.**, *Smartphone Survey Pilot: Report Supplement #1 Literature Review and Discussion,* prepared for the New York Metropolitan Transportation Council, (2021). 25 pgs.

**Lawson, Catherine T.** *Performance and Data for Transportation Decision Making.* Transportation Research Circular – Number E-C263. Washington, D. C. National Academies of Sciences, Engineering & Medicine. 2020. 285 pgs. http://onlinepubs.trb.org/onlinepubs/circulars/ec263.pdf

**Lawson, Catherine T.** *Innovations in Freight Data Workshop.* Transportation Research Circular – Number E-C255. Washington, D.C.: National Academies of Sciences, Engineering, & Medicine. 2019. 85 pgs. http://onlinepubs.trb.org/onlinepubs/circulars/ec255.pdf

**Lawson, Catherine T.** *National Household Travel Survey (NHTS) Data for Transportation Applications Workshop.* Transportation Research Circular – Number

| |
|---|
| E-C238. Washington, D.C.: National Academies of Sciences, Engineering, & Medicine. 2018. 119 pgs. http://onlinepubs.trb.org/onlinepubs/circulars/ec238.pdf |
| **Lawson, Catherine T**. *Applying Census Data for Transportation: 50 Years of Transportation Planning Data Progress.* Transportation Research Circular – Number E-C233. Washington, D.C.: National Academies of Sciences, Engineering, & Medicine. 2018. 203 pgs. http://onlinepubs.trb.org/onlinepubs/circulars/ec233.pdf |
| Holguin-Veras, J., **Lawson, C.,** Wang, C., Jaller, M., Gonzalez-Calderon*, C., Campbell*, S., Kalahashti*, L., Wojtowicz, J., and D. Ramirez*. *Using Commodity Flow Survey Microdata and Other Establishment Data to Estimate the Generation of Freight, Freight Trips, and Service Trips: Guidebook*. Transportation Research Board, National Academies of Sciences, Engineering, and Medicine, January, 2017. 248 pgs. https://www.nap.edu/catalog/24602/using-commodity-flow-survey-microdata-and-other-establishment-data-to-estimate-the-generation-of-freight-freight-trips-and-service-trips-guidebook |

## Selected Relevant or High-Impact Presentations

| |
|---|
| **Lawson, C. T.,** "Making Modules That Meet Multi-state Multimodal Freight Planning Needs" presented at the Virtual 2022 NatMEC Conference, held on June 13 – 17, 2022. |
| **Lawson, C. T.,** "Creating a supply chain for weather information: an Info-chain" presented at the Virtual Workshop on Detecting and Communicating Sudden Hazardous Maritime Weather, held on April 27, 2022. |
| **Lawson, C. T.,** "Unmanned Aircraft Systems (UAS): Applications and Integration into Hazard Mitigation Planning" presented at the Kentucky Association of Mitigation Managers (KAMM) 2021 Virtual Conference, September 21 – 24, 2021. |
| **Lawson, C. T.,** "Congestion, Reliability and Incidents: NYSDOT's NPMRDS Analysis Tools" presented at the NatMEC 2021 Virtual Conference, June 21- 25, 2021. |
| **Lawson, C. T**., "Low-cost Weather Options" presented at the Catch the Wave: Smarter Maritime Knowledge Virtual Conference, February 23, 2021. |

## Leadership for Professional Organizations

| | |
|---|---|
| Chair | TRB/AP090 Transit Data, *2020 – present* |
| Member-at-large | TRB/AP000 Public Transportation Executive Group, *2013 – present* |
| Member-at-large | TRB/AED00 Data and Data Science, *2020 – 2022* |
| Panel Member | NCHRP/01-123 Census Transportation Data Use, *2018 – present* |
| Chair | TRB/Joint Subcommittee on Transformative Trends in Transit Data, *2014 – 2019* |
| Member | TRB/ Fifth Biennial Marine Transportation System Research and Technology Conference Planning Committee, *2017 - 2018* |
| Member | TRB/ National Household Travel Survey Planning Committee, *2017 – 2018* |
| Member | TRB/Census Conference Planning Committee, *2016 – 2018* |
| Subject Expert | AASHTO/Census Transportation Planning Products, *2018 - present* |



**Michael Fancher, MA, CPA1**
**Senior Research Associate, College of Nanoscale Science and Engineering, SUNY Polytechnic Institute**
**257 Fuller Road, Albany, New York 12203**
**Email: fanchem@sunypoly.edu; Phone: 518-461-4737**

## Academic Appointments

| | | | |
|---|---|---|---|
| Senior Research Associate | SUNY Polytechnic Institute | Albany, NY | *1997 -* |

## Education

- Master of Arts, Economics, University at Albany - SUNY, Albany New York (1988)
- Bachelor of Science, Management (Accounting & Finance), Syracuse University, Syracuse New York (1982)
- Certified Public Accountant in New York State – Inactive (1985)

## Research Appointments

- Director, NYS Center for Advanced Technology in Nanoelectronics & Nanomaterials, 2008 -
- Director, Advanced Manufacturing Performance (AMP) Center, 2016-
- Associate Director, Small Business Development Center, 2014-2017

## Relevant or High-Impact Refereed Publications

- Boland, B., Denbeaux, G., Eisenbraun, E., Fancher, M. (2018) “Sensor Reliability Assessment Model and Cost Analysis: Equipment Reliability and Productivity Enhancements”, Advanced Semiconductor Manufacturing Conference 2019

## Other Relevant or High-Impact Publications

- Fancher, M., (2015) “New York Power Electronics Manufacturing Consortium”, International Innovation, Issue 178: A Renewable Future, pg. 108-109.
- Fancher, M., (2009) “Expert Perspective: Creating a Virtuous Cycle of Growth”, Semiconductor International, Vol. 32, No. 9.
- Fancher, M., (2006) “Mover and Shaker”, Semiconductor International, Vol. 29, No. 13.

## Selected Relevant or High-Impact Presentations

- Fancher, M., (2021) “Alignment Frameworks for Career Pathways Workforce Training” Semicon West (December 8, 2021)
- Fancher, M., “A New Paradigm in Public Private Partnership: The New York State Model.”
- Fancher, M., “Trends in Market Application Drivers: NanoBiomedical”, INVITED PRESENTATION at the Semiconductor Research Corporation Summer Board of Directors Retreat, (May 15, 2008).
- Committee on Science House of Representatives 109th Congress Serial No. 109-15, “The National Nanotechnology Initiative: Review and Outlook, Science and Technology”, Testimony presented at the House Office building, Washington D.C., (2005).
- “3rd Annual Symposium on Connected and Autonomous Vehicles: The SMART Symposium” (Co-Organizer, Presenter, Moderator) Albany, NY, November 5-6, 2014.
- “Manufacturing Technology Forum: Nanotechnology and Electronic Materials” (Co-Creator, Organizer, Presenter, Moderator), hosted in partnership with the National Science Foundation, Albany, New York, November 14-15, 2011.

| |
|---|
| "Convergence of International Research and Commercialization in Albany – (CIRCA) 2007 and 2008 (Creator, Co-Organizer, Presenter, Moderator), Saratoga Springs, New York, May, 2007/08. |
| Albany Global Symposiums 2001-2004. (Co-Creator, Panel Chair, Co-Organizer, Presenter, Moderator), resulting in multiple public-private partnerships, Bolton Landing, NY. September, 2000 - 2005. |
| Fancher, M., "A Successful New Paradigm for Innovation and Education - The National Nanotechnology Initiative: Review and Outlook", INVITED PRESENTATION hearing testimony before the Subcommittee on Research, Committee on Science House of Representatives One Hundred Ninth Congress Serial No. 109-15, (2005) |
| Fancher, M., "Nanotechnology Convergence and an Emerging Paradigm for Industry, University & Government Partnership", INVITED PRESENTATION at the Jacque Cartier Conference in Grenoble France on technology development programs at CNSE resulting economic development success (2005) |

## Research Impact on Policy or Practice

Principal Investigator on over 17 projects and programs totaling $125 million in advanced manufacturing, workforce training, cyber-physical systems, clean energy and entrepreneurial growth.

Leadership role on proposal teams in national competitions resulting in the award of:
- $57.5 M federal (DOE) award for U.S. Photo Voltaic Manufacturing Consortium;
- $135 M state award for N.Y. Power Electronics Manufacturing Consortium;
- $110 M federal (DoD) & $250 M state awards for U.S. Integrated Photonics Innovative Manufacturing Institute.

Founding member of executive team that has successfully developed broad array of innovative public private partnerships in excess of $20 billion in targeted and peer reviewed awards in technology (nanoelectronics, energy, transportation, defense, biomedical), entrepreneurial acceleration, workforce education, urban revitalization, clean energy, and regional cluster formation.
- Achieved ranking as first in nation by the National Science Foundation for business-funded R&D expenditures at academic institutions in 2013.
- Responsible for multi-disciplinary collaborative technology-driven program initiation, partner development, proposal preparation and management leading to over $20 billion in targeted & peer reviewed awards.

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Proposal Co-Lead | U.S. Advanced Integrated Photonics Innovative Manufacturing Institute (AIM-Photonics), U.S. Dept. of Defense, Air Force Research Laboratory. 2016. |
| Proposal Lead & BD Director | New York-Power Electronics Manufacturing Consortia (NY-PEMC), New York State Empire State Development Corporation. 2015 – 2020 |
| Proposal Co-Lead | U.S. Photovoltaic Manufacturing Consortia (US PVMC), U.S. Dept. of Energy 2013-2018. |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Director | Advanced Manufacturing Performance (AMP) Center, 2016-Present |



**Dr. Abolfazl Karimpour, Ph.D.**
**Assistant Professor, State University of New York, Polytechnic Institute**
**100 Seymour Road, Utica, NY 13502**
**Email: karimpa@sunypoly.edu; Phone: 520-308-2627**

## Academic Appointments

| | | | |
|---|---|---|---|
| Assistant Professor | SUNY Polytechnic | Utica, NY | *2022 -* |
| Research Asst Prof | University of Arizona | Tucson, AZ | *2021-* |

## Education

Ph.D., Transportation Engineering, University of Arizona, Tucson, AZ (2020)

Master of Science, Highway and Transportation Engineering, Iran University of Science and Technology, Tehran, Iran (2015)

Bachelor of Science, Civil Engineering, Ferdowsi University of Mashhad, Iran (2013)

## Research Appointments

Manager, Center for Applied Transportation Sciences (CATS), University of Arizona, 2021-2022

## Relevant or High-Impact Refereed Publications

A. Karimpour, J. Anderson, S. Kothuri, and Y.-J. Wu (2021). Estimating Pedestrian Delay at Signalized Intersections Using High-Resolution Event-based Data: As Finite Mixture Modeling Method. Journal of Intelligent Transportation Systems: Technology, Planning, and Operations.

A. Karimpour, R. Kluger, C. Liu, and Y.-J. Wu (2021). Effects of Speed Feedback Signs and law Enforcement on Driver Speed. Transportation Research Part F: Traffic Psychology and Behaviour, 77 (2021): 55-72.

A. Hosseinzadeh, A. Karimpour, R. Kluger (2021). Factors Influencing Shared Micromobility Services: An Analysis of E-Scooters and Bikeshare.Transportation Research Part D: Transport and Environment, 100 p.103047.

A. Hosseinzadeh, A. Karimpour, R. Kluger, and R. Orthober (2022). Data Linkage for Crash Outcome Assessment: Linking Police-reported Crashes, Emergency Response Data. Journal of Safety Research.

A. Karimpour, A. Ariannezhad, and Y.-J. Wu (2019). Hybrid-Data-Driven Approach for Truck Travel Time Imputation. IET Intelligent Transport Systems, Vol. 13 (10):1518-1524.

X. Ma, A. Karimpour, and Y.J. Wu (2020). Statistical evaluation of data requirement for ramp metering performance assessment. Transportation Research Part A: Policy and Practice, 141, pp.248-261.

## Other Relevant or High-Impact Publications

A. Ariannezhad, A. Karimpour, and Y.-J. Wu (2020). Incorporating Mode Choices into Safety Analysis at The Macroscopic Level. Journal of Transportation Engineering, Part A: Systems, 146(4), p.04020022.

A. Ariannezhad, A. Karimpour, Xiao Qin, Y.-J. Wu, and Y. Salmani (2021). Handling Imbalanced Data for Real-Time Crash Prediction: Application of Boosting and Sampling Techniques. Journal of Transportation Engineering, Part A: Systems, 147 (3), 04020165.

| |
|---|
| A. Karimpour, R. Kluger, Y.-J. Wu (2020). Traffic Sensor Data-Based Assessment of Speed Feedback Signs. Journal of Safety and Security, pp: 1-24. |

## Selected Relevant or High-Impact Presentations

| |
|---|
| A. Karimpour. Workshop in Safe System: Let's Get Real: We Can't Keep Doing the Same Things & Expect Different Results. Presented at 2022 Lifesavers Conference, Chicago, IL (March 15th, 2022) |
| A. Karimpour and Yao-Jan Wu; Estimating Red-Light Running Violations Using High-Resolution Event-based Data. Presented at ASCE's 2022 Transportation and Development Conference, Seattle, WA (June 2nd, 2022). |

## Leadership for Professional Organizations

| | |
|---|---|
| Young Member | ASCE/Street and Highway Operations Committee, 2022 – Present |
| Associate Member | ASCE/Transportation Safety Committee, 2022 – Present |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Panel Member | **NCHRP 17-100** Leveraging Big Data and Artificial Intelligence to Streamline Safety Data Analyses (2021 ~ present) |
| Advisory Committee Member | Arizona Department of Transportation, Freight Plan Development (2021 ~ present) |
| Emerging Technology Task Force Member | Maricopa Association of Governments (MAG)-Public University Task Force (2020 ~ present) |

## Awards

| | |
|---|---|
| **Outstanding Graduate Student:** *College of Engineering, the University of Arizona* | *2020* |
| **Outstanding Graduate Student Award:** *Institute of Transportation Engineers Western District of United States (ITE Western District).* | *2019* |
| **Jenny L. Grote Student Leadership Award:** *Institute of Transportation Arizona Section (ITE AZ).* | *2019* |
| **Lifesavers Traffic Safety Scholars Scholarship:** *Committee on Traffic Safety, Lifesavers Conference.* | *2018 & 2019* |

## Other Relevant Experience (Project Lead)


| | |
|---|---|
| **Outstanding Graduate Student:** *College of Engineering, the University of Arizona* | *2020* |
| **Outstanding Graduate Student Award:** *Institute of Transportation Engineers Western District of United States (ITE Western District).* | *2019* |
| **Jenny L. Grote Student Leadership Award:** *Institute of Transportation Arizona Section (ITE AZ).* | *2019* |
| **Lifesavers Traffic Safety Scholars Scholarship:** *Committee on Traffic Safety, Lifesavers Conference.* | *2018 & 2019* |



**Dr. Anil Yazici, Ph.D.**
**Associate Professor, Stony Brook University**
**2425 Computer Science, Stony Brook, NY, 11790**
**Email: Anil.Yazici@stonybrook.edu; Phone: 631-632-9349**

## Academic Appointments

| | | | |
|---|---|---|---|
| Associate Professor | Stony Brook University | Stony Brook, NY | *2021 -* |
| Assistant Professor | Stony Brook University | Stony Brook, NY | *2014-2021* |

## Education

Doctor of Philosophy, Civil & Environmental Engineering (Transportation), Rutgers University, New Jersey *(2010)*

Master of Science, Operations Research, Rutgers University, Ney Jersey *(2008)*

Master of Science, Civil Engineering, Bogazici University, Istanbul, Turkey *(2004)*

Bachelor of Science, Civil Engineering, Bogazici University, Istanbul, Turkey *(2004)*

## Research Appointments

| | | | |
|---|---|---|---|
| Research Associate | Region-2 University Transportation Research Center | New York, NY | *2010 –2014* |

## Relevant or High-Impact Refereed Publications

Almotahari, A., & Yazici, A. (2021). A computationally efficient metric for identification of critical links in large transportation networks. *Reliability Engineering & System Safety*, *209*, 107458

Ulak, M. B., Yazici, A., & Aljarrah, M. (2020). Value of convenience for taxi trips in New York City. *Transportation Research Part A: Policy and Practice*, *142*, 85-100

Ulak, M. B., Yazici, A., & Zhang, Y. (2020). Analyzing network-wide patterns of rail transit delays using Bayesian network learning. *Transportation Research Part C: Emerging Technologies*, *119*, 102749

Almotahari, A., & Yazici, A. (2020). Impact of topology and congestion on link criticality rankings in transportation networks. *Transportation Research Part D: Transport and Environment*, *87*, 102529.

Ulak, M. B., Yazici, A., & Ozguven, E. E. (2020). A prescriptive model to assess the socio-demographics impacts of resilience improvements on power networks. *International Journal of Disaster Risk Reduction*, *51*, 101777

## Other Relevant or High-Impact Publications

Yazici, M. A., Mudigonda, S., & Kamga, C. (2017). Incident detection through twitter: Organization versus personal accounts. *Transportation Res. Record*, *2643*(1),121-128

Yazici, M. A., Kamga, C., & Singhal, A. (2016). Modeling taxi drivers' decisions for improving airport ground access: John F. Kennedy airport case. *Transportation Research Part A: Policy and Practice*, *91*, 48-60

Singhal, A., Kamga, C., & Yazici, A. (2014). Impact of weather on urban transit ridership. *Transportation research part A: policy and practice*, *69*, 379-391

Kamga, C., & Yazıcı, M. A. (2014). Temporal and weather related variation patterns of urban travel time: Considerations and caveats for value of travel time, value of variability, and mode choice studies. *Transportation Res. Part C: Emerging Technologies*, *45*, 4-16
Yazici, M. A., Levinson, H. S., Ilicali, M., Camkesen, N., & Kamga, C. (2013). A bus rapid transit line case study: Istanbul's metrobüs system. *Journal of Public Transportation*, *16*(1), 8

## Relevant or High-Impact Presentations

Yazici, A., Almotahari, A., Fressynet, L., Leclercq, L., Kocatepe, E. E. Ozguven, E. E. (2019) Spatio-Temporal Analysis of Congestion at Proposed Congestion Pricing Zone in New York City. Transportation Research Board 98th Annual Meeting, Washington D.C.
Almotahari, A., Yazici, A. (2019) Ranking of High-Speed Rail Corridors in the U.S. for Investment Prioritization. Transportation Research Board 98th Annual Meeting, Washington D.C.

## Research Impact on Policy or Practice

Co-authored the Transportation Research Board (TRB) "E-Circular 227: Advancing Highway Traffic Monitoring Through Strategic Research: Travel Time, Speed, and Data" which "explores the state of the practice and state of the art in highway traffic monitoring" and "provide the entire transportation community with an explanation of current practices and gaps in knowledge"

## Leadership for Professional Organizations

| | |
|---|---|
| Member | Transportation Research Board of the National Academies, Urban Transportation, Data and Information Systems Committee (AED20), *2020-* |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Co-Principal Investigator | Industry collaboration with Mobileware Inc, for the "On-Demand Commuter Ridesharing (OCR) Platform" project funded by the Public Transit Technology and Innovation Program Of the New York State Energy Research and Development Authority (NYSERDA), 08/2021 – Current |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Co-Principal Investigator | U.S. Department of Education, Graduate Assistance in Areas of National Need (GAANN) Program funding for Civil Infrastructure Systems focus, 2020 - Current |
| Co-organizer | 2020 Transportation Research Board Workshop titled "Making Sense of Emerging Data Sources for Non-Motorized Transportation: Tools, Tips and Knowledge Gaps for Effective Analysis" |

## Other Relevant Experience

Principal Investigator of the National Science Foundation (NSF) Smart and Connected Communities (SCC) project titled "SCC-RCN: One Bridge at a Time: Bridging the Digital Divide for the Well-Being of Aging Populations in Smart and Connected Communities". The project included organization of community driven workshops and symposiums towards the target of creating a research coordination network to integrate aging population into smart and connected community initiatives



**Dr. Michel C Boufadel, Ph.D.**
**Distinguished Professor, Civil and Env. Engineering**
**New Jersey Institute of Technology (NJIT)**
**323 MLK Blvd, Newark, NJ 07102**
**Email: boufadel@njit.edu; Phone: 973-596-5657**

## Academic Appointments

| | | | |
|---|---|---|---|
| Distinguished Prof. | NJIT | Newark, NJ | *2020 -* |
| Professor | NJIT | Newark, NJ | *2012 -* |
| Professor | Temple Univ. | Philadelphia, PA | *2008-2012* |

## Education

PhD, Environmental Engineering, University of Cincinnati, OH, (1998)
MS. Environmental Engineering, University of Cincinnati, OH, (1992)
BS, Civil Engineering, Jesuit University at Beirut, Lebanon (1988)

## Research Appointments

| | | | |
|---|---|---|---|
| Director | Center for Natural Resources | NJIT | *2012 –* |

## Relevant or High-Impact Refereed Publications

Gerges, F., H Nassif, X Geng, H.A Michael, **M.C. Boufadel**, (2021) GIS-based approach for evaluating a community intrinsic resilience index, ***Natural Hazards***, 1-29.

Geng, X., G.G. Katul, F. Gerges, E. Bou Zeid, H. Nassif, and **M. C. Boufadel**, (2021) A kernel-modulated SIR model for Covid-19 contagious spread from county to continent, ***Proceedings of the National Academy of Sciences,*** 118 (21).

Geng, X. and **M. C. Boufadel**, (2017) The influence of evaporation and rainfall on supratidal groundwater dynamics and salinity structure in a sandy beach, ***Water Resources Research***, 51 (7), 5547-5565.

Personna, Y.R., X. Geng, F. Saleh, N. Jackson, M. Weinstein, and **M. C. Boufadel**, (2014) Monitoring changes in salinity and metal concentrations in New Jersey coastal ecosystems post hurricane Sandy, ***Environmental Earth Sciences***, 73(3), 1169-1177

## Other Relevant or High-Impact Publications

Daskiran, C., F. Cui, **M. C. Boufadel**, R. Liu, L. Zhao, T. Ozgokmen, (2022) Computational and experimental study of an oil jet in crossflow: Coupling population balance model with multifluid large eddy simulation, ***J. Fluid Mechanics***, 932.

Cui, F., H. Behzad, X. Geng, L. Zhao, K. Lee, and **M. C. Boufadel**, (2021) On the dispersion of oil droplets in rivers, ***J. of Hydraulic Engineering, ASCE***, 147 (3).

Li, H. and **M. C. Boufadel**, (2010) Long-term persistence of oil from the Exxon Valdez spill in two-layer beaches, ***NATURE geosciences***, 3,96-99.

## Research Impact on Policy or Practice

Our developed hydraulic models allowed responders to better address oil spills in rivers and at sea. Our work on inland flooding allowed communities in the Philadelphia region to better prepare for both major and minor storms. Our work on the spread of COVID in communities allows for a better approach in interpreting and mitigating the spread. We

| |
|---|
| have developed tools for decision making that incorporates resilience in designing and constructing infrastructures. |

## Leadership for Professional Organizations

| | |
|---|---|
| Member | *National Research Council of the **National Academies of the USA**. Committee on "The Research Priorities of ICCOPR (Interagency Coordinating Committee on Oil Pollution Research) January 2022-* |
| Editor-in-Chief | *Marine Pollution Bulletin (Elsevier), 2021-* |
| Editor of Forum Articles | J. Env. Engineering, American Society of Civil Engineers, 2021- |
| Member | National Research Council of the ***National Academies of the USA***. Committee on "The Evaluation of the Use of Chemical Dispersants in Oil Spill Response, May 2017-September 2019. |
| Member | National Research Council of the ***National Academies of the USA***. Committee on "Effects of diluted bitumen on the environment" 12/2014-12/2015 |
| Member | Expert Panel of the ***Royal Society of Canada*** on "Behaviour of oil in aquatic systems" 01/2015-01/2016 |
| Member | National Research Council of the ***National Academies of the USA***. Committee on "Effective Daily Recovery Capacity" of oil from the ocean surface, 07/2013-11/2013 |
| Member | National Research Council of the ***National Academies of the USA***. Committee on "The Deep Well Horizon oil spill impacts on the Gulf Ecosystem Services", 01/2011-10/2013 |
| Editor | Special Issue on **Coastal Management** in the *Journal of Environmental Engineering, American Society of Civil Engineers*, 2016. |
| Chair | Groundwater Quality Committee, American Society of Civil Engineers, 2012-2014. |
| Associate Editor | Journal of Environmental Engineering, ASCE, 2012- |

## Awards

| | |
|---|---|
| Certificate of Appreciation from the Ronald McNair Post-Baccalaureate Program (a minority-supporting program) for outstanding service as a Research Mentor. | *2021* |
| Professional Engineer in New Jersey, # GE048902. | *2010-* |
| Professional Engineer in Pennsylvania, # PE062782. | *2005-2019* |
| Fellow, American Society of Civil Engineers | *2014* |
| Board Certified Environmental Engineer | *2014* |
| Diplomate, Water Resources Engineering, American Academy of Water Resources | *2014* |
| Professional Hydrologist, American Institute of Hydrology | *2007* |
| Certificate of Appreciation from the Ronald McNair Post-Baccalaureate Program (a minority-supporting program) for outstanding service as a Research Mentor | *2001* |



**Dr. Kaan Ozbay, Ph.D.**
**Professor, Department of Civil and Urban Engineering & Center for Urban Science and Progress, New York University**
**6 Metrotech Center, Brooklyn, NY 11201**
**Email: kaan.ozbay@nyu.edu; Phone: 646-997-3691**

## Academic Appointments

| | | | |
|---|---|---|---|
| Global Network Professor | NYU Abu Dhabi and NYU Shanghai | Abu Dhabi, UAE and Shanghai, China | *2019 -* |
| Professor | New York University | Brooklyn, NY | *2013 -* |
| Professor | Rutgers University | New Brunswick, NJ | *2008-2013* |

## Education

Ph.D., Civil Engineering (Transportation), Virginia Tech, Blacksburg, VA, USA *(1996)*
M.S., Civil Engineering (Transportation), Virginia Tech, Blacksburg, VA, USA *(1991)*
B.S., Civil Engineering, Bogazici University, Istanbul, Turkey *(1988)*

## Research Appointments

| | | | |
|---|---|---|---|
| Director | C2SMART Tier 1 UTC | Brooklyn, NY | *2017-Present* |
| Director | Rutgers Intelligent Transportation Systems (RITS) lab | New Brunswick, NJ | *1997-2016* |
| Associate Director | Rutgers Center for Advanced Infrastructure and Transportation (CAIT) University Transportation Center | New Brunswick, NJ | *1998-2004* |

## Relevant or High-Impact Refereed Publications

Xie, K., Ozbay, K., Yang, H., Li, C., (2019), Mining automatically extracted vehicle trajectory data for proactive safety analytics. Transportation Research Part C: Emerging Technologies 106, 61-72. DOI: https://doi.org/10.1016/j.trc.2019.07.004

Bian, Z., Ozbay, K. (2019) Identifying Uncertainty of Work Zone Capacity Using Neural Network Models. (Committee AHB55: Work Zone Traffic Control). Transportation Research Record: Journal of Transportation Research Board, Volume: 2673, Issue: 2, page(s): 49-59, National Academies, Washington, D.C., Sage Publications, February 1, 2019.

Gao, W. Gao, J., Ozbay, K., Jiang, Z. (2019) “Reinforcement-Learning-Based Cooperative Adaptive Cruise Control of Buses in the Lincoln Tunnel Corridor With Time-Varying Topology.” IEEE Transactions of Intelligent Transportation Systems., Volume: 20, Issue: 10, Oct. 2019. Published on-line: February 20, 2019. DOI: 10.1109/TITS.2019.2895285

Xie, K., Yang, D., Ozbay, K., Yang, H. (2019) “Use of real-world connected vehicle data in identifying high-risk locations based on a new surrogate safety measure.” Accident Analysis & Prevention, Vol. 125, pp. 311-319, April 2019. https://doi.org/10.1016/j.aap.2018.07.002

Yang, D., Xie, K., Ozbay, K. Yang, H., Budnick, N. (2019) “Modeling of time-dependent safety performance using anonymized and aggregated smartphone-based dangerous driving event data.” Accident Analysis and Prevention, Volume 132, November 2019. Available online September 2019. https://doi.org/10.1016/j.aap.2019.105286

## Other Relevant or High-Impact Publications

Mudigonda, S., Ozbay, K. and Bartin, B. (2019) “Evaluating the resilience and recovery of public transit system using big data: Case study from New Jersey”, Journal of Transportation Safety & Security, 11:5, 491-519, DOI: 10.1080/19439962.2018.1436105

Bartin, B., Ozbay, K., Xu, C., (2019) “Extracting Horizontal Curvature Data from GIS Maps: Clustering Method”. Transportation Research Record: Journal of Transportation Research Board,

| |
|---|
| National Academies, Washington, D.C., Sage Publications, First Published On-Line: June 12, 2019. https://doi.org/10.1177/0361198119850789 |
| Holguin-Veras, J., Ozbay, K., et al. "Overall Impacts of Off-Hour Delivery Programs in New York City Metropolitan Area", Journal of Transportation Research Record (Urban Freight Transportation Committee (AT025)), Vol. 2238 pp.68-76, Washington, D.C., January, 2011. |
| Ozmen-Ertekin*, D. and Ozbay, K., "Dynamic Data Maintenance for Quality Data, Quality Research", International Journal of Information Management, Vol. 32, pp. 282-293, 2012. |

## Research Impact on Policy or Practice

Professor Ozbay's received as a lead a 6-year award from USDOT for establishing a Tier 1 University Transportation Center namely, "Connected Cities for Smart Mobility through Accessible and Resilient Transportation (C2SMART)" center. He established Urban Mobility and ITS (UrbanMITS) laboratory in 2013 where funded research projects are being conducted by PhD students and post-doctoral fellows in close collaboration with faculty members from NYU and other Universities. Professor Ozbay authored and co-authored 3 books, and more than 350 fully refereed articles in academic journals and conference proceedings. He serves as the "Associate Editor" of Networks and Spatial Economic and Transportmetrica B: Transportation Dynamics journals and is an Associate Editor of the ITS journal

## Leadership for Professional Organizations

| | |
|---|---|
| Board of Directors | Intelligent Transportation Society of New Jersey, *2013 – End* |
| Member | Scientific Committee of the World Conference on Transportation Research Society, *2005 - 2007* |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Founder, Co-Organizer | Annual Symposium on Connected and Autonomous Vehicles, Partner Agencies/Organizations (if Relevant), *2017-Present* |
| Organizer | Smart Traffic Data Analytics Workshop, NYCDOT, *2017* |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Mentor | 20 PhD Dissertations |
| Mentor | 27 MS Theses |
| Mentor | NYU ISE<br>Applied Research Innovations in Science and Engineering |
| Mentor | NYU Summer Undergraduate Research Program, |
| Director | Urban Mobility and ITS Research Lab, *2013-Present* |

## Awards

| | |
|---|---|
| Bridge Expert, BQE Project Panel (selected by NYC Mayor DeBlasio) | *2019* |
| 2017 Franz Edelman Finalist Award for Achievement in Operations Research and Management Science | *2017* |
| TRB Best Paper Award (Urban Freight Committee) | *2015* |
| IBM Faculty Award | *2014* |
| High Value Research Award (AASHTO Research Advisory Committee (RAC)) | *2013* |
| NJDOT 5th Annual Implementation Award | *2013* |
| Transportation Research Board Best Paper | *2020, 2015, 2009* |



**Dr. Alain L. Kornhauser, Ph.D.**
**Professor, Operations Research & Financial Engineering**
**Director, Transportation Program**
**Princeton University, 229 Sherrerd Hall, Princeton, NJ 08544**
**Email: alaink@ princeton.edu; Phone: 609-258-4657**

## Academic Appointments

| | | | |
|---|---|---|---|
| Professor | Princeton University | Princeton, NJ | *1980 -* |
| Associate Professor | Princeton University | Princeton, NJ | *1976-1980* |

## Education

Ph.D. in Aerospace & Mechanical, Princeton University, 1971
Master of Arts in Aerospace & Mechanical Engineering, Princeton University, 1969
Master of Science in Aerospace, Pennsylvania State University, 1967
Bachelor of Science in Aerospace, Pennsylvania State University, 1965

## Research Appointments

| | | | |
|---|---|---|---|
| Director | Corporation for Automated Road Transportation Safety | Princeton University | *2015 -* |
| Faculty Chair | Princeton Autonomous Vehicle Engineering | Princeton Univ. | *2010 -* |
| Founder, CEO | ALK Technologies, Inc., | Princeton University | *1981-2012* |
| Visiting Associate Professor | Department of Civil Engineering | Massachusetts Institute of Technology | *1978-1979* |

## Relevant or High-Impact Refereed Publications

| |
|---|
| (with A. Belenky, G. Fedin) "Estimating the Needed Volume of Investment in the Development of a Regional Freight Transportation Infrastructure" Submitted to Economics of transportation Journal, Feb 2017. |
| (with C. Chen, A. Seff, J. Xiao) "DeepDriving: Learning Affordance for Direct Perception in Autonomous Driving" Proceedings of 15th IEEE International Conference on Computer Vision (ICCV2015) |
| (with A. Filipowicz and J. Liu) "Learning to Recognize Distance to Stop Signs Using the Virtual World of Grand Theft Auto 5" Submitted for publication to Transportation Research Board, 2016" |
| (with K. Maocchini) "Synthetic Generation of Individual Vehicle-borne Person Trips That Characterize Individual Mobility…" Transportation Research Board, 2016" |
| (with S. Zhu) "The Interplay Between Fleet Size, Level-of-Service and Empty Vehicle Repositioning,,," Transportation Research Board, 2016" |
| He, R, Kornhauser, A and Ran, B Essentially best routes in dynamic and stochastic transportation networks Ont. J. Vehicle Information and Communication Systems, Vol 1, Nos 1/2 , 2005, pp 1, 14 |

## Other Relevant or High-Impact Publications

| |
|---|
| (with K. Marocchini, T. Roth, S. Zhu) "Orf467F15 Final Report: Fleet Management of Area-Wide Ride-Sharing: A First Look at what it would take to Serve New Jersey's Mobility Needs" Jan 2016 |
| (With Ke Wan) "Road Pricing through Financial Derivatives Based on Travel Time" Submitted for publication to Transportation Research Board, 2016 |
| (With Ke Wan) "Implicit Scenario Mixture Models for Travel Time Estimation" Submitted for publication to Transportation Research Board, 2016 |

| |
|---|
| (With Ke Wan) "Implicit Scenario Mixture Models for Travel Time Estimation" Submitted for publication to Transportation Research Board, 2016 |
| (with J. Lutin, J. Speers, L. F. Sanders,) "A Research Roadmap for Substantially Improving Safety for Transit Buses through 2 Autonomous Braking Assistance for Operators" Presented at Transportation Research Board Annual meeting 2016 |
| (with C. K. Brownell) "Autonomous Taxi Networks: A Fleet Size And Cost Comparison Between Two Emerging Transportation Models And The Conventional Automobile In The State Of New Jersey" presented and published in Compendium of Papers, Transportation Research Board 93rd Annual Meeting, January 15, 2014, Washington, D.C |
| |

## Research Interests

Autonomous Vehicles, SmartDrivingCars, the fundamental design of computer vision techniques for for the rapid classification and identification of the driving environment, analysis and classification of collision-free driving scenarios, quantification of accident risk and the investigation, formulation and design of, pay-as-the-car-drives, Investigation and creative design of the human-computer interfaces for SmartDrivingCars, operational and feasibility analyses of autonomousTaxi (aTaxi) systems

## Leadership for Professional Organizations

| | |
|---|---|
| Board Chair | Advanced Transit Association (ATRA) 2010- |
| Vice-chair | New Jersey Commission on Science and Technology 2006-2012 |
| Chair | Strategic Planning Committee, ITS-NJ 2012-2014 |
| Member | Governor-elect Transportation Policy Committee, 2005/6 |
| Board and founding member | Committee for Smart New Jersey (NJ Chapter of ITS America), 1992 - |
| Member | ITS America ATMS and AVCS Committees, Chair of Map Database subcommittee 1995-1996 |
| Member | Princeton Regional Planning Board, 1989-1997, Vice Chairman 1996-1997 |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Chair | First Annual Princeton SmartDrivingCars Summit, May 2017 |
| Editor | SmartDrivingCars eMail Newsletter Jan 2013- |
| Faculty Lead | Princeton University Entry in 2005 DARPA Grand Challenge and 2007 Urban Challenge. |

## Honors & Awards

Fellow, Institute of Transportation Engineers

2017 Franz Edelman Finalist Award, Informs

2007 Francis C. Turner Award, ASCE

1970 Melville Medal, ASME

Invited member of Governor-elect Cozine's Transportation Policy Committee, 2006

Outstanding ITS Project of 2005: "Capital District ATIS" by ITS Society of NY, June 9, 2005

Awards won by CoPilot | Live software:

- Numerous awards for CoPilot|Live Turn-by-turn Navigation Software 2006-2012
- Best Mobile Accessory from Total Mobile Magazine (2006)
- CES Innovation Award 2006
- Navigation System of Choice from Auto Express Magazine (2005)
- Laptop Magazine 2005 Editor's Choice Award for CoPilot Live Laptop 8
- Microsoft 2005 Mobility Solutions Partner of the Year Award
- Smartphone & Pocket PC Magazine 2005 Best Software Award for CoPilot Live Smartphone



**Dr. José Holguín-Veras, Ph.D.**
**Professor, Rensselaer Polytechnic Institute (RPI)**
**110 8th St, Troy, NY 12180**
**Email: jhv@rpi.edu; Phone: 518-276-6221**

## Academic Appointments

| | | | |
|---|---|---|---|
| Professor | RPI | Troy, NY | *2006 -* |
| Associate Professor | RPI | Troy, NY | *2002-2006* |
| Associate Professor | City College | New York, NY | *2001-2002* |

## Education

Ph.D., Transportation Engineering, University of Texas at Austin, Austin, TX (1996)
M.S., Transportation Engineering, Universidad Central de Venezuela, Caracas, Venezuela (1984)
B.Sc., Civil Engineering, Universidad Autónoma de Santo Domingo, Santo Domingo, Dominican Republic, (1981)

## Research Appointments

| | | | |
|---|---|---|---|
| Director | *Volvo Research and Education Foundations Center of Excellence on Sustainable Urban Freight Systems* | USA | *2013 -* |
| Director | *Center for Infrastructure, Transportation, and the Environment, Rensselaer Polytechnic Institute* | *Troy, NY* | *2010 -* |
| William H. Hart Professor | Rensselaer Polytechnic Institute | Troy, NY | *2010 -* |

## Relevant or High-Impact Refereed Publications

- Caron, B. and J. Holguín-Veras (2022). "Receiver Willingness to Participate in Off-Hour Service Programs." Transportation Research Part A: Policy and Practice 156: 171-191
- Holguín-Veras, J., D Ramirez-Rios, S Pérez-Guzmán (2021) "Time-dependent patterns in freight trip generation" Transportation Research Part A: Policy and Practice 148, 423-444
- González-Calderón, CA, J Holguín-Veras, J Amaya, I Sánchez-Díaz, Iván Sarmiento (2021) "Generalized Noortman and van Es' Empty Trips Model" Transportation Research Part A: Policy and Practice 145, 260-268
- Holguín-Veras, J. L Kalahasthi, S Campbell, CA González-Calderón, Xiaokun Cara Wang (2021) "Freight Mode Choice: Results from a Nationwide Qualitative and Quantitative Research Effort" Transportation Research Part A: Policy and Practice 143, 78-120
- J Holguín-Veras, T Encarnación, D Ramírez-Ríos, X He, L Kalahasthi, Sofía Pérez-Guzmán, Iván Sanchez-Díaz, Carlos A González-Calderón (2020) "A Multiclass Tour Flow Model and Its Role in Multiclass Freight Tour Synthesis" Transportation Science 54 (3), 631-650
- J Holguín-Veras, T Encarnación, S Pérez-Guzmán, X Yang (2020) "Mechanistic Identification of Freight Activity Stops from GPS Data" Transportation Research Record 2674 (4), 235-246

## Other Relevant or High-Impact Publications

- Holguín-Veras, J., C. et al. (2018). Impacts of Policy-Induced Freight Modal Shifts: NCFRP 44 Final Report.
- Holguín-Veras, J. and C. Lawson (2017). NCHRP 08-111: Effective Decision-Making Methods for Freight-Efficient Land Use. NCHRP.
- Holguín-Veras, J., et al. (2016). NCFRP Project 25(01) Final Report: Using Commodity Flow Survey Microdata to Estimate the Generation of Freight, Freight Trip Generation, and Service Trips. NCHRP / NCFRP, Transportation Research Board.
- Holguín-Veras, J., et al. (2013). Freight Data Cost Elements. NCFRP, Transportation Research Board.

- Holguín-Veras, J., et al. (2012). NCHRP Report 739 / NCFRP Report 19: Freight Trip Generation and Land Use. NCHRP / NCFRP, Transportation Research Board.

## Research Impact on Policy or Practice

Dr. Holguin-Veras is an experienced research leader with 40 years of experience in passenger and freight transportation modeling and planning—who has designed and conducted more than one hundred transportation surveys, from local to large international efforts such as the analyses of the intermodal options to the Panama Canal. He has an unrivaled publication record with more than 70 publications on the behavior of passengers and freight (out of more than 150) and according to Google Scholar, is the most widely published and cited freight researcher in the world. He has managed to successfully transition to practice numerous research ideas (e.g., empty trip models, off-hour delivery programs).

## Leadership for Professional Organizations

| | |
|---|---|
| Founder | Founding and current President of the Pan-American Society of Transportation Research, *2018 –* |
| Chairman | Pan-American Advanced Studies Institute on Sustainable Urban Freight Systems, Colombia, 2014 |
| President | Scientific Committee of the Pan-American Conference of Transportation and Traffic Engineering, *2010 –* |
| Member | Board of the New York State Thruway Authority, *2010 – 2018* |
| Elected Member | Council of the Association for European Transport, *2005 – 2011* |
| Vice President | Scientific Committee of the Pan-American Transportation and Traffic Engineering Conferences, *2005 – 2010* |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Director | Peer-to-Peer Webinar Series for Sustainable Urban Freight Systems, *2013 - Present* |
| Lead Developer | Initiative Selector for Fostering Freight System Performance, Energy Efficiency, and Freight-Efficient Land Use, *2016 - Present* |
| Lead Developer | Freight and Service Activity Trip Generation Software (FASTGS), *2015 - Present* |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Director | Peer-to-Peer Webinar Series for Sustainable Urban Freight Sys, *2013 -* |
| Technical Director | Urban Freight Workshop Program, *2014 -* |
| Lead Educator | Urban Freight Policy and Management Mini-Course Series, *2018 -* |

## Awards

| | |
|---|---|
| INFORMS Franz Edelman Award finalist for the Off-Hour Deliveries Project | *2017* |
| Honorary Professor: Daliang Jiaotong University, Beijing University of Technology (Beijing Overseas Talent Professor), Universidad del Pacífico, Universidad Nacional de Colombia, Universidad del Valle | |
| Elected Fellow of the American Society of Civil Engineers, 2014 | *2014* |
| Recipient of 2013 White House Transportation of Change Award | *2013* |
| Recipient of 2006 Robert E. Kerker Research Award in Recognition of Excellence in Research of Special | *2006* |



**Dr. Michael Katehakis, Ph.D.**
**Distinguished Professor and Department Chair**
**Department Of Management Science & Information Systems**
**Rutgers University, 100 Rockafeller Road, Piscataway, NJ 08854**
**Email: mnk@rutgers.edu; Phone: 973-353-5295**

## Academic Appointments

| | | | |
|---|---|---|---|
| Professor | Rutgers University | Newark, NJ | *1989 -* |
| Distinguished Professor | Rutgers University | Newark, NJ | *1989-1997* |

## Education

Ph.D. in Operation Research; Columbia University, New York, NY, 1980.

Master of Arts in Statistics; University of South Florida, Tampa, Florida, 1978.

MS in Mathematical Methods in Engineering & Operations, Columbia University, New York, NY, 1974.

## Research Appointments

| | | | |
|---|---|---|---|
| Founding Director | Applied Probability and Data Analytics Laboratory | Rutgers University | *2015* |
| Founding Director | Dynamic Systems and Simulation Laboratory | University of Crete, Greece | *1988* |
| Member | Center for Discrete Mathematics and Theoretical Computer Science | Rutgers University | *2014* |
| Primary Investigator | Center for Dynamic Data Analytics | Rutgers University | *2013* |
| Member | Rutgers Center for Operations Research | Rutgers University | *1992* |

## Relevant or High-Impact Refereed Publications

| |
|---|
| Katehakis MN and S Puranum (2021). 'On the Evaluation of Bidding strategies in Sequential Auctions', Operations Research Letters 49(6) pp 829–836 |
| Chang (Aichih) J, Katehakis MN, Shi J and Z Yan (2021). 'Blockchain-Empowered Newsvendor Optimization', International Journal of Production Economics. 238(1) DOI:10.1016/j.ijpe.2021.108144 |
| Amaratunga D, Cabrera J, Ghosh D, Katehakis MN, Wang W, and J Wang (2021). 'Socio-economic impact on COVID-19 cases and deaths and its evolution in New Jersey', Annals of Operations Research, (DOI): 10.1007/s10479-021-03941-4. |
| Chen W, Katehakis MN and O Kanavetas (2021). 'Ameso Optimization: a Relaxation of Discrete Midpoint Convexity', Discrete Applied Mathematics, 293, 177-192, (DOI): 10.1016/j.dam.2020.11.004. |
| Katehakis MN Yang J and T Zhou (2020). 'Dynamic Inventory and Price Controls Involving Unknown Demand on Discrete Nonperishable Items', Operations Research, 68(5) 1335-1355 (DOI): opre.2019.1974. |

## Other Relevant or High-Impact Publications

| |
|---|
| Cowan, W. and M. N. Katehakis (2015). 'Multi-Armed Bandits under General Depreciation and Commitment', Probability in the Engineering and Informational Sciences, 29(1): 51-76. Finalist of the New Jersey Chapter of INFORMS 6th Annual Student Contest |
| Katehakis M.N., Smit L.C. and F.M. Spieksma (2015). 'DES RES Processes and their Explicit Solutions", Probability in the Engineering and Informational Sciences, 29: 191-217. Winner of the New Jersey Chapter of INFORMS 5-th Annual Student Contest |
| Puranam K.S. and M.N. Katehakis (2014). 'On Optimizing Taboo Criteria in Markov Decision Processes', International Journal of Applied Decision Sciences, 7(1): 33-43. |

| |
|---|
| Puranam K.S. and M.N. Katehakis (2014). 'On Optimal Bidding and Inventory Control in Sequential Procurement Auctions: The Multi Period Case', Annals of Operations Research, 217: 447-462. |
| Shi, J., Katehakis M.N., Melamed B. and Y. Xia (2014). 'Optimal Replenishment Rate for Inventory Systems with Compound Poisson Demands and Lost-Sales under Discounting', Operations Research, 6 (5): 1048 - 1063. |

## Research Impact on Policy or Practice

Dr. Katehakis' work has been on the interaction between optimization and statistical inference. Specific research interests include Stochastic Models, Dynamic Programming, Statistical Analysis and their application to Operations Management problems of pricing, production planning, inventory control, supply chains and scheduling. Many of these subjects are now known as Business Analytics a rapidly developing field at Google and at IBM.

## Leadership for Professional Organizations

| | |
|---|---|
| Fellow | Institute for Operations Research and the Management Sciences (INFORMS) For fundamental contributions to the theory and practice of operations research in the areas of dynamic programming and data-driven analytics, 2012 |
| Elected Member | International Statistical Institute (ISI), 2012 |
| Senior Member | Institute of Electrical and Electronics Engineers (IEEE), 2012 |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Editor in Chief | Transactions on Business and Economics - WSEAS, 2015 - |
| Editor | Annals of Operations Research, Associate, 2012 - |
| Associate Editor | Mathematics of Operations Research, 2014 - |
| Editor | Naval Research and Logistics, 2014 - |
| Associate Editor | Probability in the Engineering and Informational Sciences, 1997 - |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Mentor | 15 PhD Dissertations |
| Design and implementation | Undergraduate major in Business Analytics and Information Technology (BAIT) at the New Brunswick campus |
| Design and implementation | Dual MS/MBA degree in Operations Research and Business Analytics |
| Design and implementation | MBA Concentration in Analytics & Information Management (AIM) |
| Design and implementation | Master degree in Information Technology & Analytics (MITA |

## Awards

| | |
|---|---|
| Dean's Meritorious Award for Research (2014) Rutgers Business School - Newark and New Brunswick | *2014* |
| Wolfowitz Prize for the introduction of dynamic sampling in surveys in the paper 'Dynamic allocation in survey sampling', (with Govindarajulu Z.) published in a special volume of the American Journal of Mathematical and Management Sciences in honor of Herbert E. Robbins | *1992* |
| Beta Gamma Sigma the U.S. National Business School Honorary Society Omega Rho the U.S. National Operations Research Honorary Society Washington Academy of Sciences | *1991* |
| Elected Member Greek Government Fellowship | *1972-1973* |



**Dr. Didier M. Valdés-Díaz, Ph.D.**
**Professor, University of Puerto Rico at Mayaguez (UPRM)**
**Call Box 9000, Mayaguez, Puerto Rico, 00680**
**Email: didier.valdes@upr.edu; Phone: 787-464-4163**

## Academic Appointments

| | | | |
|---|---|---|---|
| Professor | UPRM | Mayaguez, PR | *2008 -* |
| Associate Professor | UPRM | Mayaguez, PR | *2003-2008* |
| Assistant Professor | UPRM | Mayaguez, PR | *1999-2003* |

## Education

Ph.D. in Transportation; The University of Texas at Austin, Texas, 1999.

M.S. in Traffic and Transportation Engineering; El Cauca University, Popayan, Colombia, 1989.

B.Sc. in Civil Engineering; La Gran Colombia University, Bogota, Colombia, 1985.

## Research Appointments

Research Assistant and Project Coordinator University of Texas Austin, TX *1995 - 1998*

## Relevant or High-Impact Refereed Publications

Valdés, D., Knodler, M., Colucci, B., Figueroa, M., Rojas, M., Colón, E., Campbell, N. & Tainter, F. (2019). Speed Behavior in a Suburban School Zone: A Driving Simulation study with Familiar and Unfamiliar Drivers from Puerto Rico and Massachusetts, in Advances in Human Aspects of Transportation, (Ed. Neville Stanton), Proceedings of the AHFE 2019 International Conference on Human Factors in Transportation, Springer.

Valdés, D., Figueroa-Medina, A., Colucci B., Rojas, M., Bustillo, A., & Taveras Y. (2019). Innovation in Transportation Safety and Driving Simulation: Puerto Rico Experience. Proceedings of the 2019 Florida Puerto Rico ITE District Annual Meeting, San Juan, PR.

Valdés D.M., Colucci B., Knodler M., Fisher D., Ruiz B., Ruiz J., García R., Colón E., & Hajiseyedjavadi F., (2017). A Comparative Analysis of Toll Plaza Safety Features in Puerto Rico and Massachusetts using a Driving Simulator Transportation Research Record, Journal of the Transportation Research Board. Washington D.C.

Valdés, D., Colucci, B., Knodler M., Fisher D., Ruiz B., Ruiz J., García R.E., Colón E.M., & Hajiseyedjavadi, F. (2017). A Comparative Analysis of Toll Plazas Safety Features in Puerto Rico and Massachusetts Using a Driving Simulator. Transportation Research Record: Journal of the Transportation Research Board, No. 2663, pp. 1–11

## Other Relevant or High-Impact Publications

Pérez, M., Ortiz, C. & Valdés, D. (2021). Understanding Hurricane María: Disaster Response as Transition Management. In M. Mora, H. Rodríguez, & A. Dávila (Eds.), *Hurricane Maria in Puerto Rico: Disaster, Vulnerability & Resilience* (Chapter 12) Lexington Books.

Figueroa-Medina, A., Valdés, D., Colucci, B., Cardona, N., & Chamorro A. (2022). Evaluation of Road Crossing Events with Pedestrians Using a Road Information Assistive System in a Virtual Reality Experiment. Transportation Research Board 101st Annual Meeting. Washington, D.C.

Valdés, D., Colucci B., Figueroa-Medina A., Taveras Y., Rojas M., Sotomayor Irizarry R., Sierra, C. (2021). Safety Enhancements to Reduce Speeding in School Zones using Driving Simulation, Transportation Research Board 100th Annual Meeting. Washington, D.C., January 2021.

Figueroa-Medina, A., Valdés D., Colucci B., Rojas M., Bustillo A., & Cardona N. (2020). Simulation of Driver-Pedestrian Conflicts at a Mid-Block Location in an Urban Setting. 2020 International Conference on Transportation and Development (ICTD). American Society of Civil Engineers

## Relevant or High-Impact Presentations

Valdés, D. (2022, April 11) *OneBusAway Application for the Integrated Transportation System of Mayaguez.* [Official Release of the OneBusAway Application with the Mayor of Mayaguez]. Yaguez Theater, Mayaguez, Puerto Rico.

Valdés, D. Colucci, B., Figueroa-Medina A., Taveras Y., Rojas M., Sotomayor Irizarry R., & Sierra, C. (2021, January). *Use of Driving and Virtual Reality Simulation Technologies to Visualize Transportation Safety Innovations*. [Conference presentation at AED80 Data Visualization Committee Meeting]. Transportation Research Board 100th Annual Meeting. Washington, D.C.

Valdés, D. (2021, July). The Implementation of OneBusAway in Mayaguez, PR. Civil Engineers Institute Annual Meeting (Mega Viernes Civil). [Conference presentation], San Juan, PR.

## Leadership for Professional Organizations

| | |
|---|---|
| President | Pan American Society of Transportation and Logistics Research, Highway Safety Committee, *2022 – Present* |
| Member | Applied Human Factors and Ergonomics (AHFE), Transportation and Human Factors Committee, *2017 – Present* |
| Member | Pan American Federation of Engineering Associations (UPADI), Technical Committee, 2020 – Present. |
| Member | Traffic and Parking Institutional Committee, UPR at Mayaguez, 2001 – Present |
| President | Academic Affairs Committee, Academic Senate UPRM, 2010 – 2013 |
| Advisor | Vehicular Technology Society of IEEE, Student Chapter, University of Puerto Rico at Mayaguez, 2014 – 2021 |

## Leadership in Technology Transfer Activities

| | |
|---|---|
| Instructor | Seminar/The Human Factor in Highway Safety: Driving simulation as an innovative tool in the analysis and evaluation of drivers' behavior in highway systems/ Puerto Rico LTAP, October 29 and November 5, 2020. |
| Workshop Team Coordinator | Getting to Know OneBusAway, The Municipality of Mayaguez, *July 30, 2021* |

## Leadership of Educational/Workforce Development Programs

| | |
|---|---|
| Director | PR Summer Transportation Institute. Four-weeks long summer program for the past 20 years. |

## Awards

| | |
|---|---|
| Distinguished Professor of Civil Engineering | *2021* |
| Award for Promoting Road Safety through Research as part of the 7th Anniversary of the Decade of Action for Road Safety in Puerto Rico. | *2018* |
| Award for Outstanding Contribution and Dedication in Public and Education Outreach, Research, and Creative Endeavors, Research Academy | *2016* |
| Mentorship Award for Dedication to the Institute of Transportation Engineers Student Association. Students Associations of Civil Engineering. | *2010* |

**UNITED STATES OF AMERICA**
**DEPARTMENT OF TRANSPORTATION**
**OFFICE OF THE ASSISTANT SECRETARY FOR RESEARCH AND TECHNOLOGY**

# UNIVERSITY TRANSPORTATION CENTERS PROGRAM GRANT AGREEMENT

**Grant No. 69A3552348302**

Upon execution by the Grant Recipient named in the Notification of Award below, the U.S. Department of Transportation (US DOT), Office of the Assistant Secretary for Research and Technology (OST-R) and the Grant Recipient have entered into a Grant. The Grant is for the purpose described in the Notification of Award below. In addition to this Grant Agreement, the following documents are attached or are incorporated by reference and made part of the Grant: (1) *Grant Deliverables and Reporting Requirements for 2023 University Transportation Centers*, dated June 2023, (2) *General Provisions of Grants for 2023 University Transportation Centers*, dated June 2023, and (3) the Grant Recipient's Application submitted for this Grant.

Any change to the Grant documents that alters the total amount of Federal funds awarded requires a formal Modification of Grant Agreement signed by the Assistant Secretary for Research and Technology or his or her delegate. No-cost modifications to the Grant and any written approvals required under the Grant shall be signed by the designated OST-R Grant Manager.

NOTIFICATION OF AWARD
THE U.S. DEPARTMENT OF TRANSPORTATION, OFFICE OF THE ASSISTANT SECRETARY FOR RESEARCH AND TECHNOLOGY (OST-R) HEREBY AWARDS FUNDS TOWARD A FEDERAL GRANT AS FOLLOWS:

Grant Recipient: Research Foundation of City University of New York -- City College
Unique Entity Identifier (UEI): L952KGDMSLV5
City, State, Zip Code: New York, New York, 10031

Citation of Statute Authorizing Award: 49 U.S.C. § 5505
Assistance Listing Number/Identification as R&D Award: 20.701/award is considered as R&D

Purpose of Grant: To conduct a multidisciplinary program of transportation research, education, and technology transfer through a Regional University Transportation Center (UTC) headquartered at City College of New York and focused on Improving Mobility of People and Goods.

Purpose of This Grant Agreement: To provide funding from the US DOT for a Regional University Transportation Center headquartered at City College of New York and to document terms of the Grant and to document the Grant Recipient's acceptance of the funding and agreement to the terms of the Grant.

Maximum Federal Funds Approved by This Grant Agreement: **$3,000,000**
At the time of award, subject to availability of funds and to the Grant Recipient's compliance with deliverables due to date, OST-R expects to award four additional increments of funding as Modifications to this Grant Agreement at approximately annual intervals from, and in amounts

similar to, this initial award, with the Termination Date (stated below) remaining the same after each of these additional incremental awards.

Matching-Fund Requirement: A non-Federal match of not less than 100% of the Federal funds paid by the Grantor to the Grant Recipient under this Grant is required as a condition of the Grant. Please see page 8 of the *General Provisions of Grants for 2023 University Transportation Centers*, dated June 2023, for information regarding certain allowable Federal funds that are authorized by statute to be used as match on UTC Grants.

Statement of Work: The Application that the Grant Recipient submitted for this Grant under the UTC Program's FY 2022 Notice of Funding Opportunity serves as a general description of work to be done under the Grant. The Grant Recipient shall notify the OST-R Grant Manager immediately at any time during the Grant if circumstances arise that will significantly affect the Grant Recipient's ability to fulfill the intent of its Application.

Review of Budget: The designated Grant Manager will review the budget submitted by the Grant Recipient in the Application and will ask for revisions or clarifications as needed.

Pre-Incurred Costs: The Grant Recipient may request approval for costs incurred from the February 21, 2023, date when the intent to award this Grant was publicly announced and the Effective Date on this Grant Agreement. Approval may only be requested for costs that are necessary to the conduct of the grant as laid out in the Grant Recipient's Application (see Statement of Work above), are consistent with 2 CFR 200.458, and are allowable under Federal grant regulations 2 CFR Part 200.

Initial Meeting with Grant Manager: The OST-R Grant Manager on this Grant will contact the Grant Recipient to schedule an initial informational meeting, either held at the Grant Recipient's campus or conducted by videoconference as OST-R deems appropriate, during the first six months of the Grant. This meeting will be for the purpose of establishing working relationships between OST-R staff and Grant Recipient staff; ensuring that, at the outset of the Grant, the Grant Recipient understands the reporting and other requirements; and conveying to the Grant Recipient best practices for operating a University Transportation Center grant.

Termination Date: May 31, 2029. This is the last date on which the Grant Recipient may incur costs under this Grant Agreement and any subsequent Modifications to the Grant Agreement.

Robert C Hampshire

ROBERT C. HAMPSHIRE, PhD
DEPUTY ASSISTANT SECRETARY
FOR RESEARCH AND TECHNOLOGY
EXECUTION OF GRANT AGREEMENT

June 1, 2023
EFFECTIVE DATE

OST-R is providing this Grant Agreement electronically via e-mail. The person officially authorized by the Grant Recipient to accept OST-R's award of financial assistance should execute the Grant Agreement and return it electronically via e-mail, to:

Grant No. 69A3552348302

Denise E. Dunn, Grant Manager
University Transportation Centers Program (RDT-10)
Office of the Assistant Secretary for Research and Technology
U.S. Department of Transportation
1200 New Jersey Avenue, SE, Work Station E33-436
Washington, DC 20590-0001
phone 202/366-4985
e-mail denise.e.dunn@dot.gov

**OST-R may withdraw its obligation to provide this financial assistance if the Grant Agreement is not executed within ninety (90) days after the Government's signature date.** OST-R will not honor requests for payment under this Grant Agreement until it receives the fully executed Grant Agreement electronically via e-mail.

By executing this Grant Agreement, the Grant Recipient agrees to comply with the Grant Agreement and the following documents that are attached or incorporated by reference:

(1) *Grant Deliverables and Reporting Requirements for 2023 University Transportation Centers*, dated June 2023,
(2) *General Provisions of Grants for 2023 University Transportation Centers*, dated June 2023, and
(3) the Grant Recipient's Application submitted for this Grant.

By executing this Grant Agreement, the Grant Recipient also does hereby ratify and adopt, under penalties or perjury, all statements, representations, warranties, covenants, and materials submitted by it, and does hereby accept OST-R's award of Federal financial assistance and agrees that all applicable terms and requirements of this Grant shall apply to the purpose for which the Grant is awarded.

Executed this 11 day of July, 2023.

BY: DocuSigned by: Matthew Drost
E817BC6195864C5
(Signature)

Matthew Drost
NAME

Chief Counsel
TITLE

RF-CUNY
ORGANIZATION

DS
DV

U.S. Department of Transportation
**Office of the Secretary of Transportation**

# UNIVERSITY TRANSPORTATION CENTERS (UTC)

# GENERAL PROVISIONS OF GRANTS

*For Grants Awarded in 2023*
*Funded by the Bipartisan Infrastructure Law (BIL)*

**June 2023**
**Version 1.0**

## Document Status

| Item | Description |
|---|---|
| Document Title | General Provisions of UTC Grants Awarded in 2023 Funded by the Bipartisan Infrastructure Law (BIL) |
| Version | 1.0 |
| Applicability | Infrastructure Investment and Jobs Act / Bipartisan Infrastructure Law (IIJA/BIL) Recipients |

## Document Revision History

| Version | Date | Description |
|---|---|---|
| | | |

## CONTENTS

I. GENERAL REQUIREMENTS ........ 5
II. SPECIFIC STATUTORY REQUIREMENTS ........ 8
1. Non-Federal Match ........ 8
a) Amount and Sources ........ 8
b) Timing ........ 8
c) Restriction on Use ........ 8
2. Program Coordination ........ 8
III. SPECIFIC PROGRAMMATIC REQUIREMENTS ........ 9
1. Center Directors Involvement / Devotion of Time ........ 9
2. Change in Center Director ........ 9
3. Equipment ........ 9
4. Foreign Travel ........ 9
5. Citizenship of Students ........ 10
6. Student Support ........ 10
7. Consultant Services ........ 10
8. Membership in CUTC ........ 10
9. Project and Budget Changes ........ 11
10. Conference Costs ........ 11
11. Financial Management ........ 11
12. System for Award Management ........ 11
13. Invoicing and Payments ........ 12
14. Site Visits ........ 12
15. Coordination with USDOT's Priorities ........ 12
16. USDOT Public Access Plan Compliance ........ 12
17. Patents and Copyrights ........ 13
a) Patent Rights ........ 13
b) Copyrights ........ 14
18. Collection of Data ........ 15
19. Privacy ........ 15
20. Civil Rights ........ 15

a) Subgrants and Contracts ........ 15
b) Compliance ........ 16
21. State or Territorial Law ........ 16
22. Ethics ........ 16
a) Lobbying ........ 16
b) Interest of Certain Federal Officials ........ 16
c) Bonus or Commission ........ 16
23. Certifications and Assurances ........ 17
24. No-Cost Extensions and Grant Closeout ........ 17
a) No-Cost Extensions ........ 17
b) Closeout Procedures ........ 17
APPENDIX A ........ 18
APPENDIX B ........ 28
APPENDIX C ........ 30
APPENDIX D ........ 32

# GENERAL PROVISIONS OF GRANTS FOR 2023 UNIVERSITY TRANSPORTATION CENTERS

## I. GENERAL REQUIREMENTS

1. The U.S. Department of Transportation (USDOT) provides stewardship of Federal funds awarded to their Recipients and has responsibility to deploy public resources in the most efficient manner. USDOT must manage and administer the Federal award in a manner so as to ensure that Federal funding is expended and associated programs are implemented in full accordance with the U.S. Constitution, Federal law and public policy requirements.

2. The Recipient must commence, carry out, and complete its work with all practicable dispatch, in a sound, economical, and efficient manner, and in accordance with the provisions hereof, the Grant Agreement, the *Grant Deliverables and Reporting Requirements for 2023 University Transportation Centers (UTCs)*, the activities outlined in the Recipient's application for funding including any revised, updated budget approved by the Office of the Assistant Secretary for Research and Technology (OST-R) Grants Manager, and all applicable laws, regulations, USDOT directives, and published Federal policies.

3. The Recipient must immediately notify OST-R of any change in local law, conditions, or any other event, including any litigation challenging the validity of or seeking interpretation of any Federal law or regulation applicable to the UTC Program, which may significantly affect the Recipient's ability to perform in accordance with the terms of this Grant. In addition, the Recipient must immediately notify OST-R of any decision pertaining to the Recipient's conduct of litigation that may affect USDOT interests or USDOT administration or enforcement of applicable Federal laws or regulations. Before the Recipient may join USDOT, or any of its Operating Administrations, as a named party to litigation, for any reason, the Recipient agrees first to inform OST-R; this proviso applies to any type of litigation whatsoever, in any form.

4. The *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (2 C.F.R. Part 200) apply to this Grant. This regulation streamlines the language from existing Office of Management & Budget (OMB) circulars into one consolidated set of guidance in the Code of Federal Regulations (CFR). This regulation sets forth standards for financial and program management, cost principles, matching funds, property standards, procurement standards, reports and record retention and access, audits, and termination and enforcement.

5. The Recipient must comply with the government-wide cost principles contained in *Subpart E – Cost Principles in 2 C.F.R. Part 200*, formerly OMB Circular A-21 Cost Principles for Educational Institutions, for determining costs applicable to research and development and to training and other educational services performed by colleges and universities under Federal government grants.

6. The Recipient must comply with the uniform audit requirements for non-Federal entities contained in *Subpart F – Audit Requirements in 2 C.F.R. Part 200*, formerly OMB Circular A-133 Audits of States, Local Governments, and Non-Profit Institutions. The Recipient must also permit authorized Federal representatives to inspect all of its own or a subrecipient's work, materials, payrolls, and other data related to the UTC Program, upon request.

7. The Recipient must apply all applicable sections of these Provisions to any subgrant(s) executed under this Grant.

8. USDOT does not assume any liability for accidents, illnesses, or claims arising out of any work supported by an award or for unauthorized use of patented or copyrighted materials. The Recipient is advised to take such steps as may be deemed necessary to insure or protect itself, its employees, and its property.

9. As a Recipient of USDOT assistance, the Recipient must review the list of parties excluded from Federal procurement or non-procurement programs located on the Excluded Parties List System at www.sam.gov before entering into a sub-agreement or contract, per DOT Order 4200.5E. The Recipient must also inform OST-R when it takes action to suspend or debar a contractor, person, or entity.

10. The Recipient must comply with the Federal Funding Accountability and Transparency Act of 2006 (FFATA). The FFATA legislation requires information on Federal awards (Federal financial assistance and expenditures) be made available to the public. The FFATA reporting system is the tool Federal lead Recipients use to capture and report subaward and executive compensation data regarding their first-tier subawards in order to meet the FFATA reporting requirements.

11. Executive Order 13513 (October 1, 2009) requires each Federal agency to encourage Recipients and subrecipients to adopt and enforce policies that ban text messaging while driving company-owned or -rented vehicles or while driving privately owned vehicles when on official business or when performing any work for or on behalf of the Government. OST-R encourages all of its Recipients and subrecipient to undertake initiatives to consider new rules and programs, and reevaluate existing programs, to prohibit text messaging while driving, and to conduct education, awareness, and other outreach for employees about the safety risks associated with texting while driving. These initiatives should encourage voluntary compliance with the organization's text messaging policy while off duty.

12. Executive Order 13864 (March 21, 2019) on Improving Free Inquiry, Transparency, and Accountability at Colleges and Universities requires the heads of each Federal agency to encourage institutions of higher education to foster environments that promote open, intellectually engaging, and diverse debate, including through compliance with the First Amendment for public institutions and compliance with stated institutional policies regarding freedom of speech for private institutions. Free inquiry is an essential feature of our Nation's democracy, and it promotes learning, scientific discovery, and economic prosperity. Recipients and subrecipients should foster environments that promote open, intellectually engaging, and diverse debate in order to avoid environments that stifle competing perspectives, impede research and undermine learning.

13. Executive Order 8845 (February 10, 2012) on Restoring Trust in Government Through Scientific Integrity and Evidence-Based Policymaking. Recipients should familiarize themselves with the Memorandum supporting "improper political interference in the conduct of scientific research and in the collection of scientific or technological data, and that prevents the suppression or distortion of scientific or technological findings, data, information, conclusions, or technical results." This memo focuses on the importance of strengthening evidence-based policy and decision making by making federal programs and policies more efficient and effective.

14. Recipients shall ensure that all published documents (including graphics) must comply with and be accessible in accordance with current requirements/interpretation of Section 508 of the Rehabilitation Act of 1973, as Amended (29 U.S.C. § 792)

# II. SPECIFIC STATUTORY REQUIREMENTS

## 1. Non-Federal Match

### a) Amount and Sources

The funds awarded under this Grant as stated in the Grant Agreement and any Modifications as authorized by 49 U.S.C. § 5505 are subject to a non-Federal match. A National or Regional UTC is required to provide non-Federal matching funds at 100 percent of the amount of Federal funds awarded; Tier 1 UTCs are required to provide non-Federal matching funds at 50 percent of the amount of Federal funds awarded.

As established in Federal regulations, matching funds may be cash or in-kind and must, among other stated OMB requirements, be used to accomplish program objectives and the purpose of this Grant, and be fully documented and fully accounted for in the Recipient's records as required in 2 C.F.R. 200.300 – 200.337.

- The non-Federal share of UTC costs may include funds provided to a Recipient under §§ 504(b) or 505 of Title 23, United States Code. Those sections refer, respectively, to the local/tribal technical assistance and state planning and research programs managed by the Federal Highway Administration.

- With prior approval from your Grant Manager, program income may be used to meet the match requirement of the grant award; however, the amount of the grant award remains the same.

- The UTC Program accepts unrecovered indirect costs as match with prior approval from your Grant Manager. Unrecovered indirect cost means the difference between the amount charged to the grant award and the amount which could have been charged to the grant award under the Center's approved negotiated indirect cost rate. Such costs must be fully documented for audit purposes.

### b) Timing

Federal regulations do not require matching funds on a project-by-project basis. The Grant Manager will monitor all Federal financial reports and requests for reimbursement of expenses to ensure reasonable progress over time toward meeting the non-Federal match requirement. No specific percentage of match funding is required to be documented during the Grant's life except at the Grant's termination when the full requirement must be met. However, Recipients are expected to show reasonable progress toward meeting the match requirement. Situations that would be considered lack of evidence toward reasonable progress include reporting no match on the first few invoices, not increasing the amount of match reported on two or more consecutive financial reports, or not narrowing any gap between the Federal funds spent and matching funds reported. In the absence of such evidence, OST-R may require the Recipient to demonstrate its ability to match the funds already awarded before paying any additional invoices or awarding any additional funds that may be made available under the Grant.

### c) Restriction on Use

Any restriction on the use of Federal funds applies equally to non-Federal matching funds.

## 2. Program Coordination

Under 49 U.S.C. § 5505, OST-R is responsible for coordinating UTC Program activities and for reviewing and evaluating the UTCs on an annual basis. The Recipient must provide the information required by OST-R in its *Grant Deliverables and Reporting Requirements for University Transportation Centers* and such other information as OST-R may occasionally request in order to fulfill this responsibility.

# III. SPECIFIC PROGRAMMATIC REQUIREMENTS

Approvals discussed below must be issued by a Grant Manager in OST-R's UTC Program office.

**1. Center Directors Involvement / Devotion of Time**

The Center Director's meaningful direct involvement in the Center's operations will include but will not be limited to activities such as:

- In-person attendance at all UTC Program related meetings, symposiums and conferences.
- Keeping the Grant Manager and the UTC Program Director abreast of new/evolving developments at the Center.
- Responding to Program enquiries in a timely manner as specified by the UTC Program Director.
- Adopting and follow prescribed Program protocols in normal Center operations.
- Conducting frequent progress meeting with Consortia member teams.
- Ensuring on time submission of grant deliverables and reporting requirements.

**2. Change in Center Director**

The Department's decision to award a UTC Grant to a Recipient is based to a considerable extent upon its evaluation of the proposed Center Director's knowledge of the field of study and his/her capabilities to lead a UTC. Should the Recipient become aware that the Center Director will: 1) devote substantially more or less effort to the Center than had previously been committed to OST-R in the Grant Agreement; 2) sever his or her connection with the Recipient; or 3) otherwise relinquish active direction of the UTC, the Recipient must promptly notify OST-R. Prior written (e-mail recommended) approval by OST-R is required for any temporary or permanent replacement of the Center Director. In the absence of an approved Center Director, OST-R may choose to negotiate an appropriate modification to the Grant Agreement or to begin termination procedures.

**3. Equipment**

A written (e-mail recommended) request for prior approval from OST-R is required to purchase equipment that has a unit cost of $5,000 or more. The request must contain the intended purpose/justification for the equipment purchase, name of project(s) associated with its use, how the equipment will be used, and a quote from the vendor containing vendor name, address, telephone number, item description, quantity, item cost, and final price. Unless otherwise requested by the Recipient, all legal rights to equipment purchased with UTC funds must vest in the Recipient upon acquisition; furthermore, § 200.313 "Equipment" of the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* lays out requirements for use and disposition of equipment.

**4. Foreign Travel**

A written (e-mail recommended) request for prior approval from OST-R is required for travel outside of the United States and its territories that is paid with either Federal or matching funds. In order to be approved, requests must include:

(a) the need for the proposed travel and the value to be gained by the Center;

(b) a written justification that states the name and relationship of the traveler to the UTC;
(c) a description of how the travel will further the goals of the UTC Program;
(d) a detailed itinerary (i.e., travel dates, location, lodging) and breakdown of planned expenses (i.e., airfare cost, lodging cost, ground transportation, and per diem) with a final total cost; and
(e) the endorsement of the Center Director.

All travel requests are evaluated on a case-by-case basis, and traveler(s) are expected to have a significant role or involvement as it relates to their official and representational duties. Requests containing all the required information must be submitted at least 60 days prior to the start of foreign travel. **No requests submitted after the travel has begun will be approved.** Inclusion of an amount for foreign-travel costs in a UTC's approved budget does not satisfy the requirement for prior approval.

### 5. Citizenship of Students

Students who receive awards (including UTC Student of the Year Award), tuition/fee waivers and any other non-work related compensation must be a U.S. citizen or permanent resident of the U.S. **There is no exception to this rule.**

### 6. Student Support

Grant funds may be used to provide funding to students attending institutions of higher education who participate in activities necessary to the fulfillment of the UTC's research, education, and technology transfer programs. Funding provided to a student, which may be in the form of wages or tuition support, must be compensation for work performed within the UTC Program. Such work must be used to fulfill a part of the student's degree program. This type of funding to students is considered to be compensation paid as, or in lieu of, wages for work as described in § 200.466 "Scholarships and student aid costs" of the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards*.

In addition to the type of student funding described above, scholarships and summer internships utilizing UTC funding may be offered to students attending institutions of higher education studying within an academic program that is relevant to the UTC Program's purpose.

Students who are non-citizens can be paid wages for work on the Grant as those wages are "work-related" compensation. In addition, if the tuition waiver is based on a student's work on the Grant, then this type of financial support is work-related compensation and can be given to a non-citizen student.

### 7. Consultant Services

The Recipient should utilize the services of its own officers or employees to the maximum extent in managing and performing activities supported by this Grant. Where it is necessary for the Recipient to enter into a subaward for the services of persons who are not its officers or employees, it is expected to do so in accordance with written organizational standards which provide for consideration of the factors outlined in the government cost principles. Review and approval from your Grant Manager is needed prior to retaining services of a foreign based and non-US citizen consultant.

### 8. Membership in CUTC

USDOT frequently collaborates with the Council of University Transportation Centers (CUTC), a private, not-

for-profit organization that works to improve and enhance university research and education in transportation and related areas. CUTC's membership includes many of the leading university-based transportation programs in the United States. In recognition of the forum that CUTC provides to its member universities to interact with each other and to promote national interest in transportation research and education, CUTC membership dues and necessary travel costs to CUTC membership meetings are allowable costs under this Grant. Any other costs associated with CUTC events, such as sponsorship of the Annual Banquet, are **not** allowable under this Grant.

### 9. Project and Budget Changes

The Recipient must obtain prior written approval from OST-R before making any significant changes in the scope or objectives of the Recipient's application for funding under this Grant. The Recipient must also obtain prior written approval from OST-R for transfers of funds among direct-cost budget categories if the cumulative amount of such transfers exceeds 10 percent of the Center's last approved budget for the fiscal year being adjusted (including Federal and matching shares).

### 10. Conference Costs

Section 200.432 "Conferences" of the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* defines conference as a meeting, retreat, seminar, symposium, workshop or event whose primary purpose is the dissemination of technical information beyond the non-Federal entity, i.e., a lead Center and its subrecipients, and is necessary and reasonable for successful performance under the Federal award. Allowable conference costs paid by the Center as a sponsor or host of the conference may include rental of facilities, speakers' fees, costs of meals and refreshments, local transportation, and other items incidental to such conferences, unless expressly forbidden by the Recipient's internal policies. Thus, the costs of modest meals and beverage services at conferences are allowable under this Grant if the conferences are attended by persons other than the Recipient's officers or employees. **No funds available under this Grant may be spent on alcoholic beverages for entertainment purposes or personal consumption.**

### 11. Financial Management

The Recipient's financial management systems must provide for accurate, current, and complete disclosure of the UTC's finances. Financial records must identify the source and use of all funds and must show effective control over and accountability for all funds, property, and other assets.

### 12. System for Award Management

Each Recipient is required to:

- be registered in the System for Award Management (SAM, http://www.sam.gov),
- have a Unique Entity ID (UEI), and
- continue to maintain an active SAM registration with current information at all times during which it has an active Federal award or application or plan under consideration by a Federal awarding agency.

Recipients that have Federal contracts, grants and cooperative agreement awards with a cumulative total value greater than $10,000,000 must provide information to SAM about certain civil, criminal, and administrative proceedings that reached final disposition within the most recent five-year period, that were connected with

the award or performance of a Federal award.

**13. Invoicing and Payments**

Federal funded programs involving advances to various organizations outside the Federal government constitute a significant portion of the Federal budget. Advances of cash from the U.S. Treasury to such organizations for the purpose of financing current operations under Federal programs have a substantial impact on Treasury financing costs and the level of the public debt and are therefore unallowable. For that reason, the Recipient must request reimbursement of expenses incurred by submitting invoices using Standard Form (SF) 270 (Request for Advance or Reimbursement) electronically via the Delphi eInvoicing System (click-on www.transportation.gov). The Delphi eInvoicing System website provides information about the system, including Recipient web-based training, the eAuthentication certification process, and additional training materials. Recipients must contact their Grant Manager to request access to the system. Requests for payment should be submitted on either a monthly or quarterly basis, but not more frequently than monthly. Recipient must receive payments through electronic fund transfers by the Automated Clearing House Payment System or by another electronic system that may replace it during the life of the Grant.

When requesting reimbursement of costs incurred or credit for cost share incurred, the Recipient shall submit supporting cost detail to clearly document all costs incurred. As supporting cost detail, the Recipient shall include a detailed breakout of all costs incurred, including direct labor, indirect costs, other direct costs, and travel.

**14. Site Visits**

The Federal government, through its authorized representatives, has the right, at all reasonable times, to make site visits to review UTC Program accomplishments and management control systems and to provide such technical assistance as may be required. If any site visit is made by the Federal government on the premises of the Recipient or any subrecipient, the Recipient must ensure that all reasonable facilities and assistance are provided for the safety and convenience of the government representatives in the performance of their duties. All site visits and evaluations must be performed in such a manner as will not unduly delay the Recipient's work.

**15. Coordination with USDOT's Priorities**

To encourage the transfer of knowledge and a current understanding of national transportation priorities, OST-R intends to promote a high level of communication and collaboration between the Recipient and USDOT and its operating administrations under this Grant. OST-R expects Recipients to participate in occasional meetings of UTC and/or USDOT experts on high-priority topics. Reasonable costs incurred by a Recipient to support these interactions with USDOT, unless otherwise restricted by Federal regulations, are allowable under this Grant. To ensure the technical aspects align with USDOT's strategic goals.

**16. USDOT Public Access Plan Compliance**

The Recipient must ensure compliance with the requirements of the USDOT Public Access Plan, which establishes objectives to ensure public access to Publications and Digital Data Sets arising from USDOT-managed research and development programs. More information on how to comply with the plan is provided in the *Grant Deliverables and Reporting Requirements for University Transportation Centers* document.

**17. Patents and Copyrights**

To comply with the Bayh-Dole Act of 1980, the Recipient must report inventions and patents developed with UTC funding (in whole or in part) to USDOT through the web-based Interagency Edison (iEdison) electronic system. Most universities are already registered with iEdison through their office of technology transfer or office of technology licensing.

For the purposes of reporting UTC-related intellectual property in iEdison on a timely basis, you must first verify that your institution is registered. If your institution is not registered, go to https://www.nist.gov/iedison to request registration. If your institution is registered, no further action is needed at this time.

**a) Patent Rights**

(1) **Allocation of Principal Rights**

The Recipient may retain the entire right, title and interest throughout the world to each innovation, technical solution or unique increase to the general body of knowledge resulting from the work performed under this Grant subject to the provisions of this clause and 35 U.S.C. § 203. For the purpose of this clause, these innovations, technical solutions and increases in knowledge must be deemed inventions. With respect to any invention in which Recipient retains title, USDOT must have a nonexclusive, irrevocable, paid-up license to practice or have practiced for or on its behalf the invention throughout the world.

(2) **Election of Title**

Recipient will elect in writing whether or not to retain title to any such invention by notifying USDOT within two (2) years of disclosure to the USDOT. However, in any case where publication, on sale or public use has initiated the one year statutory period wherein valid patent protection can still be obtained in the United States, the deadline for receipt by USDOT of Recipient's written election of title is hereby shortened to a date that is no more than ninety (90) days prior to the end of the statutory period.

(3) **Conditions When USDOT May Obtain Title**

The Recipient will convey to USDOT, upon written request, all right, title and interest to any invention –

3.1 If Recipient fails to disclose or elect title to an invention within the times specified in subsection (2), above, or affirmatively elects in a writing to USDOT not to retain title; provided that USDOT may only request title within sixty (60) days after learning of the failure of Recipient to disclose or elect within the specified times.

3.2 In those countries in which Recipient either fails to file or affirmatively elects in a writing to USDOT not to file a patent application.

(4) **Recipient License**

The Recipient will retain a nonexclusive, royalty-free license throughout the world in each invention to which USDOT obtains title, except in cases where Recipient fails to disclose the invention within the times specified in subsection (2), above. The Recipient's license is transferable only with the approval of USDOT.

(5) **Recipient Action**

5.1 For those inventions in which the Recipient has elected not to retain title to an invention or has mandatorily transferred title to USDOT of an invention, the Recipient hereby agrees to execute all papers necessary to file patent applications on such inventions and to establish the government's rights in the inventions.

5.2 For those inventions in which the Recipients has elected to retain title to an invention, the Recipient agrees to include, within the specification of any United States patent applications and any patent issuing thereon covering an invention, the following statement, "*This invention was made with government support under (insert grant number) awarded by the U.S. Department of Transportation. The government has certain rights in the invention.*"

(6) **Reporting on Utilization of Inventions**

The Recipient agrees to submit annual reports on the utilization of an invention or on efforts at obtaining such utilization that are being made by the Recipient. Such reports must include information regarding the status of development, date of first commercial sale or use, and such other data and information as USDOT may reasonably specify. The Recipient also agrees to provide additional reports as may be requested by USDOT in connection with any march-in proceeding undertaken by USDOT in accordance with paragraph (7) of this clause. As required by 35 U.S.C. § 202(c)(5), USDOT agrees it will treat such information as privileged and confidential and thus not subject to disclosure under section 552 of Title 5 of the United States Code.

(7) **March-in Rights**

The Recipient agrees that with respect to any invention in which it has retained title, USDOT has the right in accordance with the procedures in 37 C.F.R. § 401.6 and any supplemental regulations of USDOT to require the Recipient to grant a nonexclusive, partially exclusive, or exclusive license in any field of use to a responsible applicant or applicants, upon terms that are reasonable under the circumstances, and if the Recipient refuses such a request USDOT has the right to grant such a license itself if it determines that:

7.1 Such action is necessary because the Recipient has not taken, or is not expected to take within a reasonable time, effective steps to achieve practical application of the subject invention in such field of use.

7.2 Such action is necessary to alleviate health or safety needs which are not reasonably satisfied by the Recipient;

7.3 Such action is necessary to meet requirements for public use specified by Federal regulations and such requirements are not reasonably satisfied by the Recipient; or

7.4 Action is necessary because an agreement required to substantially manufacture an invention in the United States by a licensee was not obtained or such requirement was not waived by the Department of Transportation or because a licensee of the exclusive right to use or sell any subject invention in the United States is in breach of its such an agreement.

**b) Copyrights**

(1) The author or the Recipient's organization may copyright any books, publications, or other copyrightable materials developed in the course of or under this Grant, but USDOT hereby

reserves a royalty-free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use and to authorize others to use the work for government purposes.

(2) The Recipient must not incorporate material copyrighted by others into any work product delivered under this Grant unless it has acquired for USDOT a royalty-free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use and to authorize others to use the work for government purposes.

(3) The Recipient may arrange for publication of initial reports of original research, supported in whole or in part by USDOT funds, in primary scientific journals and copyright by the journal unless the journal's copyright policy would preclude an individual from making or having made by any means available, without regard to the copyright of the journal and without royalty, a single copy of any such article for the individual's own use.

(4) The Recipient must be responsible for any losses that result from or arise out of the negligent use of or breach of provisions by its employees or agents under this Grant regarding the publication, translation, reproduction, delivery, use, or disposition of any data or protected privacy information furnished under this Grant provided that this provision must not be deemed a waiver by the Recipient of any immunities to which it may be entitled under applicable Federal, State, or Tribal law.

**18. Collection of Data**

The Recipient may use funds awarded under this Grant to collect information incidental to a UTC activity, but such collection of information is not considered USDOT-sponsored. Persons collecting such information are prohibited from representing to their respondents that the information is being collected for, or in association with, the Federal government except with OST-R's prior written approval and determination that the information collection complies with the OMB report clearance procedures set forth in 5 C.F.R. Part 1320, "Controlling Paperwork Burdens on the Public."

**19. Privacy**

Should the Recipient, or any subrecipient, contractor, or employee administer any system of records on behalf of USDOT, the Privacy Act of 1974 (5 U.S.C § 552a) imposes information restrictions on the party administering the system of records.

**20. Civil Rights**

The Recipient must not discriminate against any employee or other Recipient of USDOT funds or applicant for such positions because of race, color, creed, sex, sexual orientation, disability, age, or national heritage. The Recipient must take affirmative action to ensure that all applicants and employees are treated equally, without regard to their race, color, creed, sex, sexual orientation, disability, age, or national heritage. The Recipient may target minorities and women as beneficiaries of Center programs for the purposes of achieving diversity, but they may not exclude non-minorities and men from those same programs.

**a) Subgrants and Contracts**

The Recipient must insert notifications and clauses identified in Appendix A in any subgrant or third-party contract agreement, Requests for Proposals, solicitation for bids, or material implementing UTC Program

activities.

**b) Compliance**

In the event of the Recipient's non-compliance with the Civil Rights provisions of this Grant or with the applicable rules, regulations, or orders, this Grant may be canceled, terminated, or suspended, in whole or in part, and the Recipient may be declared ineligible for further Federal funding.

(1) The Recipient must furnish all information and reports required by the rules, regulations, and orders of the Secretary of Labor, or pursuant thereto, and will permit access to its books, records, and accounts by USDOT and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

(2) The Recipient must comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), with USDOT regulations entitled, "Nondiscrimination in Federally-Assisted Programs of the U.S. Department of Transportation -- Effectuation of Title VI of the Civil Rights Act of 1964", and any other applicable regulations issued pursuant thereto.

## 21. State or Territorial Law

Anything in the Grant to the contrary notwithstanding, nothing in the Grant must require the Recipient to observe or enforce compliance with any provision thereof, perform any other act, or do any other thing in contravention of any applicable State or territorial law; provided, that if any of the provisions of the Grant Agreement violate any applicable State or territorial law or if compliance with the provisions of the Grant would require the Recipient to violate any applicable State or territorial law, the Recipient will at once notify OST-R to the end that the Recipient may proceed as soon as possible with the program.

## 22. Ethics

The Recipient must maintain a written code or standards of conduct that must govern the performance of its officers, employees, board members, or agents engaged in the award and administration of subgrants or contracts supported by Federal assistance. This code must prohibit the Recipient's officers, employees, board members, or agents from any acts that present a real or apparent conflict of interest for any person or organization participating in the UTC Program (see 2 C.F.R. 200.112).

**a) Lobbying**

The Recipient must comply with the provisions of 31 U.S.C. § 1352 as implemented by USDOT regulations in "Restrictions on Lobbying" (49 C.F.R. Part 20 & 2 C.F.R. 200.450).

**b) Interest of Certain Federal Officials**

No member of, or delegate to, the Congress of the United States of America must be admitted to any share or part hereof or to any arising benefits.

**c) Bonus or Commission**

The Recipient affirms that it has not paid, and agrees not to pay, any bonus or commission to any person(s) or organizations for the purpose of obtaining approval of its application for Federal financial assistance for this project.

**23. Certifications and Assurances**

The Recipient must comply with DOT Order No. 1050.2A, USDOT Standard Title VI Assurances and Non-Discrimination Provisions. The USDOT Standard Title VI Assurances and Non-Discrimination Provisions form is included in Appendix A. This form must be completed and signed within 30 days of receiving notification of grant award.

**24. No-Cost Extensions and Grant Closeout**

**a) No-Cost Extensions**

The performance period for the Grant terminates on the date specified in the Grant Agreement. However, if needed, the Recipient must submit a request for a one-time no-cost extension, up to one-year, to the Grant Manager at minimum 90 days prior to the termination date by email with a justification, a revised period of performance, close-out budget showing how the Recipient intends to spend the remainder of the funding, and any other requested documentation. **This one-time extension may not be exercised merely for the purpose of using unobligated balances or starting new projects.**

**b) Closeout Procedures**

Recipients must submit the following documents for grant closeout no later than 120 calendar days after the end date of the period of performance:

(1) All grant deliverables and requirements
(2) Final Federal Financial Report (SF 425)
(3) Final Request for Reimbursement (SF 270)
(4) Real Property Status Report (SF 429), if applicable;
(5) Tangible Personal Property Report (SF 428 B), if applicable;
(6) Disclosure of Invention Report (DOT 2000.1), if applicable;
(7) Record of Invention (DOT 2000.2), if applicable; and
(8) Invention Rights Report (DOT 2000.3), if applicable.

If any of the last five forms listed above are not applicable, then submit an email to the Grant Manager stating such. Additional closeout information can be found at 49 C.F.R. §§ 19.71 to 19.73 and 2 C.F.R. 200.343.

# APPENDIX A

## STANDARD TITLE VI/NONDISCRIMINATION ASSURANCES

## DOT Order No. 1050.2A

The (***Name of Recipient***) (herein referred to as the "Recipient"), **HEREBY AGREES THAT**, as a condition to receiving any Federal financial assistance from the U.S. Department of Transportation (USDOT), through the Office of the Assistant Secretary for Research and Technology (OST-R), is subject to and will comply with the following:

**Statutory/Regulatory Authorities**

- Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d *et seq*., 78 stat. 252), (prohibits discrimination on the basis of race, color, national origin);
- 49 C.F.R. Part 21 (entitled *Nondiscrimination In Federally-Assisted Programs Of The U.S. Department Of Transportation—Effectuation Of Title VI Of The Civil Rights Act Of 1964*);
- 28 C.F.R. § 50.3 (U.S. Department of Justice Guidelines for Enforcement of Title VI of the Civil Rights Act of 1964);
- The Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, (42 U.S.C. § 4601), prohibits unfair treatment of persons displaced or whose property has been acquired because of Federal or Federal-aid programs and projects;
- Section 504 of the Rehabilitation Act of 1973, (29 U.S.C. § 794 *et seq*.), as amended, prohibits discrimination on the basis of disability); and 49 CFR Part 27;
- The Age Discrimination Act of 1975, as amended, (42 U.S.C. § 6101 *et seq*.), prohibits discrimination on the basis of age);
- The Civil Rights Restoration Act of 1987, (PL 100-209, (Broadened the scope, coverage and applicability of Title VI of the Civil Rights Act of 1964, The Age Discrimination Act of 1975 and Section 504 of the Rehabilitation Act of 1973, by expanding the definition of the terms "programs or activities" to include all of the programs or activities of the Federal-aid Recipients, subrecipients and contractors, whether such programs or activities are Federally funded or not);
- Title II and III of the Americans with Disabilities Act, which prohibit discrimination on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities (42 U.S.C. §§ 12131 – 12189) as implemented by U.S. Department of Transportation regulations 49 C.F.R. parts 37 and 38; and
- Title IX of the Education Amendments of 1972, as amended, which prohibits you from discriminating because of sex in education programs or activities (20 U.S.C. 1681 *et seq*).

The preceding statutory and regulatory cites hereinafter are referred to as the "Acts" and "Regulations," respectively.

## General Assurances

In accordance with the Acts, the Regulations, and other pertinent directives, circulars, policy, memoranda, and/or guidance, the Recipient hereby gives assurance that it will promptly take any measures necessary to ensure that:

> *"No person in the United States shall, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity," for which the Recipient receives Federal financial assistance from USDOT, including the OST-R.*

The Civil Rights Restoration Act of 1987 clarified the original intent of Congress, with respect to Title VI and other Nondiscrimination requirements (The Age Discrimination Act of 1975, and Section 504 of the Rehabilitation Act of 1973), by restoring the broad, institutional-wide scope and coverage of these nondiscrimination statutes and requirements to include all programs and activities of the Recipient, so long as any portion of the program is Federally assisted.

## Specific Assurances

More specifically, and without limiting the above general Assurance, the Recipient agrees with and gives the following Assurances with respect to its Federally assisted University Transportation Centers Program:

1. The Recipient agrees that each "activity," "facility," or "program," as defined in §§ 21.23 (b) and 21.23 (e) of 49 C.F.R. § 21 will be (with regard to an "activity") facilitated, or will be (with regard to a "facility") operated, or will be (with regard to a "program") conducted in compliance with all requirements imposed by, or pursuant to the Acts and the Regulations.

2. The Recipient will insert the following notification in all solicitations for bids, Requests for Proposals for work, or material subject to the Acts and the Regulations made in connection with all University Transportation Centers Program and, in adapted form, in all proposals for negotiated agreements regardless of funding source:

   > "*The (**Name of Recipient**), in accordance with the provisions of Title VI of the Civil Rights Act of 1964 (78 Stat. 252, 42 U.S.C. §§ 2000d to 2000d-4) and the Regulations, hereby notifies all bidders that it will affirmatively insure that any contract entered into pursuant to this advertisement, disadvantaged business enterprises will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of race, color, or national origin in consideration for an award.*"

3. The Recipient will insert the clauses of Appendix A, Exhibits A through E of this Assurance in every contract or agreement subject to the Acts and the Regulations.

4. The Recipient will insert the clauses of Appendix B of this Assurance, as a covenant running with the land, in any deed from the United States effecting or recording a transfer of real property, structures, use, or improvements thereon or interest therein to a Recipient.

5. That where the Recipient receives Federal financial assistance to construct a facility, or part of a facility, the Assurance will extend to the entire facility and facilities operated in connection therewith.

6. That where the Recipient receives Federal financial assistance in the form, or for the acquisition of real property or an interest in real property, the Assurance will extend to rights to space on, over, or under such property.

7. That the Recipient will include the clauses set forth in Appendix C and Appendix D of this Assurance, as a covenant running with the land, in any future deeds, leases, licenses, permits, or similar instruments entered into by the Recipient with other parties:

   a. for the subsequent transfer of real property acquired or improved under the applicable activity, project, or program; and
   b. for the construction or use of, or access to, space on, over, or under real property acquired or improved under the applicable activity, project, or program.

8. That this Assurance obligates the Recipient for the period during which Federal financial assistance is extended to the program, except where the Federal financial assistance is to provide, or is in the form of, personal property, or real property, or interest therein, or structures or improvements thereon, in which case the Assurance obligates the Recipient, or any transferee for the longer of the following periods:

   a. the period during which the property is used for a purpose for which the Federal financial assistance is extended, or for another purpose involving the provision of similar services or benefits; or
   b. the period during which the Recipient retains ownership or possession of the property.

9. The Recipient will provide for such methods of administration for the program as are found by the Secretary of Transportation or the official to whom he/she delegates specific authority to give reasonable guarantee that it, other Recipients, subrecipients, contractors, subcontractors, consultants, transferees, successors in interest, and other participants of Federal financial assistance under such program will comply with all requirements imposed or pursuant to the Acts, the Regulations, and this Assurance.

10. The Recipient agrees that the United States has a right to seek judicial enforcement with regard to any matter arising under the Acts, the Regulations, and this Assurance.

By signing this ASSURANCE, ***(Name of Recipient)*** also agrees to comply (and require any subrecipients, contractors, successors, transferees, and/or assignees to comply) with all applicable provisions governing the OST-R access to records, accounts, documents, information, facilities, and staff. You also recognize that you must comply with any program or compliance reviews, and/or complaint investigations conducted by OST-R. You must keep records, reports, and submit the material for review upon request to OST-R, or its designee in a timely, complete, and accurate way. Additionally, you must comply with all other reporting, data collection, and evaluation requirements, as prescribed by law or detailed in program guidance.

***(Name of Recipient)*** gives this ASSURANCE in consideration of and for obtaining any Federal grants, loans, contracts, agreements, property, and/or discounts, or other Federal-aid and Federal financial assistance

extended after the date hereof to the Recipients by the U.S. Department of Transportation under the University Transportation Centers Program. This ASSURANCE is binding on ***(Name of Recipient)***, subrecipients, contractors, subcontractors and their subcontractors, transferees, successors in interest, and any other participants in the University Transportation Centers Program. The person(s) signing below is authorized to sign this ASSURANCE on behalf of the Recipient.

________________________________________________

***(Name of Recipient)***

**by**________________________________________________

***(Signature of Authorized Official)***

________________________________________________

***(Print Name and Title of Authorized Official)***

DATED__________________________________

## EXHIBIT A

During the performance of this grant, the Recipient, for itself, its assignees, and successors in interest (hereinafter referred to as the "Recipient") agrees as follows:

1. **Compliance with Regulations:** The Recipient (hereinafter includes consultants) will comply with the Acts and the Regulations relative to Non-discrimination in Federally-assisted programs of the U.S. Department of Transportation, Office of the Secretary for Research and Technology (OST-R), as they may be amended from time to time, which are herein incorporated by reference and made a part of this grant.

2. **Non-discrimination:** The Recipient, with regard to the work performed by it during the grant, will not discriminate on the grounds of race, color, national origin, sex, age, or disability in the selection and retention of subcontractors, including procurements of materials and leases of equipment. The recipient will not participate directly or indirectly in the discrimination prohibited by the Acts and the Regulations, including employment practices when the grant covers any activity, project, or program set forth in Appendix B of 49 CFR Part 21.

3. **Solicitations for Subcontracts, Including Procurements of Materials and Equipment:** In all solicitations, either by competitive bidding, or negotiation made by the recipient for work to be performed under a subcontract, including procurements of materials, or leases of equipment, each potential subcontractor or supplier will be notified by the recipient of the recipient's obligations under this contract and the Acts and the Regulations relative to Non-discrimination on the grounds of race, color, or national origin.

4. **Information and Reports:** Any subcontractor will provide all information and reports required by the Acts, the Regulations, and directives issued pursuant thereto and will permit access to its books, records, accounts, other sources of information, and its facilities as may be determined by the Recipient or the OST-R to be pertinent to ascertain compliance with such Acts, Regulations, and instructions. Where any information required of a subcontractor is in the exclusive possession of another who fails or refuses to furnish the information, the subcontractor will so certify to the Recipient or the OST-R, as appropriate, and will set forth what efforts it has made to obtain the information.

5. **Sanctions for Noncompliance:** In the event of a subcontractor's noncompliance with the Non-discrimination provisions of this grant, the Recipient will impose such contract sanctions as it or the OST-R may determine to be appropriate, including, but not limited to:
    a. withholding payments to the subcontractor under any contract until the subcontractor complies; and/or
    b. cancelling, terminating, or suspending a contract, in whole or in part.

6. **Incorporation of Provisions:** The Recipient will include the provisions of paragraphs one through six in every subcontract, including procurements of materials and leases of equipment, unless exempt by the Acts, the Regulations and directives issued pursuant thereto. Any subcontractor will take action with respect to any subcontract or procurement as the Recipient or the OST-R may direct as a means of enforcing such provisions including sanctions for noncompliance. Provided, that if the subcontractor becomes involved in, or threatened with litigation by a supplier or other third party

because of such direction, the subcontractor may request the Recipient to enter into any litigation to protect the interests of the Recipient. In addition, the Recipient or subcontractor may request the United States to enter into the litigation to protect the interests of the United States.

## EXHIBIT B

## CLAUSES FOR DEEDS TRANSFERRING UNITED STATES PROPERTY

The following clauses will be included in deeds effecting or recording the transfer of real property, structures, or improvements thereon, or granting interest therein from the United States pursuant to the provisions of Assurance 4:

**NOW THEREFORE,** the U.S. Department of Transportation as authorized by law and upon the condition that the (***Name of Recipient***) will accept title to the lands and maintain the project constructed thereon in accordance with the Uniform Administrative Requirement, Cost Principles, and Audit Requirements for Federal Awards (2 C.F.R. Part 200), the regulations for the administration of the University Transportation Centers Program, and the policies and procedures prescribed by the Office of the Secretary of the U.S. Department of Transportation in accordance and in compliance with all requirements imposed by Title 49, Code of Federal Regulations, U.S. Department of Transportation, Subtitle A, Office of the Secretary, Part 21, Non-discrimination in Federally-assisted programs of the U.S. Department of Transportation pertaining to and effectuating the provisions of Title VI of the Civil Rights Act of 1964 (78 Stat. 252; 42 U.S.C. § 2000d to 2000d-4), does hereby remise, release, quitclaim, and convey unto the (***Name of Recipient***) all the right, title and interest of the U.S. Department of Transportation in and to said lands described in Exhibit A attached hereto and made a part hereof.

### (HABENDUM CLAUSE)

**TO HAVE AND TO HOLD** said lands and interests therein unto (***Name of Recipient***) and its successors forever, subject, however, to the covenants, conditions, restrictions and reservations herein contained as follows, which will remain in effect for the period during which the real property or structures are used for a purpose for which Federal financial assistance is extended or for another purpose involving the provision of similar services or benefits and will be binding on the (***Name of Recipient***), its successors and assigns.

The (***Name of Recipient***), in consideration of the conveyance of said lands and interest in lands, does hereby covenant and agree as a covenant running with the land for itself, its successors and assigns, that (1) no person will on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination with regard to any facility located wholly or in part on, over, or under such lands hereby conveyed [,] [and]* (2) that the (***Name of Recipient***) will use the lands and interests in lands and interest in lands so conveyed, in compliance with all requirements imposed by or pursuant to Title 49, Code of Federal Regulations, U.S. Department of Transportation, Subtitle A, Office of the Secretary, Part 21, Non-discrimination in Federally-assisted programs of the U.S. Department of Transportation, Effectuation of Title VI of the Civil Rights Act of 1964, and as said Regulations and Acts may be amended[, and (3) that in the event of breach of any of the above-mentioned non-discrimination conditions, the Department will have a right to enter or re-enter said lands and facilities on said land, and that above described land and facilities will thereon revert to and vest in and become the absolute property of the U.S. Department of Transportation and its assigns as such interest existed prior to this instruction].

*Reverter clause and related language to be used only when it is determined that such a clause is necessary in order to make clear the purpose of Title VI.)

# EXHIBIT C

## CLAUSES FOR TRANSFER OF REAL PROPERTY ACQUIRED OR IMPROVED UNDER THE ACTIVITY, FACILITY, OR PROGRAM

The following clauses will be included in deeds, licenses, leases, permits, or similar instruments entered into by the (***Name of Recipient***) pursuant to the provisions of Assurance 7(a):

A. The (Recipient, lessee, permittee, etc. as appropriate) for himself/herself, his/her heirs, personal representatives, successors in interest, and assigns, as a part of the consideration hereof, does hereby covenant and agree [in the case of deeds and leases add "as a covenant running with the land"] that:

1. In the event facilities are constructed, maintained, or otherwise operated on the property described in this (deed, license, lease, permit, etc.) for a purpose for which a U.S. Department of Transportation activity, facility, or program is extended or for another purpose involving the provision of similar services or benefits, the (Recipient, licensee, lessee, permittee, etc.) will maintain and operate such facilities and services in compliance with all requirements imposed by the Acts and Regulations (as may be amended) such that no person on the grounds of race, color, or national origin, will be excluded from participation in, denied the benefits of, or be otherwise subjected to discrimination in the use of said facilities.

B. With respect to licenses, leases, permits, etc., in the event of breach of any of the above Non-discrimination covenants, (***Name of Recipient***) will have the right to terminate the (lease, license, permit, etc.) and to enter, re-enter, and repossess said lands and facilities thereon, and hold the same as if the (lease, license, permit, etc.) had never been made or issued.*

C. With respect to a deed, in the event of breach of any of the above Non-discrimination covenants, the (***Name of Recipient***) will have the right to enter or re-enter the lands and facilities thereon, and the above described lands and facilities will there upon revert to and vest in and become the absolute property of the (***Name of Recipient***) and its assigns.*

(*Reverter clause and related language to be used only when it is determined that such a clause is necessary to make clear the purpose of Title VI.)

# EXHIBIT D

## CLAUSES FOR CONSTRUCTION/USE AND ACCESS TO REAL PROPERTY ACQUIRED UNDER THE ACTIVITY, FACILITY OR PROGRAM

The following clauses will be included in deeds, licenses, permits, or similar instruments/agreements entered into by (Name of Recipient) pursuant to the provisions of Assurance 7(b):

A. The (Recipient, licensee, permittee, etc., as appropriate) for himself/herself, his/her heirs, personal representatives, successors in interest, and assigns, as a part of the consideration hereof, does hereby covenant and agree (in the case of deeds and leases add, "as a covenant running with the land") that (1) no person on the ground of race, color, or national origin, will be excluded from participation in, denied the benefits of, or be otherwise subjected to discrimination in the use of said facilities, (2) that in the construction of any improvements on, over, or under such land, and the furnishing of services thereon, no person on the ground of race, color, or national origin, will be excluded from participation in, denied the benefits or, or otherwise be subjected to discrimination, (3) that the (Recipient, licensee, lessee, permittee, etc.) will use the premises in compliance with all other requirements imposed by or pursuant to the Acts and Regulations, as amended, set forth in this Assurance.

B. With respect to (licenses, leases, permits, etc.), in the event of breach of any of the above of the above Non-discrimination covenants, (***Name of Recipient***) will have the right to terminate the (license, permits, etc., as appropriate) and to enter or re-enter and repossess said land and the facilities thereon, and hold the same as if said (license, permit, etc., as appropriate) had never been made or issued.*

C. With respect to deeds, in the event of breach of any of the above Non-discrimination covenants, (***Name of Recipient***) will there upon revert to and vest in and become the absolute property of (***Name of Recipient***) and its assigns. *

(*Reverter clause and related language to be used only when it is determined that such a clause is necessary to make clear the purpose of Title VI.)

## EXHIBIT E

During the performance of this contract, the contractor, for itself, its assignees, and successors in interest (hereinafter referred to as the "contractor") agrees to comply with the following non-discrimination statutes and authorities, including, but not limited to:

**Pertinent Non-Discrimination Authorities:**

- Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d *et seq*., 78 stat.252), prohibits discrimination on the basis of race, color, national origin), and 49 CFR Part 21;
- The Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, (42 U.S.C. § 4601), (prohibits unfair treatment of persons displaced or whose property has been acquired because of Federal or Federal-aid programs and projects);
- Federal-Aid Highway Act of 1973, (23 U.S.C. § 324 *et seq*.), prohibits discrimination on the basis of sex;
- Section 504 of the Rehabilitation Act of 1973, (29 U.S.C. § 794 et seq.), as amended, prohibits discrimination on the basis of disability; and 49 CFR Part 27;
- The Age Discrimination Act of 1975, as amended, (42 U.S.C. § 6101 et seq.), prohibits discrimination on the basis of age);
- Airport and Airway Improvement Act of 1982, (49 U.S.C. § 471, Section 47123, as amended, (prohibits discrimination based on race, creed, color, national origin, or sex);
- The Civil Rights Restoration Act of 1987, (PL 100-209), Broadened the scope, coverage and applicability of Title VI of the Civil Rights Act of 1964, The Age Discrimination Act of 1975 and Section 504 of the Rehabilitation Act of 1973, by expanding the definition of the terms "programs or activities" to include all of the programs or activities of the Federal-aid Recipients, subrecipients and contractors, whether such programs or activities are Federally funded or not);
- Titles II and III of the Americans with Disabilities Act, which prohibit discrimination of the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities (42 U.S.C. §§ 12131 – 12189) as implemented by U.S. Department of Transportation regulations 49 C.F.R. parts 37 and 38;
- The Federal Aviation Administration's Non-discrimination statute (49 U.S.C. § 47123) (prohibits discrimination on the basis of race, color, national origin, and sex);
- Executive Order 12898, Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations, which ensures discrimination against minority populations by discouraging programs, policies, and activities with disproportionately high and adverse human health or environmental effects on minority and low-income populations;
- Executive Order 13166, Improving Access to Services for Persons with Limited English Proficiency, and resulting agency guidance, national origin discrimination includes discrimination because of limited English proficiency (LEP). To ensure compliance with Title VI, you must take reasonable steps to ensure that LEP persons have meaningful access to your programs (70 Fed. Reg. at 74087 to 74100); and
- Title IX of the Education Amendments of 1972, as amended, which prohibits you from discriminating because of sex in education programs or activities (20 U.S.C. 1681 *et seq*).

# APPENDIX B

## REQUIREMENTS REGARDING DELINQUENT TAX LIABILITY OR A FELONY CONVICTION UNDER ANY FEDERAL LAW

As required by sections 415 and 416 of Title IV, Division L of the Consolidated Appropriations Act, 2014 (Pub. L. 113-76), and similar provisions in subsequent appropriations acts, the funds provided under this award must not be used to enter into a contract, memorandum of understanding, or cooperative agreement with, make a grant to, or provide a loan or loan guarantee to, any corporation that:

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

The Recipient therefore agrees:

1. **Definitions.** For the purposes of this exhibit, the following definitions apply:

   "**Covered Transaction**" means a transaction that uses any funds under this award and that is a contract, memorandum of understanding, cooperative agreement, grant, loan, or loan guarantee.

   "**Felony Conviction**" means a conviction within the preceding 24 months of a felony criminal violation under any Federal law and includes conviction of an offense defined in a section of the United States Code that specifically classifies the offense as a felony and conviction of an offense that is classified as a felony under 18 U.S.C. 3559.

   "**Participant**" means the Recipient, an entity who submits a proposal for a Covered Transaction, or an entity who enters into a Covered Transaction.

   "**Tax Delinquency**" means an unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted, or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

2. **Mandatory Check in the System for Award Management.** Before entering a Covered Transaction with another entity, a Participant must check the System for Award Management (*the "SAM"*) at http://www.sam.gov/ for an entry describing that entity.

3. **Mandatory Certifications.** Before entering a Covered Transaction with another entity, a Participant must require that entity to:

   (1) certify whether the entity has a Tax Delinquency; and

   (2) certify whether the entity has a Felony Conviction.

4. **Prohibition.** If

   (1) the SAM entry for an entity indicates that the entity has a Tax Delinquency or a Federal Conviction,

   (2) an entity provides an affirmative response to either certification in section 3, or

   (3) an entity's certification under section 3 was inaccurate when made or became inaccurate after being made;

   then a Participant must not enter or continue a Covered Transaction with that entity unless the USDOT has determined in writing that suspension or debarment of that entity are not necessary to protect the interests of the Government.

5. **Mandatory Notice to the USDOT.**

   (a) If the SAM entry for a Participant indicates that the Participant has a Tax Delinquency or a Felony Conviction, the Recipient must notify the USDOT in writing of that entry.

   (b) If a Participant provides an affirmative response to either certification in section 1, the Recipient must notify the USDOT in writing of that affirmative response.

   (c) If the Recipient knows that a Participant's certification under section 1 was inaccurate when made or became inaccurate after being made, the Recipient must notify the USDOT in writing of that inaccuracy.

6. **Flow Down.** For all Covered Transactions, including all tiers of subcontracts and subawards, the Recipient must:

   (1) require the SAM check in section 2,

   (2) require the certifications in section 3,

   (3) include the prohibition in section 4, and

   (4) require all Participants to notify the Recipient in writing of any information that would require the Recipient to notify the USDOT under section 5.

# APPENDIX C

## DRUG-FREE WORKPLACE REQUIREMENTS

The Recipient certifies that it will, or will continue, to provide a drug-free workplace by:

1. Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the Recipient's workplace, and specifying the actions that will be taken against employees for violation of such prohibition.

2. Establishing an ongoing drug-free awareness program (see 49 CFR Part 32) to inform employees about:

   (a) The dangers of drug abuse in the workplace;

   (b) The Recipient's policy of maintaining a drug-free workplace;

   (c) Any available drug counseling, rehabilitation, and employee assistance programs; and,

   (d) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace.

3. Making it a requirement that each employee to be engaged in the performance of work supported by the grant award be given a copy of the statement required by paragraph 1.

4. Notifying the employee in the statement required by paragraph 1 that, as a condition of employment supported by the grant award, the employee will:

   (a) Abide by the terms of the statement, and

   (b) Notify the employer in writing of his or her conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction.

5. Notifying the agency in writing, within ten calendar days after receiving notice under paragraph 4(b) from an employee or otherwise receiving actual notice of conviction. Employers of convicted employees must provide notice, including position title, to the Department. Notice must include the order number of the grant award.

6. Taking one of the following actions, within 30 days of receiving notice under paragraph 4(b), with respect to any employee who is so convicted:

(a) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

(b) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State or local health, law enforcement, or other appropriate agency.

7. Making a good faith effort to continue to maintain a drug-free workplace through implementation of ongoing drug-free awareness program.

8. The Recipient *may*, but is not required to, provide the site for the performance of work done in connection with the specific grant. For the provision of services pursuant to the agreement, workplaces include outstations, maintenance sites, headquarters office locations, training sites and any other worksites where work is performed that is supported by the grant award. If the Recipient does so, please identify the Places of Performance by listing the street address, city, county, state, zip code.

# APPENDIX D

## CERTIFICATION REGARDING DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS -- PRIMARY COVERED TRANSACTIONS

### 2 C.F.R. Parts 180 and 1200

These assurances and certifications are applicable to all Federal grants, subgrants, lower-tier contracts, purchase orders, lease agreements, consultant contracts or any other covered transaction that is estimated to cost $25,000 or more – as defined in 2 C.F.R. Parts 180 and 1200 (see also 48 CFR 9.401).

By signing and submitting the University Transportation Center (UTC) grant application and by entering into the grant agreement under the UTC Discretionary Grant program, the Recipient is providing the assurances and certifications for First Tier Participants and Lower Tier Participants in its UTC proposal, as set out below.

**1. Instructions for Certification – First Tier Participants:**

a. The prospective first tier participant is providing the certification set out below.

b. The inability of a person to provide the certification set out below will not necessarily result in denial of participation in this covered transaction. The prospective first tier participant must submit an explanation of why it cannot provide the certification set out below. The certification or explanation will be considered in connection with the department or agency's determination whether to enter into this transaction. However, failure of the prospective first tier participant to furnish a certification or an explanation must disqualify such a person from participation in this transaction.

c. The certification in this clause is a material representation of fact upon which reliance was placed when the federal agency determined to enter into this transaction. If it is later determined that the prospective participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the federal agency may terminate this transaction for cause of default.

d. The prospective first tier participant must provide immediate written notice to the federal agency if at any time the prospective first tier participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

e. The terms "covered transaction," "civil judgment," "debarred," "suspension," "ineligible," "participant," "person," "principal," and "voluntarily excluded," as used in this certification, are defined in 2 C.F.R. Part 180. "First Tier Covered Transactions" refers to any covered transaction between a Recipient or subrecipient of Federal funds and a participant (such as the prime or general contractor). "Lower Tier Covered Transactions" refers to any covered transaction under a First Tier Covered Transaction (such as subcontracts). "First Tier Participant" refers to the participant who has entered into a covered transaction with a Recipient or subrecipient of Federal funds (such as the prime or general contractor). "Lower Tier Participant" refers to any participant who has entered into a covered transaction with a First Tier Participant or other Lower Tier Participants (such as subcontractors and suppliers).

f. The prospective first tier participant agrees that, should the proposed covered transaction be entered into, it must not knowingly enter into any lower tier covered transaction with a person who is debarred, under suspension, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency entering into this transaction.

g. The prospective first tier participant further agrees that it will include the clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion-Lower Tier Covered Transactions," provided by the department or contracting agency, entering into this covered transaction, without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions exceeding the $25,000 threshold.

h. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that is not debarred, under suspension, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant is responsible for ensuring that its principals are not under suspension, debarred, or otherwise ineligible to participate in covered transactions. To verify the eligibility of its principals, as well as the eligibility of any lower tier prospective participants, each participant may, but is not required to, check the System for Award Management website (https://www.sam.gov/), which is compiled by the General Services Administration.

i. Nothing contained in the foregoing must be construed to require the establishment of a system of records in order to render in good faith the duties required by this certification. The knowledge and information of the prospective participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

j. Except for transactions authorized under paragraph (f) of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is under suspension, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency may terminate this transaction for cause or default.

**Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion – First Tier Participants:**

a. The prospective first tier participant certifies to the best of its knowledge and belief, that it and its principals:

(1) Are not presently debarred, under suspension, proposed for debarment, declared ineligible, or voluntarily excluded from participating in covered transactions by any Federal department or agency;

(2) Have not within a three-year period preceding its application/proposal been convicted of or had a civil judgment, including a civil settlement, rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

(3) Are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State or local) with commission of any of the offenses enumerated in paragraph (a)(2) of this certification; and

(4) Have not within a three-year period preceding its application/proposal had one or more public transactions (Federal, State or local) terminated for cause or default.

b. Where the prospective participant is unable to certify to any of the statements in this certification, such prospective participant must attach an explanation to this certification.

**2. Instructions for Certification - Lower Tier Participants:**

(Applicable to all subcontracts, purchase orders and other lower tier transactions estimated to cost $25,000 or more - 2 C.F.R. Parts 180 and 1200)

a. The prospective lower tier participant is providing the certification set out below.

b. The certification is a material representation of fact upon which reliance was placed when this transaction was entered into. If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department, or agency with which this transaction originated may pursue all available remedies, including suspension and/or debarment.

c. The prospective lower tier participant must provide immediate written notice to the agency if at any time the prospective lower tier participant learns that its certification was erroneous by reason of changed circumstances.

d. The terms "covered transaction," "civil settlement," "debarred," "suspension," "ineligible," "participant," "person," "principal," and "voluntarily excluded," as used in this clause, are defined in 2 C.F.R. Part 180. You may contact the agency for assistance in obtaining a copy of the regulations. "First Tier Covered Transactions" refers to any covered transaction between a Recipient or subrecipient of Federal funds and a participant (such as the prime or general contractor). "Lower Tier Covered Transactions" refers to any covered transaction under a First Tier Covered Transaction (such as subcontracts). "First Tier Participant" refers to the participant who has entered into a covered transaction with a Recipient or subrecipient of Federal funds (such as the prime or general contractor). "Lower Tier Participant" refers any participant who has entered into a covered transaction with a First Tier Participant or other Lower Tier Participants (such as subcontractors and suppliers).

e. The prospective lower tier participant agrees that, should the proposed covered transaction be entered into, it must not knowingly enter into any lower tier covered transaction with a person who is debarred, under suspension, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency with which this transaction originated.

f. The prospective lower tier participant further agrees that it will include this clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion-Lower Tier Covered Transaction," without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions exceeding the $25,000 threshold.

g. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that is not debarred, under suspension, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant is responsible for ensuring that its principals are not under suspension, debarred, or otherwise ineligible to participate in covered transactions. To verify the eligibility of its principals, as well as the eligibility of any lower tier prospective participants, each participant may, but is not required to, check the System for Award Management website (https://www.sam.gov/), which is compiled by the General Services Administration.

h. Nothing contained in the foregoing must be construed to require establishment of a system of records in order to render in good faith the certification required by this certification. The knowledge and information of participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

i. Except for transactions authorized under paragraph e above, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is under suspension, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency with which this transaction originated may pursue all available remedies, including suspension and/or debarment.

**Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion -- Lower Tier Participants:**

a. The prospective lower tier participant certifies, that neither it nor its principals is presently debarred, under suspension, proposed for debarment, declared ineligible, or voluntarily excluded from participating in covered transactions by any Federal department or agency.

b. Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant must submit an explanation concerning their inability to provide the required certification.