# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DR. CAMILLE KAMGA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26-870C<br>(Chief Judge Matthew H. Solomson) |

## DEFENDANT'S CONSENT MOTION TO EXTEND DEADLINE TO FILE ITS REPLY IN SUPPORT OF THE MOTION TO DISMISS

Pursuant to Rules 6(b), 6.1, and 7.3 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant an enlargement of time to file defendant's reply in support of its motion to dismiss. Currently, the United States' reply is due on November 30, 2026. The United States requests a 7-day enlargement of time, to and including Monday, December 7, 2026, in which to file our reply. This is our first such request. On November 23, 2026, counsel for the United States contacted counsel for plaintiff, who indicated that that plaintiff consents to this request.

Good cause exists for the United States' request for an enlargement of time because the additional time is required for Government counsel to adequately prepare and coordinate with the agency regarding the Government's reply, following mandatory supervisory review. In requesting an extension, we have taken into consideration undersigned counsel's obligations in other cases before this Court and the U.S. Court of Appeals for the Federal Circuit, as well as the upcoming Thanksgiving holiday. For these reasons, we respectfully request that the Court grant our unopposed motion for an enlargement of 7 days, to and including December 7, 2026, in which to file our reply in support of our motion to dismiss.

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

ERIC P. BRUSKIN
Assistant Director

/s/Ioana C. Meyer
IOANA C. MEYER
Trial Attorney
Commercial Litigation
Department of Justice
Ben Franklin Station, P.O. Box 480
Washington, D.C. 20044
(202) 305-0001
Ioana.C.Meyer@usdoj.gov

November 23, 2026

*Attorneys for Defendant*